| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 9/16/24 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 10:00 am |

CASE: **CV 24-3552(RER) The Law Offices of Erica T. Yitzhak v. Lambe et al**

TYPE OF CONFERENCE: STATUS    FTR: 10:51-11:07

APPEARANCES:
  For Plaintiff:  Lloyd Weinstein

  For Defendant: Grace Song

**THE FOLLOWING RULINGS WERE MADE:**

☒ ORDER: Oral argument held. Plaintiff's motion to make a full-blown motion to compel the distribution of funds, DE [13], is granted. Briefing schedule below.

    Plaintiff's motion to compel discovery responses, DE [14], is granted in full. Defendant filed untimely opposition well outside the time for briefing without seeking permission of the Court. In addition, the Court is skeptical of the relevance argument made in opposition, which, when elaborated upon at oral argument, turned out to be a claim that because Defendant should win the case on the merits, he should not have to produce the discovery sought. The Court rejects this argument. Plaintiff is not required to take Defendant's word on what is relevant. All of this discovery will be produced without objections no later than September 30, 2024, and it will all be maintained by Plaintiff's counsel on an attorneys-eyes only basis, to be used for the purpose of this litigation and no other purpose.

    Defendant's cross-motion for leave to file a motion to quash, DE [15], is also granted, briefing schedule below.

    The briefing schedule for both motions is as follows:
        Moving papers served: September 30, 2024
        Opposition papers served: October 18, 2024
        Reply papers served: October 25, 2024
        All papers filed: October 28, 2024

    Courtesy copies will be provided to chambers at the time of filing.

                      SO ORDERED

                         /s/Steven I. Locke
                      STEVEN I. LOCKE
                      United States Magistrate Judge