**EXHIBIT "G"**

# Basic Business Checking[®] IOLTA

Account number:  **5848704903**  ■  May 1, 2018 - May 31, 2018  ■  Page 1 of 3



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $4,336.85 |
| Deposits/Credits | 1,009,593.03 |
| Withdrawals/Debits | - 594,043.03 |
| **Ending balance on 5/31** | **$419,886.85** |
| Average ledger balance this period | $687,684.38 |

Account number:  **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $584.03 |
| Average collected balance | $687,684.38 |
| Annual percentage yield earned | 1.00% |
| Interest earned this statement period | $584.03 |
| Interest paid this year | $584.56 |

Account number:   **5848704903**   ■   May 1, 2018 - May 31, 2018   ■   Page 2 of 3



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/3 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx2946 Ref #Ib04K9Bc5T on 05/03/18 | | 2,300.00 | 2,036.85 |
| 5/4 | | WT Fed#01499 Frost National Ban /Org=Suretec Insurance Company Srf# 2018050400004050 Trn#180504123616 Rfb# | 1,003,557.18 | | |
| 5/4 | | Wire Trans Svc Charge - Sequence: 180504123616 Srf# 2018050400004050 Trn#180504123616 Rfb# | | 15.00 | |
| 5/4 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Kjcpfc on 05/04/18 | | 2,030.00 | 1,003,549.03 |
| 5/7 | | WT Fed#00262 Frost National Ban /Org=Suretec Insurance Company Srf# 2018050700000964 Trn#180507051834 Rfb# | 5,442.82 | | |
| 5/7 | | Online Transfer From Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Krv5Kd on 05/07/18 | 9.00 | | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 180507051834 Srf# 2018050700000964 Trn#180507051834 Rfb# | | 15.00 | 1,008,985.85 |
| 5/8 | | Wire Trans Svc Charge - Sequence: 180508057997 Srf# Trn#180508057997 Rfb# | | 30.00 | |
| 5/8 | | WT Fed#06430 Jpmorgan Chase Ban /Ftr/Bnf=John M Turino Trust Srf# Trn#180508057997 Rfb# | | 1,500.00 | 1,007,455.85 |
| 5/16 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Lvxnmx on 05/16/18 | | 50,000.00 | 957,455.85 |
| 5/17 | | Wire Trans Svc Charge - Sequence: 180517053872 Srf# Trn#180517053872 Rfb# | | 30.00 | |
| 5/17 | | WT Fed#05733 Td Bank, NA /Ftr/Bnf=Janet Lambe Srf# Trn#180517053872 Rfb# | | 185,000.00 | 772,425.85 |
| 5/21 | | Wire Trans Svc Charge - Sequence: 180521145773 Srf# Trn#180521145773 Rfb# | | 30.00 | |
| 5/21 | | Wire Trans Svc Charge - Sequence: 180521145157 Srf# Trn#180521145157 Rfb# | | 30.00 | |
| 5/21 | | WT Fed#05262 Fulton Bank of New /Ftr/Bnf=Max Diversified Inc Srf# Trn#180521145773 Rfb# | | 15,000.00 | |
| 5/21 | | WT Fed#06447 Florida Community /Ftr/Bnf=Troy Lambe Srf# Trn#180521145157 Rfb# | | 275,000.00 | 482,365.85 |
| 5/30 | | Wire Trans Svc Charge - Sequence: 180530104435 Srf# Trn#180530104435 Rfb# | | 30.00 | |
| 5/30 | | WT Fed#02282 1St Constitution B /Ftr/Bnf=Troy Lambe Srf# Trn#180530104435 Rfb# | | 62,449.00 | 419,886.85 |
| 5/31 | | Interest Payment | 584.03 | | |
| 5/31 | | Int Transferred to NY 000003377001239 | | 584.03 | 419,886.85 |
| **Ending balance on 5/31** | | | | | **419,886.85** |
| **Totals** | | | **$1,009,593.03** | **$594,043.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# ✓ IMPORTANT ACCOUNT INFORMATION

