UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE LAW OFFICES OF ERICA T. YITZHAK
AND ERICA T. YITZHAK, ESQ. P.C.,

                Case No.: 2:24-cv-03552

               Petitioner,

   -against-

               NOTICE OF MOTION

TROY LAMBE, MAX DIVERSIFIED INC.,
SUNRAY SOLAR INC., AND PAUL VERNER,

               Respondents.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Erica Yitzhak on behalf of Petitioners dated September 30, 2024, the exhibits attached thereto and the accompanying Memorandum of Law in Support, and upon all pleadings and proceedings had herein, Petitioners will move this Court, on a date set by the Court, before the Honorable Magistrate Steven I. Locke, for an Order directing Respondent Paul Verner to turnover those funds held by him in escrow via immediate wire transfer pursuant to New York CPLR 5225(b).

Pursuant to the Court's Order of September 16, 2024 [ECF 17], the following briefing schedule was made for the within motion:

| | |
|---|---|
| Motion papers served: | September 30, 2024 |
| Opposition papers served: | October 18, 2024 |
| Reply papers served: | October 25, 2024 |
| All papers filed: | October 28, 2024 |

Dated: Syosset, New York
September 30, 2024

>Respectfully submitted,
>
>THE WEINSTEIN GROUP, P.C.
>
>By:
>LLOYD J. WEINSTEIN, Esq.
>(Rule §130-1.1a) (NYS Tech Law §304(2))
>6800 Jericho Turnpike, Suite 112W
>Syosset, New York 11791
>Telephone: 516-802-5330
>Facsimile: 516-802-5332
>ljw@theweinsteingroup.net

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).