_____

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

Account number:  **5848704903**  ■  May 1, 2018 - May 31, 2018  ■  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Basic Business Checking® IOLTA

Account number:   **5848704903**   ■   June 1, 2018 - June 30, 2018   ■   Page 1 of 3



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $419,886.85 |
| Deposits/Credits | 290.16 |
| Withdrawals/Debits | - 154,219.66 |
| **Ending balance on 6/30** | **$265,957.35** |
| Average ledger balance this period | $352,874.78 |

Account number:   **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $290.16 |
| Average collected balance | $352,874.78 |
| Annual percentage yield earned | 1.01% |
| Interest earned this statement period | $290.16 |
| Interest paid this year | $874.72 |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/6 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Pd4Vm2 on 06/06/18 | | 10,000.00 | 409,886.85 |
| 6/11 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Pxdmhf on 06/11/18 | | 9,800.00 | 400,086.85 |
| 6/15 | | Wire Trans Svc Charge - Sequence: 180615158902 Srf# Trn#180615158902 Rfb# | | 30.00 | |
| 6/15 | | Wire Trans Svc Charge - Sequence: 180615173370 Srf# Trn#180615173370 Rfb# | | 30.00 | |
| 6/15 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Qjjkrw on 06/15/18 | | 5,000.00 | |
| 6/15 | | WT Fed#09396 Jpmorgan Chase Ban /Ftr/Bnf=John M Turino Trust Srf# Trn#180615158902 Rfb# | | 5,000.00 | |
| 6/15 | | WT Fed#01194 First National Ban /Ftr/Bnf=The Russell Friedman Law Group LLP Srf# Trn#180615173370 Rfb# | | 9,539.50 | 380,487.35 |
| 6/18 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Qv7S63 on 06/18/18 | | 10,000.00 | 370,487.35 |
| 6/19 | | Online Transfer to Verner B Checking xxxxxxxxx9298 Ref #Ib04Qxkvl2 on 06/19/18 | | 65,000.00 | 305,487.35 |
| 6/20 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04R2Rghq on 06/20/18 | | 7,500.00 | 297,987.35 |
| 6/22 | | Wire Trans Svc Charge - Sequence: 180622073882 Srf# Trn#180622073882 Rfb# | | 30.00 | |
| 6/22 | | WT Fed#01668 Jpmorgan Chase Ban /Ftr/Bnf=John M Turino Trust Srf# Trn#180622073882 Rfb# | | 22,000.00 | 275,957.35 |
| 6/25 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04RI7S5D on 06/25/18 | | 10,000.00 | 265,957.35 |
| 6/29 | | Interest Payment | 290.16 | | |
| 6/29 | | Int Transferred to NY 000003377001239 | | 290.16 | 265,957.35 |
| Ending balance on 6/30 | | | | | 265,957.35 |
| **Totals** | | | **$290.16** | **$154,219.66** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# IMPORTANT ACCOUNT INFORMATION

**Revised Agreement for Online Access**

We're updating our Online Access Agreement effective September 17, 2018.
To see what is changing, please visit wellsfargo.com/onlineupdates.

Account number:   **5848704903**   ■   June 1, 2018 - June 30, 2018   ■   Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                  + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount  $ | |

---

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Basic Business Checking® IOLTA

Account number:  **5848704903**  ■  July 1, 2018 - July 31, 2018  ■  Page 1 of 3



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your
business plan - whether you're an experienced business owner or just starting out.
Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $265,957.35 |
| Deposits/Credits | 200.28 |
| Withdrawals/Debits | - 45,213.28 |
| **Ending balance on 7/31** | **$220,944.35** |
| Average ledger balance this period | $235,711.31 |

Account number:  **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $200.28 |
| Average collected balance | $235,711.31 |
| Annual percentage yield earned | 1.01% |
| Interest earned this statement period | $200.28 |
| Interest paid this year | $1,075.00 |

Account number: **5848704903** ■ July 1, 2018 – July 31, 2018 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 7/2 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Sky7Vh on 07/02/18 | | 5,000.00 | 260,957.35 |
| 7/5 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Swxb2S on 07/05/18 | | 5,000.00 | 255,957.35 |
| 7/9 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Td49P7 on 07/09/18 | | 5,000.00 | 250,957.35 |
| 7/11 | | Wire Trans Svc Charge - Sequence: 180711060344 Srf# Trn#180711060344 Rfb# | | 30.00 | |
| 7/11 | | WT Seq#60344 Alert Professional Inve /Bnf= Srf# Trn#180711060344 Rfb# | | 1,550.00 | |
| 7/11 | | Online Transfer to Verner B Checking xxxxxxxxx9298 Ref #Ib04Tnmxly on 07/11/18 | | 400.00 | 248,977.35 |
| 7/13 | | Wire Trans Svc Charge - Sequence: 180713094072 Srf# Trn#180713094072 Rfb# | | 30.00 | |
| 7/13 | | Wire Trans Svc Charge - Sequence: 180713182810 Srf# Trn#180713182810 Rfb# | | 30.00 | |
| 7/13 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Ts6S4x on 07/12/18 | | 5,000.00 | |
| 7/13 | | WT Seq#94072 Alert Professional Inve /Bnf= Srf# Trn#180713094072 Rfb# | | 2,000.00 | |
| 7/13 | | WT Seq182810 Flower Motor CO Inc /Bnf= Srf# Trn#180713182810 Rfb# | | 12,193.00 | 229,724.35 |
| 7/16 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04V7Js48 on 07/15/18 | | 7,500.00 | 222,224.35 |
| 7/24 | | Wire Trans Svc Charge - Sequence: 180724016714 Srf# Ow00000281193712 Trn#180724016714 Rfb# Ow00000281193712 | | 30.00 | |
| 7/24 | | WT Seq#16714 Alert Professional Inve /Bnf=Alert Professional Investigators Srf# Ow00000281193712 Trn#180724016714 Rfb# Ow00000281193712 | | 1,250.00 | 220,944.35 |
| 7/31 | | Interest Payment | 200.28 | | |
| 7/31 | | Int Transferred to NY 000003377001239 | | 200.28 | 220,944.35 |
| **Ending balance on 7/31** | | | | | **220,944.35** |
| **Totals** | | | **$200.28** | **$45,213.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold on the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. If a merchant does not send the final payment instruction within that timeframe, we must honor the transaction when the final payment instruction is received. While the authorization hold is in effect, these transactions reduce your available balance. The transaction will be paid when we receive it for payment. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than eight (8) $35 overdraft and/or NSF fees per day.

Account number:  **5848704903**  ■  July 1, 2018 – July 31, 2018  ■  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Basic Business Checking® IOLTA

Account number: **5848704903**  ■  August 1, 2018 - August 31, 2018  ■  Page 1 of 4



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your
business plan - whether you're an experienced business owner or just starting out.
Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

In the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the question "How do we
process (post) transactions to your account?", we are replacing the paragraph beginning with "Your available balance will be reduced
by pending withdrawals" to include a new fee waiver, as follows:

Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay
when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the bank may assess
overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will
typically remain pending until we receive it for payment from your account, but we must release the pending transaction hold after
three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from
your account, but we must pay them when we receive them for payment.

In some circumstances, previously-authorized transactions may be paid into overdraft if other transactions or fees have reduced your
balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances,
we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these
transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees
on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than

Account number:  **5848704903**  ■ August 1, 2018 - August 31, 2018  ■ Page 2 of 4



was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $220,944.35 |
| Deposits/Credits | 170.99 |
| Withdrawals/Debits | - 46,070.99 |
| **Ending balance on 8/31** | **$175,044.35** |
| Average ledger balance this period | $201,241.12 |

Account number:  **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $170.99 |
| Average collected balance | $201,241.12 |
| Annual percentage yield earned | 1.01% |
| Interest earned this statement period | $170.99 |
| Interest paid this year | $1,245.99 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Xl2Vnh on 08/03/18 | | 5,000.00 | 215,944.35 |
| 8/8 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Y5VP69 on 08/08/18 | | 5,000.00 | 210,944.35 |
| 8/13 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Yn7Glb on 08/12/18 | | 5,000.00 | |
| 8/13 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Yptwc7 on 08/13/18 | | 5,000.00 | 200,944.35 |
| 8/20 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Zn5Nq7 on 08/20/18 | | 2,000.00 | |
| 8/20 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Znvfbx on 08/20/18 | | 3,900.00 | 195,044.35 |
| 8/23 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib0522Sbss on 08/23/18 | | 5,000.00 | 190,044.35 |
| 8/27 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib052H9Cx3 on 08/27/18 | | 5,000.00 | 185,044.35 |
| 8/30 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib052Rybh2 on 08/30/18 | | 5,000.00 | 180,044.35 |
| 8/31 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib05333Qbr on 08/31/18 | | 5,000.00 | |

Account number:   **5848704903**   ■ August 1, 2018 – August 31, 2018   ■ Page 3 of 4



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|------------------|--------------------|----------------------|
| 8/31 | | Interest Payment | 170.99 | | |
| 8/31 | | Int Transferred to NY 000003377001239 | | 170.99 | 175,044.35 |
| **Ending balance on 8/31** | | | | | **175,044.35** |
| **Totals** | | | **$170.99** | **$46,070.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number:  **5848704903**  ■  August 1, 2018 – August 31, 2018  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                          $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |       |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Basic Business Checking® IOLTA



Account number:   **5848704903**   ■ September 1, 2018 - September 30, 2018   ■ Page 1 of 4

VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $175,044.35 |
| Deposits/Credits | 84.62 |
| Withdrawals/Debits | - 175,124.62 |
| **Ending balance on 9/30** | **$4.35** |
| Average ledger balance this period | $103,362.68 |

Account number:   **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $84.62 |
| Average collected balance | $103,362.68 |
| Annual percentage yield earned | 1.00% |
| Interest earned this statement period | $84.62 |
| Interest paid this year | $1,330.61 |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 9/4 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib053L8Hd8 on 09/04/18 | | 5,000.00 | 170,044.35 |
| 9/5 | | Wire Trans Svc Charge - Sequence: 180905066343 Srf# Trn#180905066343 Rfb# | | 30.00 | |
| 9/5 | | WT Fed#07890 Bank of Colorado /Ftr/Bnf=Title Durango LLC Srf# Trn#180905066343 Rfb# | | 15,000.00 | 155,014.35 |
| 9/10 | | Wire Trans Svc Charge - Sequence: 180910022138 Srf# Ow00000302250140 Trn#180910022138 Rfb# Ow00000302250140 | | 30.00 | |
| 9/10 | | WT Fed#01698 Jpmorgan Chase Ban /Ftr/Bnf=Jefferson Pereira Srf# Ow00000302250140 Trn#180910022138 Rfb# Ow00000302250140 | | 5,450.00 | 149,534.35 |
| 9/17 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib0559Smrj on 09/17/18 | | 4,500.00 | 145,034.35 |
| 9/19 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib055G8V2W on 09/19/18 | | 5,000.00 | 140,034.35 |
| 9/21 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx2946 Ref #Ib055R562J on 09/21/18 | | 2,500.00 | |
| 9/21 | | Online Transfer to Verner B Checking xxxxxxxxx9298 Ref #Ib055Sls58 on 09/21/18 | | 135,000.00 | 2,534.35 |
| 9/24 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib05642F25 on 09/24/18 | | 1,000.00 | 1,534.35 |
| 9/28 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib056Jvzqp on 09/28/18 | | 1,530.00 | |
| 9/28 | | Interest Payment | 84.62 | | |
| 9/28 | | Int Transferred to NY 000003377001239 | | 84.62 | 4.35 |
| **Ending balance on 9/30** | | | | | 4.35 |
| **Totals** | | | **$84.62** | **$175,124.62** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 IMPORTANT ACCOUNT INFORMATION

Effective November 10, 2018, the sentence "Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the first business day after the day we receive the transfer" in the first paragraph of the "Your ability to withdraw funds" section under the "Funds availability policy" in the Deposit Account Agreement will be replaced with "Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer."

**A reminder...**

You can request to close your account at any time if the account is in good standing (e.g. does not have a negative balance or restrictions such as holds on funds, legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.

- All outstanding items need to be processed and posted to your account before your request to close otherwise they will be returned unpaid.

Account number:   **5848704903**   ▪  September 1, 2018 **-** September 30, 2018   ▪  Page 3 of 4



**-** Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, automated debit card payments, and direct deposits) otherwise, they may be returned unpaid.

- We will not be liable for any loss or damage that may result from not honoring items that are presented or received after your account is closed.

- At the time of your request to close:
-- For interest-earning accounts, it stops earning interest from the date you request to close your account.
-- Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
-- The Agreement continues to apply.

- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance.

- All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer, we hope you find this information helpful. If you have questions or concerns, please contact your local banker or call the number listed on your statement.

Account number:  **5848704903**  ■  September 1, 2018 - September 30, 2018  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                             $ _____
your account which are not                            $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Basic Business Checking® IOLTA

Account number:  **5848704903**  ■  October 1, 2018 - October 31, 2018  ■  Page 1 of 3



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

**Limited time offer - Up to $5,000 discount on commercial real estate financing**

As a small business owner or commercial real estate investor, Wells Fargo can help you purchase or refinance commercial real estate, or use your existing equity to grow your business. Apply by December 31, 2018 and we'll waive your origination fee.

Business Real Estate Financing offers competitive rates, low closing costs and a variety of term options on commercial property valued up to $5 million to help you meet your commercial real estate goals.

We can help with up to $1 million in financing on purchase or refinance loans or up to $500,000 in financing on equity loans.

**To learn more or apply, call us at 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time. Or visit us on the web at wellsfargo.com/biz/business-credit/real-estate/**

Note: Equity lines of credit are not eligible for this promotion. All financing is subject to credit approval. Some restrictions may apply. Equal housing lender.

Account number:  **5848704903**  ■  October 1, 2018 **-** October 31, 2018  ■  Page 2 of 3



## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $4.35 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 10/31** | **$4.35** |
| Average ledger balance this period | $4.35 |

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $4.35 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $1,330.61 |

Account number:  **5848704903**

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

Account number:   **5848704903**   ■   October 1, 2018 - October 31, 2018   ■   Page 3 of 3



**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**EXHIBIT "H"**

| From: | Troy Lambe |
|---|---|
| To: | paulwverner@vernerlaw.com |
| Subject: | Re: Fees |
| Date: | Wednesday, May 16, 2018 11:47:42 PM |

dude scratch that last attached document your math is incorrect. Please see attached, you made an error not in your favor just deduct the total in red from the 1m9k see balance, add credits its 537,449 to us not 577,449

| $1,009,000.00 | | Fees | | Escrow | | Costs | | Verner | | Credits | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $336,333.00 | | $50,000.00 | | | | | | $40,000.00 | |
| | | $40,000.00 | | $15,000.00 | | | | | | $6,666.00 | |
| | | $14,000.00 | | $5,000.00 | | | | | | $6,666.00 | |
| | | $14,500.00 | | $3,000.00 | | | | | | | |
| | | $20,000.00 | | | | | | | | | |
| | | $10,750.00 | | | | | | | | | |
| | | $3,300.00 | | | | | | | | | |
| | | $10,000.00 | | | | | | | | | |
| | | -$446,883.00 | | -$73,000.00 | | -$3,000.00 | | -$524,883.00 | | $53,332.00 | |
| | | | | | | | | | | | |
| | | | | | | | | $484,117.00 | Lambes | | |
| | | | | | | | | $53,332.00 | Added credits | | |
| | | | | | | | | $537,449.00 | Lambes | | |
| | | | | | | | | -$185,000.00 | Janet | | |
| | | | | | | | | $352,449.00 | Balance Lambes | | |

On Wed, May 16, 2018 at 3:19 PM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

> PS – I'm going to be taking a break for about a week but I'll have a todo list
> for your review on all the open items.  We can start attacking them one by
> one.  Regards.
>
> -------------------------------------------------
>
>
>
> Troy/Janet -  I think these calculations are all correct now.  Double check and
> if I haven't made an error, please sign the Table to authorize the wire transfer
> and return it by email with banking instructions.
>
>
> Unless you are already at the Harley Dealer, in which case I can surely wait.
>
>
> ---------------------------------

I have to get a letter out the door, then I am shutting the phones and finishing with your $.  OK?

------------------

Yea you are absolutely right.  Erica pays $6666.00 .

Let me send you a revised table.

**PAUL W. VERNER ¦ VERNER SIMON**

30 Wall Street, 8th Floor  □New York, NY 10005

Tel: (212) 502-5500  □Fax: (212) 502-5400

Five Greentree Centre  □525 Rt. 73 North, Suite 104  □Marlton, NJ 08053

Tel: (856) 817-6315  □Fax: (856) 817-6017

**From:** Troy Lambe <troylambe@gmail.com>
**Sent:** Wednesday, May 16, 2018 1:06 PM

**To:** paulwverner@vernerlaw.com
**Subject:** Re: Fees

Hey man, setting everything up..I have on question on the fees..you put 20k on the sheet for

the "Shotgun Case" and then you placed a $6666 credit (1/3rd) why am I paying for 2/3rd's? shouldn't you credit me 6666 x 2? Erica should be paying that other 6666 not me?

I am just about ready to provide you banking instructions..I want to have you do the collections settlement the fees are fine...but I want 10% of 198k (judgement totals combined ) kept in your trust/escrow account to settle claims.

So I think you should credit me Eric's portion of the Shotgun Case ($6666)...and withhold $19,800 for settlement payout in your escrow account for me..

I am willing to give JT 2.5% at most of MY net recovery amount you send. (FYI) reminding him there will be another round coming..

Later man..

Much Love..

On Tue, May 15, 2018 at 5:47 PM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

> What time do you want to talk?
>
> I haven't seen your numbers yet.
>
> Sending small invoices and retainers over in next few emails if you need them.  Let me know if not.
>
> Paul
>
> ---------------------
>
> Hi.  Cant see straight yet.

Have a pinched nerve and cant raise my arm over my head without severe pain.

Plus I just see an email saying I have to be ready to receive a call from a judge from 10 to 12 pm.

Can we push the call down?  2 pm ET?

**Paul W. Verner ¦ Verner Simon**

---

**30 Wall Street, 8th Floor ☐New York, NY 10005**

**Tel: (212) 502-5500 ☐Fax: (212) 502-5400**

---

**Five Greentree Centre  ☐525 Rt. 73 North, Suite 104 ☐Marlton, NJ 08053**

**Tel: (856) 817-6315 ☐Fax: (856) 817-6017**

---

**From:** Troy Lambe <troylambe@gmail.com>
**Sent:** Tuesday, May 15, 2018 6:46 AM
**To:** paulwverner@vernerlaw.com
**Subject:** Re: Fees

Hey brother, you stayed up late! Thanks for doing this, its really about 58k over my expectations.(not bad) :0)...  however what's missing is what I believe is the most important going forward is the suit for this exparte' debacle I WANT their asses for what they have done to us both financially by way of the delays, the additional fees bestowed upon us to fight and for the extreme financial and emotional stress caused by their actions. breech of contract, intentional tort and what the fuck else your great lawyer ass says they

did!

TTYS bro

On Tue, May 15, 2018 at 3:10 AM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

> This Memo has a corrected Table.  I forgot to add a reserve for the Yitzhak defense.
>
> -------------------------------
>
> Here is a memo for your review.
>
> I'll send the draft bills after I print them tomorrow morning.
>
> **PAUL W. VERNER ¦ VERNER SIMON**
>
> ——————————————————
>
> **30 Wall Street, 8th Floor  New York, NY 10005**
>
> **Tel: (212) 502-5500  Fax: (212) 502-5400**
>
> ——————————————————
>
> **Five Greentree Centre  525 Rt. 73 North, Suite 104  Marlton, NJ 08053**
>
> **Tel: (856) 817-6315  Fax: (856) 817-6017**
>
> ——————————————————