**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

THE LAW OFFICES OF ERICA T. YITZHAK
AND ERICA T. YITZHAK, ESQ. P.C.,

                                Petitioners,

            -against-

TROY LAMBE, MAX DIVERSIFIED INC.,
SUNRAY SOLAR INC. AND PAUL VERNER,

                            Respondents,
----------------------------------------------------------------------X

**Case No. 24-cv-3553-RER**

**DECLARATION**
**OF PAUL W. VERNER**

PAUL W. VERNER, pursuant to 28 U.S.C §1746, hereby declares the follows facts and submits the appended authenticated documents under penalty of perjury under the laws of the United States in satisfaction of the Court's Minute Order dated June 25, 2024 (ECF#010):

1.      Attached here as **Exhibit A** is a true and correct copy of my Retainer Agreement with Troy Lambe and his companies whereby I was retained to litigate the federal case of *Lambe, Sunray Solar et al. v. Kahlon and Atlas Solar Holdings, LLC and Erica T. Yitzhak*, Case No. 13-cv-3126. (the "Federal Action").

2.      Attached here as **Exhibit B** is a true and correct copy of the judgment after jury verdict for $1 Million against the Kahlon Defendants in that case entered on February 1, 2016 and the Mandate after the Second Circuit affirmed the verdict and judgment on September 1, 2017 after Kahlon/Atlas' appeal.

3.      Prior to jury's verdict, on January 29, 2016, in Court, the then Yitzhak Defendants settled with my clients for the balance of their insurance policy issued through CNA. The balance of the

self-liquidating policy was approximately $595,000 when those settlement funds were tendered to me as attorney for the Lambe/Sunray Plaintiffs or about March 11, 2016.

4.     Attached as **Exhibit C** is a true and correct copy of my redacted Wells Fargo New York IOLTA account statement showing the deposit of the Yitzhak settlement funds on March 11, 2016.

5.     Because of multiple state court lawsuits commenced by the Kahlon Defendants in Nassau County Supreme Court throughout 2016 and 2017 to frustrate turnover of the $1 Million appellate surety bond, even after the Second Circuit affirmed the verdict and the $1 Million judgment, the surety bond satisfying the Kahlon cash bond staying enforcement pending his appeal was not delivered to me as attorney for the Lambe/Sunray Plaintiffs until about May 7, 2018.

6.     Attached as **Exhibit D** is a true and correct copy of my redacted Wells Fargo New York IOLTA account statement showing the deposit of the Kahlon surety bond proceeds on May 4 and 7, 2018.[1]

7.     Part of the settlement terms made between the Lambe/Sunray Plaintiffs and the former Yitzhak Defendants was the stipulated terms that if in the future, the Kahlon Defendants lodged their threatened by unfiled Cross-Claim for attorney malpractice against attorney Yitzhak, I would be appointed defense counsel because of my knowledge of the underlying facts and law. The Lambe/Sunray Plaintiffs would indemnify Yitzhak and pay the defense costs and my attorneys' fees. Attached as **Exhibit E** is a true and correct copy of the Yitzhak settlement agreement made on the record in Court and then later formalized and memorializing those terms.

8.     Attached as **Exhibit F** is a true and correct copy of my joint October 17, 2017 Retainer Agreement with the former Lambe/Sunray Plaintiffs and the Yitzhak Defendants which covered

---

[1]     In the two years that the surety bond was in effect, $9000 in additional interest had accrued.

my work when Kahlon did, in fact, sue Yitzhak for malpractice in the case *Kahlon, et al. v. Yitzhak, et al.,* Index No. 601659/2016 (Nassau Cty.)(hereinafter "Yitzhak Defense Case").

9.      Ultimately, the Yitzhak Defense Case approached a point where my fee bills outstripped the initial retainer which Mr. Troy Lambe had authorized and paid me. My Motion to Withdraw as counsel was heard by Justice Vito DeStefano in 2020 and I placed all financial records including those addressing the fact that all monies Lambe had left as Retainers with me (for the Yitzhak Defense Case and 4 other Lambe/Sunray defense cases I was handling for Lambe/Sunray, had been expended. Mr. Lambe and Ms. Yitzhak were privy to those 2020 filings. The Motion to Withdraw was denied with leave to renew.

10.     Ultimately, in 2021 Justice DeStefano decided a summary judgment motion which was against attorney Yitzhak and her law firm. The Yitzhak Defendants then sued me and that action is now venued in the Southern District of New York – described by this Court as "the more fulsome litigation pending in the SDNY". Minute Order, ECF#010.

11.     As Mr. Lambe and Ms. Yitzhak are well aware[1], no money was ever placed in my trust account by Mr. Lambe to satisfy any indemnity obligation he may have had to Ms. Yitzhak. Further, Mr. Lambe also is well-aware that all monies beyond my attorneys' fees earned and costs reimbursed from the Federal Action, were retainers for his defense cases and for the Yitzhak Defense Case. They are both also fully aware from my Motion to Withdraw and fee accounting filed in Nassau County with Justice DeStefano that the retainers set up for the Yitzhak defense were expended and a balance was owed by Lambe. The current counsel for Yitzhak should be fully aware of these facts as well.

---

[1]      Both of them were working together when in 2022 the same attorney filed identical Summons with Notice against me in Nassau County Supreme Court. *See*, **Exhibit G**.

12.     Attached as **Exhibit H** are true and correct copies of my 2016 emails to and from Troy Lambe sent to him after the CNA funds for Yitzhak's settlement had been received (and after predecessor attorney claims were compromised for $13,000).   It is clear that the fees due my firm were deducted by agreement in the sum of $125,000 from a total settlement from Yitzhak's carrier of $595,274.87.   As seen in **Exhibit H** Mr. Troy Lambe's acknowledged and verified the accounting of the Yitzhak settlement funds.

13.     Attached as **Exhibit I** is a true and correct copy of my 2018 accounting to Troy Lambe sent to him after the Kahlon surety bond and interest in the total sum of $1,00,900.00 was received on May 4 and 7, 2018.

14.     Attached as **Exhibit J** is a true and correct copy of Troy Lambe's May 16, 2018 acknowledging email back to me wherein he verified the 2018 accounting of the Kahlon surety bond and interest.

15.     Finally, attached here as **Exhibit K** is a true and correct copy of the last invoice on the Yitzhak Defense Case showing a total of approximately $95,000 as against the initial Retainer of $50,000.

16.     In summary, the **Exhibits A – K** show the receipt of the two settlement sums in 2016 and 2018, the disbursements to the clients of net settlement proceeds after deducting my attorneys' fees and the fact that the amounts left in my bank accounts were earmarked for defense costs in Yitzhak Defense Case and at least four other Lambe/Sunray defense cases

17.     The IOLTA bank statements prove that all settlement funds were either paid out in attorneys' fee or were paid to the Lambe/Sunray clients.   This is shown by Exhibit J, Troy Lambe's own email where he asserts he is entitled to receive $537,499 from the $1,009,000 in 2018 surety bond proceeds.

18.     As is seen by Exhibit D, all of those funds were distributed as follows:

$185,000 to Janet Lambe on May 17, 2018;
$15,000 to Max Diversified on May 21, 2018;
$275,000 to Troy Lambe on May 21, 2018
$62,449 to Troy Lambe on May 30, 2018

_____

**$537,449 TOTAL**

19.    Accordingly, I respectfully request that this misguided Petition, designed to harass and

without any basis, as the Petitioners and their counsel well know, should be dismissed.

Dated: New York, New York
       July 25, 2024

                                                    */s/ Paul W. Verner*
                                                    **PAUL W. VERNER**
                                                    PV-0274

# VERNER SIMON

FIVE GREENTREE CENTRE
525 ROUTE 73 NORTH, SUITE 104
MARLTON, NJ 08053
(856) 817-6315 / (856) 817-6017 FAX

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 502 5500 / (212) 502 5400 FAX

PLEASE REPLY TO:  NEW YORK

pwverner@vernerlaw.com

March 26, 2014

**VIA EMAIL**
Mr. Troy Lamb
546 South Cooks Bridge Road
Jackson, NJ 08527

Sunray Solar Inc.
644 Cross Street, Suite 10
Lakewood, NJ 08701

Max Diversified Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

Re:    Lamb et al v. Kahlon et al
Our File: 982.012
Case No.  13-3126

This Retainer Agreement is being entered into between the Verner Simon ("the firm", or "we" or "us"), and Mr. Troy Lamb, SUNRAY SOLAR INC., and MAX DIVERSIFIED INC. ("the client" or "you"). Please note that once this agreement is countersigned by you, it will constitute a legally binding contract.

## THE NATURE OF SERVICES TO BE RENDERED

This agreement confirms that you have retained this firm as your attorneys to act as counsel for you to prosecute a lawsuit for various contract and quasi contract claims against the Defendants in the above captioned action as have been heretofore presented by prior counsel. It is our intention to recover your losses through this litigation which we expect will continue to be venued in the US District Court for the Eastern District of New York. There is a possibility that other actions in other District Courts could be commenced.

The retainer fee required for our engagement (discussed below) does not include or apply to formal appearances and services rendered in courts; actions or proceedings other than the litigation for which this office has been retained described above. No appeals or post-judgment

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 2 of 9

actions, proceedings, or applications will be handled unless the firm's representation is secured by execution of another separate Retainer Agreement.


## STRATEGY GOING FORWARD

The strategy will be to engage in limited but strategic litigation events until financing for attorneys' fees can be acquired. We will appear in the federal court litigation, issue subpoenas to acquire information re GATS, engage in settlement negotiations with Defendant Yitzhak, engage is some landlord tenant defense, and certain other agreed litigation activity to protect the clients' rights.  As we secure financing, we will restructure the terms of the agreement which may or may not include contingent fee agreements.  The Client understands that the attorneys are taking over a litigation which was prepared and filed by another attorney, that we are assuming the role of attorney of record to protect the case on an emergent basis and that we reserve the right to withdraw from this engagement for any reason as a result.


## GENERAL TERMS OF REPRESENTATION

The client authorizes the firm to take any steps which, in the sole discretion of the firm are deemed necessary or appropriate to protect the client's interest in this matter. The client understands that no one particular member of the firm is being retained, but, rather the firm, as an entity is undertaking legal representation of the client pursuant to this retainer agreement and that the firm reserves the right to assign and delegate all aspects of such representation the firm, in its sole discretion, deems appropriate.

The client agrees to fully cooperate with the attorneys, paralegals, clerks or other members of the staff of the firm which are assigned on the case. The client also agrees to follow all instructions and advice which bear upon ethical, strategic or tactical considerations or matters, as the same are determined solely within the discretion of the firm.

In the event that the client fails or refuses to follow such advice or instructions of the firm in any respect, the client agrees that such failure or refusal shall be good cause for the law firm to withdraw its representation and the client hereby consents that the firm may so withdraw under such circumstances.

We shall provide you, should you desire it, with copies of correspondence and legal documents relating to your case and will keep you apprized of its status at all times.

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 3 of 9

## PAYMENT OF FEES

In order for us to begin our representation we will require a retainer which you have agreed to pay and we have agreed to accept in the sum of Seven Thousand Dollars ($7000). This Initial Retainer payment does not represent the amount of the overall fee which you will incur by virtue of our services. The amount of our eventual fee will be based upon our regular schedule of established hourly time charges, along with any out-of-pocket disbursements (such as court costs, messenger services, transcripts of proceedings, long distance telephone calls, telefaxes, process service fees, mileage, deposition and court transcripts and excess postage) which are incurred in your behalf.

You have agreed to a billing rate of $400.00 per hour for all partner attorney time, $250.00 for all associate attorney or local counsel time (if engagements of same are made) and $75.00 per hour for all paralegal time devoted to the matter. The firm charges paralegal time for paralegal type work even if it is performed by an attorney.

The retainer fees will be held in a trust account for your benefit. If services are required beyond the retainer fee, on a monthly basis we will present our bill for services and balances due on the current invoices shall paid within 20 days. If such payment is not made, we reserve the right to move to withdraw from your representation; alternatively, we may, under such circumstances, require that a larger retainer be paid. At the conclusion of this matter, any amount remaining in trust will be refunded to you, or to someone else, if you so direct.

The client further understands that the hourly rates apply to all time expended relative to the client's matter, including but not limited to, office meetings and conferences, telephone calls and conferences, either placed by or placed to the client, or otherwise made or had on the client's behalf or related to the client's matter, preparation, review and revision of correspondence, pleadings, motions, disclosure demands and responses, affidavits and affirmations, or any other documents, memoranda, or papers relative to the client's matter, legal research, court appearances, conferences, file review, preparation time, travel time and any other time expended on behalf of or in connection with the client's matter.

## MODIFICATION OF BILLING RATES

As it is not possible to predict with accuracy the period of time of this firm's representation of you, and for the purpose of providing you with a degree of certainty with regard to the firm's hourly charges during the period of representation, the firm herewith agrees to maintain the foregoing hourly rates for a period of one (1) year. The firm shall have the right, to increase such rates, but in no event beyond a ten (10%) percent per year increase, and you shall be notified of any increase at least thirty (30) days in advance of such increase, and such increase shall be

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 4 of 9

reflected in an amended written retainer agreement signed by you and the firm. Time is charged in increments of sixths of an hour.

## DISBURSEMENTS AND OUTSIDE CHARGES

In addition to the foregoing, your responsibility will include direct payment or reimbursement of this firm for disbursements advanced on your behalf, the same to include, but not necessarily be limited to, court filing fees, recording fees, charges of process servers, travel expenses, copying costs, messenger services, necessary secretarial overtime, transcripts and the customary fees of stenographers referable to examinations before trial in the event such examinations are utilized.

You have been advised that in order for us to properly protect your interests, it may be necessary to retain outside experts such as forensic experts, appraisers, actuaries, investigators and accountants. You will be responsible for the costs incurred for any such service which in some cases may have to be paid in advance depending upon the requirements of the particular expert. No expert shall be retained without your prior approval.

## TERMINATION OF REPRESENTATION

Notwithstanding the above, if the attorney-client relationship is terminated without your matter having been concluded, e.g., if the action were discontinued, or if you were to discharge the firm as your attorney, or if the firm were to withdraw its representation, to the extent that the firm's current invoices were not satisfied by retainer funds on hand, or if there were a dispute over the fees due to the firm, a fair and reasonable fee would be determined in accordance with legally accepted standards. Presently, the legally recognized elements of a reasonable fee, as set forth in the Code of Professional Responsibility, are as follows:

*       The time and labor required, the novelty and difficulty of the questions involved and the skill requisite to perform the legal service properly.

*       The likelihood, if apparent or made known to the client, that the acceptance of the particular   employment   will   preclude   other employment by the lawyer. (You should know that the firm, by accepting retention as your attorney, is clearly precluded from representing the opposing party against you).

*       The fee customarily charged in the locality for similar legal services.

*       The amount involved and the results obtained.

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 5 of 9

\*        The time limitations imposed by the client or by circumstances.

\*        The nature and length of the professional relationship with the client.

\*        The experience, reputation and ability of the lawyer or lawyers performing the services.

\*        Whether the fee is fixed or contingent.

In the event that any bill from the firm remains unpaid beyond such thirty (30) day period, the client agrees that the firm may withdraw its representation, at the option of the firm. In the event that an action is pending, and absent your consent, an application must be made to the Court for such withdrawal. Where the fee is unpaid for the period set forth above, the client acknowledges that in connection with any such withdrawal application, that the account delinquency shall be good cause for withdrawal.

## TERMINATION AND RIGHT TO CHARGING LIEN

You are advised that if, in the judgment of this firm, we decide that there has been an irretrievable breakdown in the attorney-client relationship, or a material breach of the terms of this retainer agreement, we may decide to make application to the court in which your action is pending to be relieved as your attorneys. In such event, you will be provided with notice of the application and an opportunity to be heard. Should any fees be due and owing to this firm at the time of our discharge, we shall have the right, in addition to any other remedy, to seek a charging lien, i.e., a lien upon any award made to you as a result of settlement or judgment of the court.

While we expect to be paid the fee due us in a timely fashion, in situations where the client does not have funds readily available to pay additional fees as they accrue, we may, as an accommodation, agree to take a security interest in property in lieu of immediate payment. A security interest may take the form of a confession of judgment, promissory note, or mortgage upon specified property. In either event, a lien will attach to your property. In the case of your marital residence, any such security interest shall be non-foreclosable, i.e., we shall not force a sale of your home but would be paid at the time you sell the premises.

## RIGHT TO ARBITRATE

While we seek to avoid any fee disputes with our clients, in the event such a dispute does arise, you are advised that you have the right, at your election, to seek arbitration to resolve the fee dispute. In such event, we shall advise you in writing by certified mail that you have thirty (30) days from receipt of such notice in which to elect to resolve the dispute by arbitration, and we

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 6 of 9

shall enclose a copy of the arbitration rules and a form for requesting arbitration. The decision resulting from arbitration is binding upon both you and this firm. Further, if you do not file a request for arbitration within thirty (30) days after receiving our notice, we may commence an action against you to recover our fees.

It is specifically acknowledged by you that this firm has made no representations to you, express or implied, concerning the outcome of the litigation presently pending or hereafter to be commenced. You further acknowledge that this firm has not guaranteed and cannot guarantee the success of any action taken by the firm on your behalf.

## ACCURACY OF INFORMATION

We have informed you that pursuant to court rule, we are required as your attorneys to certify court papers submitted by you which contain statements of fact, and specifically to certify that we are aware of no inaccuracies in the court submission. Accordingly, you agree to provide us with complete and accurate information which forms the basis of court papers and to certify in writing to us, prior to the time the papers were actually submitted to the Court, the accuracy of the court submissions which we prepare on your behalf and which you shall review and sign.

## STATEMENT OF CLIENTS' RIGHTS AND RESPONSIBILITIES

Your attorney is providing you with this section to inform you of what you, as a client, are entitled to by law or by custom. To help prevent any misunderstanding between you and your attorney please read this section carefully.

If you ever have any questions about these rights, or about the way your case is being handled, do not hesitate to ask your attorney. He or she should be readily available to represent your best interests and keep you informed about your case.

An attorney may not refuse to represent you on the basis of race, creed, color, sex, sexual orientation, age, national origin or disability.

You are entitled to an attorney who will be capable of handling your case; show you courtesy and consideration at all times; represent you zealously; and preserve your confidences and secrets that are revealed in the course of the relationship.

You are entitled to a written retainer agreement which must set forth, in plain language, the nature of the relationship and the details of the fee arrangement. At your request, and before you

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 7 of 9

sign the agreement, you are entitled to have your attorney clarify in writing any of its terms, or include additional provisions.

You are entitled to fully understand the proposed rates and retainer fee before you sign a retainer agreement, as in any other contract.

You may refuse to enter into any fee arrangement that you find unsatisfactory.

Your attorney may not request a fee that is contingent on the securing of a divorce or on the amount of money or property that may be obtained.

Your attorney may not request a retainer fee that is non-refundable. That is should you discharge your attorney, or should your attorney withdraw from the case, before the retainer is used up, he or she is entitled to be paid commensurate with the work performed on your case and any expenses, but must return the balance of the retainer to you.  However, your attorney may enter into a minimum fee arrangement with you that provides for the payment of a specific amount below which the fee will not fall based upon the handling of the case to its conclusion.

You are entitled to know the approximate number of attorneys and other legal staff members who will be working on your case at any given time and what you will be charged for the services of each.

You are entitled to know in advance how you will be asked to pay legal fees and expenses, and how the retainer, if any, will be spent.

At your request, and after your attorney has had a reasonable opportunity to investigate your case, you are entitled to be given an estimate of approximate future costs of your case, which estimate shall be made in good faith but may be subject to change due to facts and circumstances affecting the case:

You are entitled to receive a written, itemized bill on a regular basis, at least every 60 days.

You are expected to review the itemized bills sent by counsel, and to raise any objections or errors in a timely manner. Time spent in discussion or explanation of bills will not be charged to you.

You are expected to be truthful in all discussions with your attorney, and to provide all relevant information and documentation to enable him or her to competently prepare your case.

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 8 of 9

You are entitled to be kept informed of the status of your case, and to be provided with copies of correspondence and documents prepared on your behalf or received from the court or your adversary.

You have the right to be present in court at the time that conferences are held.

You are entitled to make the ultimate decision on the objectives to be pursued in your case, and to make the final decision regarding the settlement of your case.

Your attorney's written retainer agreement must specify under what circumstances he or she might seek to withdraw as your attorney for nonpayment of legal fees. If an action or proceeding is pending, the court may give your attorney a "charging lien," which entitles your attorney to payment for services already rendered at the end of the case out of the proceeds of the final order or judgment

You are under no legal obligation to sign a confession of judgment or promissory note, or to agree to a lien or mortgage on your home to cover legal fees. Your attorney's written retainer agreement must specify whether, and under what circumstances, such security may be requested. In no event may such security interest be obtained by your attorney without prior court approval and notice to your adversary. An attorney's security interest in the marital residence cannot be foreclosed against you.

You are entitled to have your attorney's best efforts exerted on your behalf, but no. particular results can be guaranteed.

If you entrust money with an attorney for an escrow deposit in your case, the attorney must safeguard the escrow in a special bank account. You are entitled to a written escrow agreement, and may request that one or more interest-bearing bank accounts be used.

You also are entitled to a written receipt, and a complete record, concerning the escrow.

When the terms of the escrow agreement have been performed, the attorney must promptly make payment of the escrow to all persons who are entitled to it.

In the event of a fee dispute, you may have the right to seek arbitration. Your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

# VERNER SIMON

Mr. Troy Lamb
Sunray/Max
March 26, 2014
Page 9 of 9


## ACKNOWLEDGMENT AND UNDERSTANDING

The client acknowledges that he or she has read this agreement in its entirety, has had full opportunity to consider its terms and has had a full and satisfactory explanation of same, and fully understands its terms and agrees to such terms. The client further acknowledges that you have been provided with and read a Statement of Client's Rights and Responsibilities, a copy of which is contained in this Retainer Agreement.

Kindly indicate your understanding and acceptance of the above by signing and returning the duplicate original of this letter.

We appreciate the opportunity to serve you and I look forward to working with you.

Very truly yours,
VERNER SIMON

PAUL VERNER


**I HAVE READ AND UNDERSTAND THE ABOVE
AND ACCEPT ALL OF ITS TERMS.**


Mr. Troy Lamb, Individually
and on Behalf of Sunray Solar, Inc. and
Max Diversified, Inc.
Dated: 3 / 26 / 14

# VERNER SIMON

FIVE GREENTREE CENTRE
525 ROUTE 73 NORTH, SUITE 104
MARLTON, NJ 08053
(856) 817- 6315 / (856) 817- 6017 FAX

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 502 5500 / (212) 502 5400 FAX

PLEASE REPLY TO:  NEW YORK

pwverner@vernerlaw.com

April 20, 2015

**VIA EMAIL**

Mr. Troy Lambe
546 South Cooks Bridge Road
Jackson, NJ 08527

Sunray Solar Inc.
644 Cross Street, Suite 10
Lakewood, NJ 08701

Max Diversified Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

Re:    Lamb et al v. Kahlon et al
Our File: 982.012
Case No.  13-3126

This Agreement changes the terms of the Retainer Agreement dated March 26, 2015 between the Verner Simon ("the firm", or  "we" or "us"), and Mr. Troy Lamb, SUNRAY SOLAR INC., and MAX DIVERSIFIED INC. ("the client" or "you"). Please note that once this agreement is countersigned by you, it will constitute a legally binding contract.

## MODIFICATION OF FEE TERMS

Effective April 22, 2015, we will modify the rates to a ½ billing rate of $200.00 per hour for all partner attorney time, $125.00 for all associate attorney or local counsel time (if engagements of same are made) and $37.50 per hour for all paralegal time devoted to the matter.  The firm charges paralegal time for paralegal type work even if it is performed by an attorney.

In addition to these ½ rates, the firm will be entitled to a fee of 17% of the net recovery.  Net recovery is defined as the gross recovery from settlements, judgment collections or otherwise, less the unreimbursed expenses and disbursements which have been incurred by the firm on your behalf which will be repaid first.

VERNER SIMON

Mr. Troy Lamb
Sunray/Max
April 21, 2015
Page 2 of 2

No other terms of the March 26, 2014 Retainer Agreement are changed.

Very truly yours,
VERNER SIMON

PAUL VERNER

**I HAVE READ AND UNDERSTAND THE ABOVE
AND ACCEPT ALL OF ITS TERMS.**

Mr. Troy Lamb, Individually
and on Behalf of Sunray Solar, Inc. and
Max Diversified, Inc.
Dated: 4/26/15

Case 2:24-cv-03553-RER-SIL   Document 28-4   Filed 10/28/24   Page 1 of 1 PageID #: 941
Case 2:13-cv-03126-LDW-AYS   Document 135   Filed 02/02/16   Page 1 of 1 PageID
#: 501

**United States District Court**
**Eastern District Of New York**

------------------------------X

Troy Lambe, et al
                    **Plaintiff(s)**

 -against-

Yossef Kahlon, et al
                    **Defendant(s)**

------------------------------X

**JUDGMENT IN A CIVIL CASE**

13-CV-3126 (LDW)(AYS)


   **X**     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.


_____    **Decision by Court**. This action came to trial/hearing before the Court. The issues have been tried/heard and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED** that the plaintiffs (Troy Lambe, Sunray Solar, Inc. and Max Diversified, Inc.) be awarded compensatory damages in relation to all claims against the defendants (Yossef Kahlon, a.k.a. Jossef Kahlon, and Atlas Solar Holdings, LLC), except for plaintiffs' claim for malicious prosecution, in the amount of seven hundred and fifty thousand dollars ($750,000.00). **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs be awarded punitive damages against the defendants in the amount of two hundred and fifty thousand dollars ($250,000.00). **IT IS FURTHER ORDERED AND ADJUDGED** that the defendants take nothing of the plaintiffs and that their counter claim be dismissed on the merits.


                    **DOUGLAS C. PALMER**
                    Clerk of the Court

                    *Eric L. Russo*

                    By: Eric L. Russo
                    Deputy Clerk

Dated: February 2, 2016
Central Islip, New York

MANDATE

16-2439-cv
Lambe v. Atlas Solar Holdings LLC.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York on the 1st day of September, two thousand seventeen.

Present:    JON O. NEWMAN,
            ROSEMARY S. POOLER,
            PETER W. HALL,
                    *Circuit Judges.*
_____

TROY LAMBE, SUNRAY SOLAR INC., MAX
DIVERSIFIED INC.,

                    *Plaintiffs-Counter-Defendants-Appellees*,

                    v.                                    16-2439-cv

ATLAS SOLAR HOLDINGS, LLC, YOSSEF KAHLON,
AKA JOSSEF KAHLON,

                    *Defendants-Counter-Claimants-Appellants*.
_____

Appearing for Appellants:    Kathyrn C. Cole, Farrell Fritz, P.C.(James M. Wicks, Sarah M.
                             Baird, *on the brief*), Uniondale, NY

Appearing for Appellees:     Paul W. Verner, Verner Simon, New York, NY.

Appeal from the United States District Court for the Eastern District of New York (Wexler, *J.*).

1

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **AFFIRMED**.

Atlas Solar Holdings, LLC and Yossef Kahlon (together, the "Kahlon Defendants") appeal from (1) the February 2, 2016 judgment in favor of plaintiffs Troy Lambe, Sunray Solar Inc., and Max Diversified Inc. (together, "Plaintiffs") entered in the United States District Court for the Eastern District of New York (Wexler, *J.*); (2) the January 29, 2016 order granting Plaintiffs' motion for a directed verdict on the Kahlon Defendants' counterclaim for fraud; and (3) the July 1, 2016 order denying the Kahlon Defendants' motion to amend the judgment. We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

The Kahlon Defendants argue that the district court exceeded its discretion in not allowing them to seek a post-judgment setoff against the jury award pursuant to New York General Obligations Law § 15-108. We disagree. "[T]he New York Court of Appeals warned that 'as an affirmative defense, General Obligations Law § 15–108(a) must be pled by a tortfeasor seeking its protection.'" *Schipani v. McLeod*, 541 F.3d 158, 161 (2d Cir. 2008) (citing *Whalen v. Kawasaki Motors Corp., U.S.A.*, 92 N.Y.2d 288, 292 (1998)). A party may move "at any point before final judgment is entered" to amend its answer to assert a setoff pursuant to Section 15-108. *Id.* at 159.

The Kahlon Defendants argue amendment of their answer was unnecessary because their answer already pled a setoff as an affirmative defense. Their answer pled, in relevant part, that:

> The relief sought by Plaintiff against Defendants, if any be found, must be set off, reduced, abated and/or apportioned to the extent that Plaintiff's actions or omissions or bad faith caused or contributed to the damages and/or to the extent that Plaintiff's actions and/or omissions caused damage to Defendants.

App'x at 142.

This pleading is inadequate because the setoff it describes was to occur "to the extent that Plaintiff's actions or omissions or bad faith caused or contributed to the damages . . . ." A plain reading of the defense, as pled, means any award to the Plaintiffs must be decreased to the extent that the Plaintiffs caused or contributed to the damages. The answer does not satisfy New York's requirement that a Section 15-108 setoff be pled as an affirmative defense.

The district court did not exceed its discretion in denying the motion to amend post-judgment. "When the moving party has had an opportunity to assert the amendment earlier, but has waited until after judgment before requesting leave, a court may exercise its discretion more exactingly." *State Trading Corp. of India, Ltd. v. Assuranceforeningen Skuld*, 921 F.2d 409, 418 (2d Cir. 1990).

Moreover, the Kahlon Defendants failed to properly preserve this issue for appeal. The Kahlon Defendants make their argument regarding the district court's denial of its motion to

2

amend in a footnote in their opening brief. Appellants' Br. at 36 n. 13. "We do not consider an argument mentioned only in a footnote to be adequately raised or preserved for appellate review." *United States v. Restrepo*, 986 F.2d 1462, 1463 (2d Cir. 1993). In their reply brief, the Kahlon Defendants reverse their position by stating in a footnote that they are not seeking to amend the answer. Appellants' Reply Br. at 7 n.5 ("we do not seek to amend our Answer.").

We have considered the remainder of the Kahlon Defendants' arguments and find them to be without merit. Accordingly, the judgment of the district court hereby is AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

3

# Basic Business Checking® IOLTA



Account number: ███████   ■ March 1, 2016 - March 31, 2016   ■ Page 1 of 4

VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or mid-sized business. Achieving a positive cash flow does not come by chance. Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $7,293,871.45 |
| Deposits/Credits | 595,625.79 |
| Withdrawals/Debits | - 5,066,300.78 |
| **Ending balance on 3/31** | **$2,823,196.46** |
| | |
| Average ledger balance this period | $3,060,466.33 |

Account number: 5███████

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

Account number: ███████ ■ March 1, 2016 - March 31, 2016 ■ Page 2 of 4



## Interest summary

| | |
|---|---|
| Interest paid this statement | $350.92 |
| Average collected balance | $3,060,466.33 |
| Annual percentage yield earned | 0.14% |
| Interest earned this statement period | $350.92 |
| Interest paid this year | $386.00 |
| Total interest paid in 2015 | $240.94 |

## Transaction history



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| | | ███████████ | | ██ | |
| ██ | | ███████████ | | ██ | |
| ██ | | ███████████ | | ██ | |
| ██ | | ████████████ | | ███ | |
| ██ | | ████████████ | | ███ | |
| ██ | | █████████████ | | ███ | ████████ |
| ██ | | ███████████ | | ███ | |
| ██ | | ██████████ | | ███ | ████ |
| 3/11 | | Deposit Made In A Branch/Store | 595,274.87 | | 3,183,191.71 |
| 3/21 | | ████████████ | | ██ | |
| ██ | | ███████████ | | ██ | |
| ██ | | ███████████ | | ██ | |
| ██ | | ████████████ | | ███ | |
| ██ | | ████████████ | | ███ | |
| 3/21 | | WT ████████ Janet Lambe Srf# ████████ 5 Trn#1████ 57 Rfb# | | 320,250.00 | 2,834,351.71 |
| 3/23 | | Wire Trans Svc Charge - Sequence: 1████████ Srf# ████ Trn# ████████ Rfb# | | 30.00 | |
| ██ | | █████████ | | ██ | |
| ██ | | ███████████ | | ██ | |
| ██ | | ████████████ | | ███ | ████████ |
| ██ | | ████████ | ████ | ███ | ████ |
| **Ending balance on 3/31** | | | | | **2,823,196.46** |
| **Totals** | | | **$595,625.79** | **$5,066,300.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number: 5███████  ■ March 1, 2016 - March 31, 2016  ■ Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

––––––––––––––

Effective April 1, 2016, your account will no longer be subject to a $5 monthly service fee. This fee was netted against interest paid as allowable by law. The entire amount of interest earned on this account will be sent to the applicable State Foundation effective with the April 2016 remittance.

All other terms and conditions of your account will remain the same. If you have questions please contact your local banker or call the phone number listed at the top of your statement.

––––––––––––––

Overdraft Fee Waiver Clarification: We will waive any overdraft fees if both your ending daily account balance (posted balance) and your available balance (which includes pending transactions) are overdrawn by $5 or less and there are no items returned for insufficient funds at the end of our nightly processing. This fee waiver is associated with the total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance. To find out more about online banking tools that Wells Fargo offers to help you manage and track your spending, visit wellsfargo.com/biz/online_banking. For additional information, see your Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

Account number: ████████    ■ March 1, 2016 - March 31, 2016    ■ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Basic Business Checking® IOLTA

Account number:  **5848704903**  ■  May 1, 2018 - May 31, 2018  ■  Page 1 of 3



VERNER SIMON INC
NY IOLA ATTORNEY SPECIAL ACCOUNT
28170 RUFFIAN DR
BOERNE TX 78015-4806

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $4,336.85 |
| Deposits/Credits | 1,009,593.03 |
| Withdrawals/Debits | - 594,043.03 |
| **Ending balance on 5/31** | **$419,886.85** |
| Average ledger balance this period | $687,684.38 |

Account number:  5XXXXXX3

**VERNER SIMON INC**
**NY IOLA ATTORNEY SPECIAL ACCOUNT**
*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $584.03 |
| Average collected balance | $687,684.38 |
| Annual percentage yield earned | 1.00% |
| Interest earned this statement period | $584.03 |
| Interest paid this year | $584.56 |

Account number: ███████3  ■  May 1, 2018 - May 31, 2018  ■  Page 2 of 3



**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| | | ███████████████████ | | ████ | |
| 5/4 | | WT Fed#01499 Frost National Ban /Org=Suretec Insurance Company Srf# 2018050400004050 Trn#180504123616 Rfb# | 1,003,557.18 | | |
| 5/4 | | Wire Trans Svc Charge - Sequence: 180504123616 Srf# 2018050400004050 Trn#180504123616 Rfb# | | 15.00 | |
| ██ | | █████████████████████████ | | ████ | ████████ |
| 5/7 | | WT Fed#00262 Frost National Ban /Org=Suretec Insurance Company Srf# 2018050700000964 Trn#180507051834 Rfb# | 5,442.82 | | |
| ██ | | ██████████████████████████ | | ████ | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 180507051834 Srf# 2018050700000964 Trn#180507051834 Rfb# | | 15.00 | 1,008,985.85 |
| ██ | | ████████████████████████ | | ███ | |
| ██ | | ████████████████████████ | | ████ | ████████ |
| 5/16 | | Online Transfer to Verner Simon Inc Business Checking xxxxxx7097 Ref #Ib04Lvxnmx on 05/16/18 | | 50,000.00 | 957,455.85 |
| 5/17 | | Wire Trans Svc Charge - Sequence: 180517053872 Srf# T████████2 Rfb# | | 30.00 | |
| 5/17 | | WT Fed███████████████Janet Lambe Srf# Trn#1████████ Rfb# | | 185,000.00 | 772,425.85 |
| 5/21 | | Wire Trans Svc Charge - Sequence: ██████ Srf# ██████████# | | 30.00 | |
| 5/21 | | Wire Trans Svc Charge - Sequence: ██████ Srf# T██████ Rfb# | | 30.00 | |
| 5/21 | | T█████████████████=Max Diversified Inc Srf# T█████████ Rfb# | | 15,000.00 | |
| 5/21 | | WT ████████████████=Troy Lambe Srf# T████████ Rfb# | | 275,000.00 | 482,365.85 |
| 5/30 | | Wire Trans Svc - ████████████ Srf# Trn███████ Rfb# | | 30.00 | |
| 5/30 | | WT████████████████Troy Lambe Srf# Trn████████ Rfb# | | 62,449.00 | 419,886.85 |
| 5/31 | | Interest Payment | 584.03 | | |
| 5/31 | | Int Transferred to NY 000003377001239 | | 584.03 | 419,886.85 |
| **Ending balance on 5/31** | | | | | **419,886.85** |
| **Totals** | | | **$1,009,593.03** | **$594,043.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

 IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

Account number:  ⬛    ■ May 1, 2018 - May 31, 2018  ■ Page 3 of 3



**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

```
                                                            903
1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
2

3      -------------------------------X
       TROY LAMBE, SUNRAY SOLAR, INC.,
4      and MAX DIVERSIFIED, INC.,
                                    :  CV-13-03126
5
                   Plaintiffs,
6                                   :  United States Courthouse
          -against-                   Central Islip, New York
7
       YOSSEF KAHLON, a/k/a JOSSEF
8      KAHLON, ATLAS Solar Holdings LLC,
       ERICA T. YITZHAK, THE LAW
9      OFFICES OF ERICA T. YITZHAK,
       and ERICA T. YITZHAK, ESQ.,P.C.,
10                                  :  January 29, 2016
                   Defendants.         9:30 a.m.
11     -------------------------------X

12                   TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE LEONARD D. WEXLER
13        UNITED STATES DISTRICT COURT JUDGE, and a jury

14
       APPEARANCES:
15
       For the Plaintiffs:      VERNER SIMON
16                              30 Wall Street, 8th Fl.
                                New York, NY 10005
17                              By: PAUL W. VERNER, ESQ.

18

19     For the Kahlon Defts:    LAW OFFICE OF MICHAEL BOTTON
                                1315 Main Street
20                              Belmar, New Jersey 07719
                                By: MICHAEL BOTTON, ESQ.

21

22                              THE LAW FIRM OF JAMES F. QUINN
                                626 RXR Plaza
23                              Uniondale, NY 11556-0626

24
                                (Cont'd)
25
```

**904**

For the Yitzhak Defts:    KAUFMAN DOLOWICH VOLUCK
135 Crossways Park Dr., Ste. 201
Woodbury, New York 11797
By: MICHAEL V. DeSANTIS, ESQ.
MEGAN E. YLLANES, ESQ.
BRET SCHER, ESQ.

Court Reporter(s):    OWEN WICKER
PAUL LOMBARDI
100 Federal Plaza - Suite 1180
Central Islip, New York 11722
(631) 712-6102

Proceedings recorded by mechanical stenography;
transcript produced by computer aided transcription

**905**

1    M O R N I N G   S E S S I O N

3    (Out of the presence of the jury.
4    THE COURT:  All right.  Let's go.
5    MR. VERNER:  Your Honor, we've reached an accord
6    with the Yitzhak defendants.  The parties would like to
7    put the settlement on the record now.
8    THE COURT:  Go ahead.
9    MR. VERNER:  The terms, are essentially we have
10   an uncertain limit in the policy so we'll ask for CNA to
11   provide a declaration with an itemization, rough, not
12   detailed, with their expenses out of the policy.  The --
13   I'll let Mr. Scher talk about the numbers.
14   THE COURT:  Thank you.  Who do you represent?
15   MR. SCHER:  Bret Scher from Kaufman Dolowich &
16   Voluck on behalf of the Yitzhak defendants.
17   MR. BOTTON:  Your Honor, may I say one thing.
18   There's been an offer with regards to a global settlement.
19   We're willing to walk away from the case to have
20   a global settlement and walk away today, however,
21   Mr. Verner was previously was open to that and at this
22   point is rejecting that with regards to the global
23   settlement and walk away.
24   THE COURT:  Doesn't he have a right to object to
25   it?

**906**

1    MR. BOTTON:  He has every right.
2    THE COURT:  Put your stipulation in.
3    THE WITNESS:  Obviously the parties, the Yitzhak
4    defendants and the plaintiffs will be exchanging general
5    releases.
6    The Yitzhak defendants will agree to pay the
7    remaining policy limits on her CNA professional liability
8    policy capped at $650,000.
9    The plaintiffs are going to give CNA to
10   reconcile all bills and make sure we come out with the
11   exact number which will be no higher than $650,000.
12   MR. VERNER:  And no less than roughly --
13   MR. SCHER:  -- no less than 600,000, we believe.
14   MR. VERNER:  Correct.
15   MR. SCHER:  Part of that settlement, as I said,
16   there will be full exchange between the Yitzhak defendants
17   as well as the plaintiffs.
18   The Yitzhak defendants are also going to accept
19   a hold harmless from the plaintiffs.
20   MR. VERNER:  Stipulated.
21   MR. SCHER:  With respect to any potential claims
22   or actually claims that may be brought by the Kahlon
23   parties or their agents, attorneys, etcetera.  As part of
24   that Ms. Yitzhak will agree to fully cooperate with the
25   plaintiffs with respect to the defense of any claim that

**907**

1    may be brought against her, that defense will be assumed
2    by the plaintiffs as well as their counsel Mr. Verner.
3    Ms. Yitzhak is agreeing that she will agree to a
4    liquidated damages penalty in the sum of $350,000, if a
5    court of law finds that during the testimony in aid of her
6    defense of any future claim by the Kahlon parties, that
7    she committed perjury --
8    THE COURT:  Wait awhile.  Say that again?
9    MR. SCHER:  Ms. Yitzhak is agreeing if she was
10   to get sued by the Kahlon defendants in a litigation which
11   will be defended by Mr. Verner and his firm, if she were
12   to be found by any court of law to have committed perjury,
13   she would agree to the liquidated damages provision of
14   $350,000, if found she committed perjury during defense of
15   that legal malpractice or whatever it may be.
16   Ms. Yitzhak also agreed she will not assert the
17   attorney-client privilege with respect to her
18   communications with Mr. Kahlon in the defense of that
19   action.
20   THE COURT:  She will not?
21   MR. SCHER:  Will not assert the attorney-client
22   privilege with respect to --
23   THE COURT:  There's only one trouble with that.
24   If he brings the lawsuit, he waives it.
25   MR. VERNER:  As a matter of law it would be

**908**

1  waived. That's our understanding.
2       MR. SCHER: Both counsel understand that.
3  Mr. Verner asked me to make that clear she would not come
4  out and assert that and she will not.
5       A representative of CNA within the next 30 days
6  will provide Mr. Verner with an affidavit --
7       MR. VERNER: If I can have the declaration
8  within the next ten business days, the settlement will
9  process within 30 days, I would think.
10       MR. SCHER: Within the next 10 business days, a
11  representative of CNA will have a declaration to Mr.
12  Verner pursuant to Title 18 U.S.C. 1746, attesting to the
13  amounts that have been depleted from the CNA policy,
14  including expenses, attorney's fees, etcetera.
15       MR. VERNER: Your Honor, I think it would be
16  prudent to have both parties attest to their satisfaction
17  of the settlement --
18       THE COURT: Which parties?
19       MR. VERNER: Both. Both plaintiffs and
20  Ms. Yitzhak.
21       THE COURT: You heard what was said by the
22  lawyers?
23       MS. YITZHAK: Yes, your Honor.
24       THE COURT: You agree with it?
25       MS. YITZHAK: Yes, I do, your Honor.

**909**

1       THE COURT: And you abide by it?
2       MS. YITZHAK: Yes, your Honor.
3       MR. SCHER: And there is this issue with respect
4  to the defense claim under state law, and there may not be
5  any additional coverage available under her policy.
6       THE COURT: Okay. Now to the defendant
7  remaining.
8       What do you want to put on the record?
9       MR. BOTTON: Your Honor, at this point, I mean,
10  there was a willingness to engage in a global settlement
11  with regards to all parties.
12       THE COURT: There was a willingness right from
13  day one and your client refused. They have a right to
14  back out again because he hasn't accepted it. He can't
15  play games and then at the last minute and say, okay, I'll
16  take it now. It's withdrawn.
17       There is nothing for him to go through but to go
18  through the trial.
19       MR. BOTTON: Yes, your Honor.
20       MR. VERNER: For the record, your Honor,
21  Mr. Lambe has just raised his concern he wanted the still
22  existing UCC-1s extinguished by one of the filings. I
23  explained to him Ms. Yitzhak cannot do that without the
24  authority of her client, former client, Mr. Kahlon. We'll
25  look for that relief in the future. That was the only

**910**

1  problem with the settlement.
2       MR. BOTTON: The UCC expires after a certain
3  period of time.
4       MR. VERNER: I don't know. We'll have to figure
5  that out.
6       THE COURT: I'll tell the jury that the
7  defendant settled -- I cannot say that. It's just between
8  the remaining defendant and plaintiff and we'll proceed.
9       MR. VERNER: Thank you.
10       MR. BOTTON: When we spoke about the progression
11  of the trial yesterday with regard to co-counsel and we
12  spoke to your clerk, we were anticipating coming back
13  Monday to do the closing. I haven't prepared closings at
14  this point because of the anticipation of a short day. I
15  wanted to make sure we have time to do that.
16       THE COURT: I'll give you enough time.
17       MR. BOTTON: Thank you, your Honor.
18       THE COURT: To prepare for the closing. Okay.
19       We'll bring in the jury and tell them. So is
20  there any more testimony?
21       MR. VERNER: Not from Ms. Yitzhak. I had some
22  rebuttal about a half hour with Mr. Lambe, and that's it.
23       THE COURT: All right.
24       MR. DESANTIS: Can we excuse ourselves now since
25  we're out, your Honor?

**911**

1       THE COURT: You can be excused but I want the
2  defendant to remain during the rest of the trial.
3       MR. YITZHAK: Your Honor, would that require me
4  to be present next week as well?
5       THE COURT: It will require you not to be here.
6  You don't have to be present today, but I want you to be
7  here on Monday because I want to put something on the
8  record with respect to your conduct. I'm not happy with
9  it.
10       I've read your file witness.
11       MS. YITZHAK: Your Honor, I understand that.
12  Monday afternoon I have a mandatory settlement in New York
13  Supreme.
14       THE COURT: I don't give a damn what you have.
15  You will be here Monday morning at 9:30.
16       MS. YITZHAK: Yes, your Honor.
17       MR. VERNER: Your Honor, both CNA's counsel and
18  myself were wondering whether we can have a conference
19  with you in chambers before we proceed for two minutes?
20       THE COURT: Sure.
21       MR. VERNER: Thank you, your Honor.
22       (Recess taken.)
23       (Discussion held off the record in chambers.)
24       (Continued.)
25

912

1      (Whereupon, the jury at this time enters the
2 courtroom.)
3      THE COURT:  Be seated.  The delay in the
4 proceeding occurred.  You'll notice that the defendant
5 attorney Yitzhak is not here with her lawyers.  They are
6 gone.  They are not part of the case anymore.  You may not
7 consider why, when or how they are not.  The case is
8 continuing against the plaintiff and Mr. Kahlon and his
9 corporation.  So we're continuing just with that aspect.
10      The other aspect, forget about.  It's all over.
11      The testimony that came in is part of the case.
12 It is just that she as a defendant is no longer in the
13 case and you may not consider why, when or how.
14      Does anyone have another witness to call?
15      MR. VERNER:  Your Honor, the plaintiff wanted to
16 call Mr. Lambe in rebuttal, but I'm assuming that the
17 defense rested?
18      THE COURT:  Defense rests?
19      MR. BOTTON:  We have rested, but we'll obviously
20 cross if he brings him up.
21      MR. VERNER:  I'm sorry.  What did you say?  I
22 didn't hear you.
23      MR. BOTTON:  We'll obviously cross if he takes
24 the stand.
25      MR. VERNER:  Of course.

### Rebuttal - Lamb/Verner

913

1      THE COURT:  You are still under oath.
2      MR. LAMBE:  Yes, your Honor.
3      THE COURT:  You don't have to be re-sworn.
4 **T R O Y   L A M B E,**
5      having been previously sworn, resumed the stand
6      and testified further as follows.
7 REBUTTAL EXAMINATION
8 BY MR. VERNER:
9 **Q**   I will show you what is Bate stamped Lambe 04869,
10 it's down there on the bottom right-hand corner.  I think
11 it's all in there.  Do you recognize that document, sir?
12 **A   Yes, I do.**
13 **Q**   Could you tell the jury what it is?
14 **A   That's an e-mail from one of the utilities, Scale**
15 **Development company, and it's an e-mail to my salesman at**
16 **Sunray, Mr. Esposito, saying Mike, let's me know what you**
17 **think, here are some other projects that we agreed to give**
18 **to Seth, Seth's group.**
19 **Q**   Please explain who Seth's group is?
20 **A   Seth's group is Sunray, and Seth was an employee of**
21 **Sunray.**
22 **Q**   What kind of employee was he?
23 **A   He was a utility salesman.**
24 **Q**   A salesman, so he closed the deal?
25 **A   That's correct.**

### Rebuttal - Lamb/Verner

914

1 **Q**   When the business went out of business after the
2 letters that were sent to the three financiers NJR, Clean
3 Power and NRG, were you able to take advantage of this
4 agreement with this company?
5 **A   No, sir, I was not.**
6 **Q**   And explain the sequence of events which resulted in
7 you not being able to take advantage of this company's
8 offer?
9 **A   Well, clearly losing my financial companies and my**
10 **ability to install my medium residential and small**
11 **commercial contracts restricted my ability to bring in**
12 **revenue with my company so I could continue on.  These**
13 **particular type of projects take two to three years to**
14 **develop and install.**
15      **There is some continuing paperwork in there.  I**
16 **believe you will find, sir, that it is one project in**
17 **specific where all the engineering, the environmental**
18 **impact studies were done.**
19      MR. VERNER:  We'll get to that, Mr. Lambe.  I'm
20 trying to keep it short and sweet.
21      THE WITNESS:  I apologize.
22      MR. VERNER:  Pay particular attention, please.
23 **Q**   Explain to the jury when you lost the three financing
24 contracts, economically, financially, how did that impact
25 this piece of business?

### Rebuttal - Lamb/Verner

915

1 **A   Simply put and shortly put, I had no more revenue**
2 **coming into the company so I could not sustain the company**
3 **to get there.**
4 **Q**   Okay.  Now look at the next page, sir.  First of all,
5 on the top there is a whole bunch of numbers.  Quickly
6 tell us what those mean?
7 **A   Sure.  Those are the individual projects that Verde**
8 **agreed to give Sunray Solar the installation work.**
9 **Q**   3.5 megs, 10 megs.  What does that mean?
10 **A   They equal 67 million watts, and the rate would have**
11 **been $1 for the labor.**
12 **Q**   1.40 for the labor?
13 **A   Yes.**
14 **Q**   Do you have a markup on materials?
15 **A   In this particular set of circumstances like NJR, I**
16 **would not be responsible for materials.**
17 **Q**   No, correct?
18 **A   No, correct.**
19 **Q**   So the megawattage, explain again, I don't know if we
20 ever did this, what is the average New Jersey household
21 system size?
22 **A   Typically the average residential size is somewhere**
23 **between nine and ten kilowatts, not because that is what a**
24 **residence uses.  Typically that's the size the average**
25 **home would allow square footage-wise on a rooftop.**

## SETTLEMENT AGREEMENT

THIS Settlement Agreement made as of the 25th day of February 2016 (hereinafter the "Settlement Agreement") by and between TROY LAMBE, SUNRAY SOLAR INC., and MAX DIVERSIFIED, INC. , (collectively referred to herein as "LAMBE"), their predecessors and successors in interest, parents, subsidiaries, affiliates, directors, officers, shareholders, partners, associates, members, agents, contractors, servants, employees, attorneys, insurers, heirs, assigns, on the one hand, and, ERICA T. YITZHAK, THE LAW OFFICES OF ERICA T. YITZHAK, and ERICA T. YITZHAK, ESQ. P.C. (hereinafter collectively referred to as "YITZHAK DEFENDANTS"), their predecessors and successors in interest, law firms, parents, subsidiaries, affiliates, directors, officers, shareholders, partners, associates, members, agents, contractors, servants, employees, attorneys, insurers, heirs and assigns, on the other hand.  LAMBE and the YITZHAK DEFENDANTS are collectively referred to as "the Parties" and individually as a "Party" for purposes of this Settlement Agreement.

## WITNESSETH

WHEREAS, LAMBE commenced an action against YITZHAK DEFENDANTS and YOSSEF KAHLON a/k/a JOSSEF KAHLON, and ATLAS SOLAR HOLDINGS LLC, entitled Troy Lambe, et. al., v. Yossef Kahlon, et. al., case number 13-cv-03126 in the United States District Court for the Eastern District of New York (hereinafter "the Action") alleging, *inter alia*, claims of tortious interference, defamation, malicious use/abuse of process, violation of Judiciary Law 487, malpractice, negligence, breach of contract, unauthorized UCC filings and primary facie tort;

WHEREAS, the YITZHAK DEFENDANTS interposed an Answer in the Action denying all allegations of wrongdoing set forth in the Complaint filed in the Action;

Page 1 of 11

WHEREAS, all of the Parties to this Settlement Agreement believe that it is in their interests to resolve all of the claims asserted in the Action, without an admission or adjudication of any issue of fact or law, thereby eliminating the need to incur any further litigation expenses;

WHEREAS, the Parties herein agree, in complete resolution of all claims asserted in the Action as well as any other claims, past, present and future, and in consideration of the covenants promised by virtue of this Settlement Agreement and for other good and valuable consideration as set forth herein below, the Parties hereto agree as follows:

## PAYMENT AND OTHER TERMS

In complete resolution of any and all claims between the Parties; payment shall be made by the YITZHAK DEFENDANTS and/or their professional liability insurer(s) in the amount of Six Hundred Eight Thousand Two Hundred Seventy Four Dollars and No Cents ($608,274.87) (hereinafter the "Settlement Funds"), within twenty-one (21) days of execution of this Settlement Agreement by all Parties and Verner Simon providing a duly executed W-9, as follows:

(a) A check in the amount of Five Hundred Ninety Five Thousand Two Hundred Seventy Four Dollars and Eighty Seven Cents ($595,274.87) payable to: "Verner Simon, Inc. f/b/o Sunray Solar, Inc., As Attorneys For Sunray Solar, Inc." and shall be delivered by Federal Express overnight delivery to Paul W. Verner, Verner Simon, Inc., 30 Wall Street, 8th Floor, NY, NY 10005 with a Tracking Number provided to Mr. Verner upon sending.

(b) A check in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00) payable to "Bouklas Gaylord LLP" which check shall be delivered to that firm at 400 Jericho Turnpike, Suite 226, Jericho, NY 11753, in satisfaction of an attorneys' lien filed in the Action, which lien shall thereby be extinguished by the payment said sum by the YITZHAK

DEFENDANTS in accordance with the Attorneys' Lien Settlemnt Agreement attached hereto as **Addendum A.**

## DISCONTINUANCE AND RELEASE

In consideration of the payment and other consideration detailed in the prior section, LAMBE hereby releases and discharges the YITZHAK DEFENDANTS as well as their past and present partners, associates, principals, shareholders, directors, officers, members, attorneys, employees, agents, representatives, parents, subsidiaries, affiliates, divisions, predecessors or successors, partnerships or corporations, heirs, executors, administrators, successors, assigns and insurers from all claims asserted, or which could have been asserted, against the YITZHAK DEFENDANTS in the Action, as well as any and all claims LAMBE may have, or might have, against the YITZHAK DEFENDANTS, their past and present partners, associates, principals, shareholders, directors, officers, law firms, members, attorneys, employees, agents, representatives, parents, subsidiaries, affiliates, divisions, predecessors or successors, partnerships or corporations, heirs, executors, administrators, successors, assigns and insurers, existing up until and including the execution of this Settlement Agreement.

In consideration of the mutual agreements, covenants, conditions, representations and warranties set forth herein, and other consideration detailed in the prior section, the YITZHAK DEFENDANTS, on behalf of themselves as well as their past and present partners, associates, principals, shareholders, directors, officers, members, attorneys, employees, agents, representatives, parents, subsidiaries, affiliates, divisions, predecessors or successors, partnerships or corporations, heirs, executors, administrators, successors, assigns and insurers hereby release and discharge LAMBE from all claims asserted, or which could have been asserted, against LAMBE in the Action, as well as any and all claims the YITZHAK

DEFENDANTS, their past and present partners, associates, principals, shareholders, directors, officers, law firms, members, attorneys, employees, agents, representatives, parents, subsidiaries, affiliates, divisions, predecessors or successors, partnerships or corporations, heirs, executors, administrators, successors, assigns and insurers, may have, or might have, against LAMBE, existing up until and including the execution of this Settlement Agreement.

## NO ADMISSION OF LIABILITY

It is hereby understood and agreed that this Settlement Agreement is the compromise of disputed claims and is not to be construed or interpreted in any way as an admission of liability on the part of any of the Parties, their predecessors and successors in interest, subsidiaries, parent corporations, affiliates, directors, officers, shareholders, partners, associates, members, agents, contractors, servants, employees, attorneys, insurers, heirs and assigns, such liability and/or responsibility being expressly denied.

## CONFIDENTIALITY

At the Parties' mutual request, the Parties hereto represent, warrant and covenant that the terms of this Settlement Agreement are strictly confidential. This Settlement Agreement shall not be filed with any Court, except for the purposes of enforcement thereof. In the event that any Party or their respective attorneys receive an inquiry concerning the status or disposition of the Action, the response will be "all claims between the Parties have been resolved to the mutual satisfaction of the Parties." The nature and terms of this Settlement Agreement shall not be disclosed in said response. The Parties agree that they may reveal the terms of the settlement to their respective attorneys, insurers, auditors, regulatory authorities, taxing authorities, financial advisors or accountants (who shall agree to be bound by this confidentiality provision), or as otherwise required by law or subpoena or as agreed to in writing between the parties.

## INDEMNIFICATION AND HOLD HARMLESS

LAMBE agrees to indemnify, defend, and hold harmless the YITZHAK DEFENDANTS, their servants, agents, employees, attorneys, legal representatives, insurers, heirs and assigns against any claim/lawsuit, or loss, damage or expense resulting by virtue of such claim/lawsuit, brought against the YITZHAK DEFENDANTS by JOSSEF KAHLON, ATLAS SOLAR HOLDINGS LLC or any companies or entities affiliated with JOSSEF KAHLON or ATLAS SOLAR HOLDINGS LLC for legal malpractice, negligence, contribution, indemnification, subrogation or other type of claim/lawsuit arising from the attorney-client relationship between the YITZHAK DEFENDANTS and JOSSEF KAHLON, ATLAS SOLAR HOLDINGS LLC or any companies or entities affiliated with JOSSEF KAHLON or ATLAS SOLAR HOLDINGS LLC, which was the subject of the Action and the underlying injuries/damages suffered by LAMBE that ultimately gave rise to the claims in the Action.

LAMBE agrees that in the event such claim/lawsuit is asserted against the YITZHAK DEFENDANTS by JOSSEF KAHLON and/or ATLAS SOLAR HOLDINGS LLC or any companies or entities affiliated with JOSSEF KAHLON or ATLAS SOLAR HOLDINGS LLC, LAMBE shall defend and indemnify the YITZHAK DEFENDANTS from any such claim/lawsuit on a concurrent basis, including all costs, expenses, and attorneys' fees attendant to the defense of such claims. LAMBE expressly agrees that the defense of any such claim against the YITZHAK DEFENDANTS shall be handled by LAMBE's counsel, Paul Verner, Esq. and the law firm of Verner Simon. The YITZHAK DEFENDANTS agree to cooperate fully with LAMBE and Verner Simon in the defense of any such claim. The YITZHAK DEFENDANTS further warrant that in the event that a New York State or Federal Court renders an Order or

Judgment determining that during the course of being defended and indemnified by LAMBE in accordance with the provisions of this paragraph the YITZHAK DEFENDANTS violated New York Penal Law §210.15 during any deposition or trial testimony, LAMBE shall be entitled to recover against the YITZHAK DEFENDANTS liquidated damages in the amount of Three Hundred Fifty Thousand Dollars and No Cents ($350,000.00).

The YITZHAK DEFENDANTS warrant that they will keep and maintain their original litigation file during their representation of JOSSEF KAHLON and/or ATLAS SOLAR HOLDINGS LLC for a period of no less than seven (7) years from the date of this Settlement Agreement and that in the event a claim/lawsuit is asserted against the YITZHAK DEFENDANTS by JOSSEF KAHLON and/or ATLAS SOLAR HOLDINGS LLC, LAMBE, the YITZHAK DEFENDANTS shall deliver to Verner Simon said file, including all attorney-client communications as may be contained therein in aide of the defense of the YITZHAK DEFENDANTS. Maintenance of the litigation file as described above is a material term of this Agreement and of the duty of LAMBE to indemnify the YITZHAK DEFENDANTS.

## ENTIRE AGREEMENT/MERGER CLAUSE

This Settlement Agreement represents the entire understanding of the Parties and any previous communications, correspondence, memorialization of agreement and previous agreements are excluded from this Settlement Agreement and are not to be employed to construe this Settlement Agreement. This Settlement Agreement may only be modified in a writing subscribed by all Parties.

## SEVERABILITY

If any provision of this Settlement Agreement is held by a court of competent jurisdiction to be illegal, void or unenforceable, such provision shall have no effect; however, the remaining provision shall be enforced to the maximum extent possible. Further, if a court should determine that any portion of this Settlement Agreement is overbroad or unreasonable, such provision shall be given effect to the maximum extent possible by narrowing or enforcing in part that aspect of the provision found overbroad or unreasonable.

## INTERPRETATION

Should any provision of this Settlement Agreement require interpretation or construction, it is agreed by the Parties that the entity interpreting or constructing this Settlement Agreement shall not apply a presumption against one Party by reason of the rule of construction that a document is to be construed more strictly against the Party who prepared the documents. This Settlement Agreement shall be construed and enforced in accordance with the laws of the State of New York without regard to the principles of conflicts of law.

## REVIEW BY COUNSEL

All Parties to this Settlement Agreement (whether represented by counsel or not) acknowledge that they: (a) have carefully read this Settlement Agreement in its entirety; (b) have had an opportunity to consider the terms of this Settlement Agreement for a reasonable period of time; (c) have had the opportunity to consult with their respective attorneys prior to executing this Settlement Agreement; (d) fully understand the significance of all of the terms and conditions of this Settlement Agreement and have discussed them with their respective legal counsel, or have had a reasonable opportunity to do so and elected to waive the right to do so; (e) have had answered to their satisfaction by their respective legal counsel any questions they may

have asked with regard to the meaning and significance of any of the provisions of Settlement Agreement; and (f) are signing this Settlement Agreement voluntarily and of their free will and agree to abide by all terms and conditions contained herein.

## COUNTERPARTS/FACSIMILE

This Settlement Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The Agreement may be delivered to each Party and is enforceable as if signed in ink if signed and transmitted between the Parties in facsimile form.

## [INTENTIONALLY LEFT BLANK]

STATE OF ~~NEW JERSEY~~ Texas )
                              ) ss.:
COUNTY OF Travis )

_____
TROY LAMBE

On the 25th day of February 2016, before me TROY LAMBE personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
NOTARY PUBLIC

ABEL BARRAZA
Notary Public, State of Texas
Expires SEPTEMBER 17 2017
I.D.# 129562837

STATE OF ~~NEW JERSEY~~ Texas )
                              ) ss.:
COUNTY OF Travis )

SUNRAY SOLAR, INC.

_____
By: TROY LAMBE, President

On 25th day of February 2016, Troy Lambe appeared before me personally came to me known, who, by me duly sworn, did depose and say that deponent is the Owner of SUNRAY SOLAR, INC. and which executed the foregoing Settlement Agreement, and that deponent signed deponent's name by like order.

_____
NOTARY PUBLIC

ABEL BARRAZA
Notary Public, State of Texas
Expires SEPTEMBER 17 2017
I.D.# 129562837

Page 9 of 11

STATE OF ~~NEW JERSEY~~ Texas  )
                                ) ss.:
COUNTY OF Travis )

MAX DIVERSIFIED, INC.

By:  TROY LAMBE, President

On 25th day of February 2016, Troy Lambe appeared before me personally came to me known, who, by me duly sworn, did depose and say that deponent is the Owner of MAX DIVERSIFIED, INC. and which executed the foregoing Settlement Agreement, and that deponent signed deponent's name by like order.

NOTARY PUBLIC

ABEL BARRAZA
Notary Public, State of Texas
Expires SEPTEMBER 17  2017
I.D.# 129562837

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF _____    )

_____
ERICA T. YITZHAK

On the ____ day of February 2016, before me ERICA T. YITZHAK, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
NOTARY PUBLIC

STATE OF ~~NEW JERSEY~~ Texas )
                               )  ss.:
COUNTY OF Travis               )

MAX DIVERSIFIED, INC.

By: TROY LAMBE, President

On 25th day of February 2016, Troy Lambe appeared before me personally came to me known, who, by me duly sworn, did depose and say that deponent is the Owner of MAX DIVERSIFIED, INC. and which executed the foregoing Settlement Agreement, and that deponent signed deponent's name by like order.

ABEL BARRAZA
Notary Public, State of Texas
Expires SEPTEMBER 17 2017
I.D.# 129552837

NOTARY PUBLIC


STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF Nassau    )

ERICA T. YITZHAK

On the 29 day of February 2016, before me ERICA T. YITZHAK, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

NOTARY PUBLIC

GIULIA PALERMO
Notary Public, State of New York
No. 02PA6288892
Certified in Rockland County
Commission Expires 9/9/17

Page 10 of 11

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF _Nassau_   )

THE LAW OFFICES OF ERICA T. YITZHAK

By: _____

On 29 day of February 2016, Erica Yitzhak appeared before me personally came to me known, who, by me duly sworn, did depose and say that deponent is the _owner_ of THE LAW OFFICES OF ERICA T. YITZHAK and which executed the foregoing Settlement Agreement, and that deponent signed deponent's name by like order.

_____
NOTARY PUBLIC

**GIULIA PALERMO**
Notary Public, State of New York
No. 02PA6288892
Certified in Rockland Country
Commission Expires ___9/9/17___

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF _Nassau_   )

ERICA T. YITZHAK, ESQ. P.C.

By: _____

On 24 day of February 2016 Erica Yitzhak appeared before me personally came to me known, who, by me duly sworn, did depose and say that deponent is the _owner_ of ERICA T. YITZHAK, ESQ. P.C. and which executed the foregoing Settlement Agreement, and that deponent signed deponent's name by like order.

_____
NOTARY PUBLIC

**GIULIA PALERMO**
Notary Public, State of New York
No. 02PA6288892
Certified in Rockland Country
Commission Expires ___9/9/17___

4813-9137-6430. v. 1

# Verner Simon

FIVE GREENTREE CENTRE
525 ROUTE 73 NORTH, SUITE 104
MARLTON, NJ 08053
(856) 817- 6315 / (856) 817- 6017 FAX

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 502 5500 / (212) 502 5400 FAX

PLEASE REPLY TO: NEW YORK

pwverner@vernerlaw.com

October 17, 2017

**VIA EMAIL**

Mr. Troy Lambe                                     Ms. Erica Yitzhak, Esq.
546 South Cooks Bridge Road                        17 Barstow Road, Suite 406
Jackson, NJ 08527                                  Great Neck, New York 11021

Re:    *Kahlon v. Yitzhak, Lambe, Verner*
       Index No. 609252/2017
       *Kahlon v. Yitzhak*
       Index No. 601659/2016.

Dear Troy and Erica:

This Retainer Agreement is being entered into between the Verner Simon ("the firm", or "we" or "us"), and you and your companies named in the above captioned litigation ("the client" or "you"). Please note that once this agreement is countersigned by you, it will constitute a legally binding contract.

First, as you know there was no initial retainer agreement in the case known as *Kahlon v. Yitzhak* - Index No. 601659/2016. That is because that case is being handled pursuant to the settlement agreement made in the *Lambe v Kahlon* federal litigation that went to verdict on February 1, 2016. This letter now covers that work but there will not be any billing statement to Erica under that Index number. See below.

Pursuant to the terms of the settlement made in federal court on or about January 29, 2016, the Lambe/Sunray parties will pay all legal fees and expenses and defend the Yitzhak parties against Kahlon's claims for negligence and legal malpractice. That is the <u>Yitzhak Defense</u> case.

The latest case (I call it the <u>Shotgun Case</u>) is a claim that Erica intentionally breach a fiduciary duty to Kahlon arising from an alleged joint defense agreement in the federal litigation. These too are frivolous claims but they were not technically what Troy agreed to pay for when he agreed to indemnify Erica against the legal malpractice claims.

VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 2 of 7

    Considering the fact, I suggest that in representing us all, and hopefully getting us all dismissed forthwith, I charge Erica and Troy 1/3 each of my billable hour. The remaining third is for my benefit.

    My state court billing rate is $350 an hour (I charge $450 for complex federal litigation). One third of that is $116.66. So, I would track my time and charge each of you that figure per hour.

    I expect to get us all dismissed in the same set of motion papers.

    Now there are motions I need to make to get the appeal bond released. Obviously that work is for Troy and my benefit alone as we are looking to protect the judgment won against Kahlon. Accordingly, although that work will appear on billing statements, Erica's portion will show N/C (no charge) for that work.

    The remaining terms are standard for retaining attorney services and are contained to formalize the agreement between us. We have conflict letter in place as well.

**THE NATURE OF SERVICES TO BE RENDERED**

This agreement confirms that you have retained this firm as your attorneys to act as counsel for you to defend the above captioned lawsuits.

The retainer fee required for our engagement (discussed below) does not include or apply to formal appearances and services rendered in courts; actions or proceedings other than the litigation for which this office has been retained described above. No appeals or post-judgment actions, proceedings, or applications will be handled unless the firm's representation is secured by execution of another separate Retainer Agreement.

**TERMS OF REPRESENTATION**

The client authorizes the firm to take any steps which, in the sole discretion of the firm are deemed necessary or appropriate to protect the client's interest in this matter. The client understands that no one member of the firm is being retained, but, rather the firm, as an entity is undertaking legal representation of the client pursuant to this retainer agreement and that the firm reserves the right to assign and delegate all aspects of such representation the firm, in its sole discretion, deems appropriate.

# VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 3 of 7

The client agrees to fully cooperate with the attorneys, paralegals, clerks or other members of the staff of the firm which are assigned on the case. The client also agrees to follow all instructions and advice which bear upon ethical, strategic or tactical considerations or matters, as the same are determined solely within the discretion of the firm.

If the client fails or refuses to follow such advice or instructions of the firm in any respect, the client agrees that such failure or refusal shall be good cause for the law firm to withdraw its representation and the client hereby consents that the firm may so withdraw under such circumstances.

We shall provide you, should you desire it, with copies of correspondence and legal documents relating to your case and will keep you apprised of its status at all times.

## PAYMENT OF FEES

You have agreed to a billing rate of $350.00 per hour which shall be paid by the Lambes in the Yitzhak Defense case. In the Shotgun Case, the rate will be split into three or $166.66 per hour for work done for our mutual benefit – the Lambes, Verner and Yitzhak.

Likewise $150.00 will be billed for all associate attorney or local counsel time (if engagements of same are made) which will be split into 1/3 or $50.00 per hour in the Shotgun Case.

The same thing applies to our paralegal rate whixch is $50.00 per hour. The firm charges paralegal time for paralegal type work even if it is performed by an attorney.

The amount of our eventual fee will be based upon our regular schedule of established hourly time charges, along with any out-of-pocket disbursements (such as court costs, messenger services, transcripts of proceedings, long distance telephone calls, telefaxes, process service fees, mileage, deposition and court transcripts and excess postage) which are incurred in your behalf.

The client further understands that the hourly rates apply to all time expended relative to the client's matter, including but not limited to, office meetings and conferences, telephone calls and conferences, either placed by or placed to the client, or otherwise made or had on the client's behalf or related to the client's matter, preparation, review and revision of correspondence, pleadings, motions, disclosure demands and responses, affidavits and affirmations, or any other documents, memoranda, or papers relative to the client's matter, legal research, court appearances, conferences, file review, preparation time, travel time and any other time expended on behalf of or in connection with the client's matter.

VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 4 of 7


**DISBURSEMENTS AND OUTSIDE CHARGES**

In addition to the foregoing, your responsibility will include direct payment or reimbursement of this firm for disbursements advanced on your behalf, the same to include, but not necessarily be limited to, court filing fees, recording fees, charges of process servers, travel expenses, copying costs, messenger services, necessary secretarial overtime, transcripts and the customary fees of stenographers referable to examinations before trial in the event such examinations are utilized.

You have been advised that in order for us to properly protect your interests, it may be necessary to retain outside experts such as forensic experts, appraisers, actuaries, investigators and accountants. You will be responsible for the costs incurred for any such service which in some cases may have to be paid in advance depending upon the requirements of the particular expert. No expert shall be retained without your prior approval.

These costs will be split by 1/3.


**ACCURACY OF INFORMATION**

We have informed you that pursuant to court rule, we are required as your attorneys to certify court papers submitted by you which contain statements of fact, and specifically to certify that we are aware of no inaccuracies in the court submission. Accordingly, you agree to provide us with complete and accurate information which forms the basis of court papers and to certify in writing to us, prior to the time the papers were actually submitted to the Court, the accuracy of the court submissions which we prepare on your behalf and which you shall review and sign.


**STATEMENT OF CLIENTS' RIGHTS AND RESPONSIBILITIES**

Your attorney is providing you with this section to inform you of what you, as a client, are entitled to by law or by custom. To help prevent any misunderstanding between you and your attorney please read this section carefully.

If you ever have any questions about these rights, or about the way your case is being handled, do not hesitate to ask your attorney. He or she should be readily available to represent your best interests and keep you informed about your case.

An attorney may not refuse to represent you on the basis of race, creed, color, sex, sexual orientation, age, national origin or disability.

VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 5 of 7

You are entitled to an attorney who will be capable of handling your case; show you courtesy and consideration at all times; represent you zealously; and preserve your confidences and secrets that are revealed in the course of the relationship.

You are entitled to a written retainer agreement which must set forth, in plain language, the nature of the relationship and the details of the fee arrangement. At your request, and before you sign the agreement, you are entitled to have your attorney clarify in writing any of its terms, or include additional provisions.

You are entitled to fully understand the proposed rates and retainer fee before you sign a retainer agreement, as in any other contract.

You may refuse to enter into any fee arrangement that you find unsatisfactory.

Your attorney may not request a fee that is contingent on the securing of a divorce or on the amount of money or property that may be obtained.

Your attorney may not request a retainer fee that is non-refundable. That is should you discharge your attorney, or should your attorney withdraw from the case, before the retainer is used up, he or she is entitled to be paid commensurate with the work performed on your case and any expenses, but must return the balance of the retainer to you. However, your attorney may enter into a minimum fee arrangement with you that provides for the payment of a specific amount below which the fee will not fall based upon the handling of the case to its conclusion.

You are entitled to know the approximate number of attorneys and other legal staff members who will be working on your case at any given time and what you will be charged for the services of each.

You are entitled to know in advance how you will be asked to pay legal fees and expenses, and how the retainer, if any, will be spent.

At your request, and after your attorney has had a reasonable opportunity to investigate your case, you are entitled to be given an estimate of approximate future costs of your case, which estimate shall be made in good faith but may be subject to change due to facts and circumstances affecting the case:

You are entitled to receive a written, itemized bill on a regular basis, at least every 60 days.

You are expected to review the itemized bills sent by counsel, and to raise any objections or errors in a timely manner. Time spent in discussion or explanation of bills will not be charged to you.

# VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 6 of 7

You are expected to be truthful in all discussions with your attorney, and to provide all relevant information and documentation to enable him or her to competently prepare your case.

You are entitled to be kept informed of the status of your case, and to be provided with copies of correspondence and documents prepared on your behalf or received from the court or your adversary.

You have the right to be present in court at the time that conferences are held.

You are entitled to make the ultimate decision on the objectives to be pursued in your case, and to make the final decision regarding the settlement of your case.

Your attorney's written retainer agreement must specify under what circumstances he or she might seek to withdraw as your attorney for nonpayment of legal fees. If an action or proceeding is pending, the court may give your attorney a "charging lien," which entitles your attorney to payment for services already rendered at the end of the case out of the proceeds of the final order or judgment

You are under no legal obligation to sign a confession of judgment or promissory note, or to agree to a lien or mortgage on your home to cover legal fees. Your attorney's written retainer agreement must specify whether, and under what circumstances, such security may be requested. In no event may such security interest be obtained by your attorney without prior court approval and notice to your adversary. An attorney's security interest in the marital residence cannot be foreclosed against you.

You are entitled to have your attorney's best efforts exerted on your behalf, but no. particular results can be guaranteed.

If you entrust money with an attorney for an escrow deposit in your case, the attorney must safeguard the escrow in a special bank account. You are entitled to a written escrow agreement, and may request that one or more interest-bearing bank accounts be used.

You also are entitled to a written receipt, and a complete record, concerning the escrow.

When the terms of the escrow agreement have been performed, the attorney must promptly make payment of the escrow to all persons who are entitled to it.

In the event of a fee dispute, you may have the right to seek arbitration. Your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

# VERNER SIMON

Mr. Troy Lambe
Ms. Erica Yitzhak, Esq.
September 29, 2017
Page 7 of 7

## ACKNOWLEDGMENT AND UNDERSTANDING

The client acknowledges that he or she has read this agreement in its entirety, has had full opportunity to consider its terms and has had a full and satisfactory explanation of same, and fully understands its terms and agrees to such terms. The client further acknowledges that you have been provided with and read a Statement of Client's Rights and Responsibilities, a copy of which is contained in this Retainer Agreement.

Kindly indicate your understanding and acceptance of the above by signing and returning the duplicate original of this letter.

We appreciate the opportunity to serve you and I look forward to working with you.

Very truly yours,
VERNER SIMON

PAUL VERNER

## I HAVE READ AND UNDERSTAND THE ABOVE
## AND ACCEPT ALL OF ITS TERMS.

Erica Yitzhak for herself and her law firm
Defendants

Dated: 10/18/17

Troy Lambe for Himself and Sunray Solar
and Max Diversified

Dated: _____

FILED: NEW YORK COUNTY CLERK 11/14/2022 07:49 PM        INDEX NO. 159790/2022

NYSCEF DOC. NO. 1        Case 2.24-cv-03552-RER-SIL    Document 28-4    Filed 10/28/24    Page 51 of 131 PageID    RECEIVED NYSCEF: 11/14/2022
#: 535

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                    Date Purchased
------------------------------------------------------------------------X
TROY LAMBE,                                      ,   Index No.

                              Plaintiff,             **SUMMONS WITH NOTICE**

              -against-
                                                     PLAINTIFF DESIGNATES
PAUL WILLIAM VERNER, VERNER and SIMON,               New York County as the
VERNER and SIMON, P.C., VERNER and SIMON,            Place of Trial
LLP,
                                                     The basis of venue
                                                     is CPLR § 503 and 509
                              Defendants.
------------------------------------------------------------------------X   County of New York

**TO THE ABOVE-NAMED DEFENDANTS:**

       YOU ARE HEREBY SUMMONED to answer the complaint in this action and   to serve

a copy of your answer, or if the complaint is not served with this summons, to serve a notice of

appearance, on the Plaintiff's Attorney within 20 days after the service of the summons,

exclusive of the day of service (or within 30 days after service is complete if this summons is not

personally delivered to you within the State of New York); and in case of your failure to appear

or answer, judgment will be taken against you by default for the relief demanded herein.

Dated:        New York, New York
              November 14, 2022
                                                     _____
                                                     Andrew Lavoott Bluestone
                                                     80 Chambers Street    8th Floor
                                                     New York, New York 10007
                                                     (212) 791-5600
                                                     alb@bluestonelawfirm.com

**NOTICE:**  The relief sought is money damages in Legal Malpractice, Breach of Fiduciary Duty
and Breach of Contract.  **Upon your failure to appear, judgment will be taken against you
by default for a sum of $ Two Million (Two Million Dollars) and in excess of the
jurisdiction of all lower courts, with interest and the costs of this action.**

Case 2:24-cv-03552-RER-SIL Document 28-4 Filed 10/28/24 Page 52 of 131 PageID #: 536

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                    Date Purchased
-----------------------------------------------------------------------X
ERICA T. YITZHAK, THE LAW OFFICES OF ERICA
T. YITZHAK and ERICA T. YITZHAK, Esq. P.C., ,        Index No.

                              Plaintiff,              **SUMMONS WITH NOTICE**
              -against-
                                                     PLAINTIFF DESIGNATES
PAUL WILLIAM VERNER, VERNER and SIMON,               New York County as the
VERNER and SIMON, P.C., VERNER and SIMON,            Place of Trial
LLP,
                                                     The basis of venue
                                                     is CPLR § 503 and 509

                              Defendants.
-----------------------------------------------------------------------X    County of New York

**TO THE ABOVE-NAMED DEFENDANTS:**

        YOU ARE HEREBY SUMMONED to answer the complaint in this action and  to serve a

copy of your answer, or if the complaint is not served with this summons, to serve a notice of

appearance, on the Plaintiff's Attorney within 20 days after the service of the summons, exclusive of

the day of service (or within 30 days after service is complete if this summons is not personally

delivered to you within the State of New York); and in case of your failure to appear or answer,

judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
            November 14, 2022

                                            _____
                                            Andrew Lavoott Bluestone
                                            80 Chambers Street   8th Floor
                                            New York, New York 10007
                                            (212) 791-5600
                                            alb@bluestonelawfirm.com

**NOTICE:**  The relief sought is money damages in Legal Malpractice, Breach of Fiduciary Duty and
Breach of Contract.  **Upon your failure to appear, judgment will be taken against you by default
for a sum of $ Two Million (Two Million Dollars) and in excess of the jurisdiction of all lower
courts, with interest and the costs of this action.**

**CLIENTS TRUST LEDGER**
**CLIENT NAME:___LAMBE___    FILE NO.: _____982.010___    MATTER: _LAMBE v KAHLON__**

| DATE | TRANSACTION | CHECK NO./WIRE ID. | PAID | RECEIVED | BALANCE |
|---|---|---|---|---|---|
| 2016-3-11 | Settlement Funds | 104590649 CNA | | $595,274.87 | $595,274.87 |
| 2016-3-21 | Client Funds | 0004638081844055 WIRE | $320,250.00 | | 275,024.87 |
| 2016-3-21 | Fees | Verner Simon | | $215,000 | $60,000 (Move to IOLTA) |
| 2016-3-21 | Escrow | | | | $60,000 |
| 2018-5-7 | Settlement (Surety Bond) | SureTec Ins. Co. | | 1,009,000.00 | 1,069,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| **From:** | Troy Lambe |
| **To:** | Paul Verner |
| **Subject:** | Re: Delay |
| **Date:** | Thursday, March 10, 2016 8:47:36 PM |

No worries Paul, have a safe trip brother. Thanks for the update.

On Thu, Mar 10, 2016 at 2:47 PM, Paul Verner <pwverner@vernerlaw.com> wrote:

> I should be able to deposit the check today though unless I get delayed past 6 pm

> **PAUL W. VERNER ■ VERNER SIMON**

> **30 Wall Street, 8th Floor**

> **New York, NY 10005 ■ Tel: (212) 502-5500 ■ Fax: (212) 502-5400**

> **Five Greentree Centre ■ 525 Route 73 North, Suite 104**

> **Marlton, NJ 08053 ■ Tel: (856) 817-6315 ■ Fax: (856) 817-6017**

> This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  If you have received this communication in error, please delete all electronic copies of the message and attachments, destroy any hard copies that you may have created, and notify us immediately.

--

Troy Lambe
360 Energy Solutions Inc
www.360energy.us

Cell 732 833 3481

## Office 844 360 3601



All Information /concepts/slogans provided herein are protected by the.applicable Laws of this State, The United States of America and International law,where applicable. Whereas this information provided herein applies and is a proprietary formulations / conceptual / intellectual property all rights apply hereto and are exercised hereby. This content is wholly owned by the respective parties to which they represent, 360 Energy Solutions, Inc. and or its partners, programs and affiliates Further, no  permission for reproduction is given, intended or implied by any of this writing and any and or all reproduction in part or full of any of this material or any of the material mentioned or intended to be protected is or may be a violation of United States Federal Copyright and Trademark and Servicemark Laws. Any persons or entities using this information herein shall be bound to the above referenced material /content whereas a non disclosure (NDA), non compete (NCA) apply pertaining to such information herein. Further, and included in such agreement, but not dispositive of such agreement all parties using this information agree to be bound hereby and thereby. Any reuse or redistribution is Illegal unless licensed by 360 Energy Solutions Inc for such use. All Rights Reserved. Violators will be prosecuted to the fullest extent of the Law!.

**CONFIDENTIALITY NOTICE:** This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510-2521 and is privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient named above. This message may be an attorney-client communication and as such is privileged and confidential.

. 🖨 Please don't print this e-mail unless you really need to.

| | |
|---|---|
| **From:** | Troy Lambe |
| **To:** | Paul Verner |
| **Subject:** | ..... |
| **Date:** | Wednesday, March 16, 2016 2:04:12 PM |
| **Attachments:** | JanetTD.txt |

Paul, here is Janet's account information attached

Please try to get the billing done so we can discuss and finalize this portion of the case and move the funds as we agree to.

Thanks for the heads up on $$ clearing brother.
Best,

Tyler lands at 9 PM tonight :)

| | |
|---|---|
| **From:** | Troy Lambe |
| **To:** | Paul Verner |
| **Subject:** | Re: Delay |
| **Date:** | Thursday, March 10, 2016 8:47:36 PM |

No worries Paul, have a safe trip brother. Thanks for the update.

On Thu, Mar 10, 2016 at 2:47 PM, Paul Verner <pwverner@vernerlaw.com> wrote:

> I should be able to deposit the check today though unless I get delayed past 6 pm
>
>
> **PAUL W. VERNER ▪ VERNER SIMON**
>
>
> **30 Wall Street, 8th Floor**
>
> **New York, NY 10005 ▪ Tel: (212) 502-5500 ▪ Fax: (212) 502-5400**
>
> ─────────────────────────────
>
> **Five Greentree Centre ▪ 525 Route 73 North, Suite 104**
>
> **Marlton, NJ 08053 ▪ Tel: (856) 817-6315 ▪ Fax: (856) 817-6017**
>
> ─────────────────────────────
>
> This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of the message and attachments, destroy any hard copies that you may have created, and notify us immediately.
>
> ─────────────────────────────

--

Troy Lambe
360 Energy Solutions Inc
www.360energy.us

Cell 732 833 3481
## Office 844 360 3601



All Information /concepts/slogans provided herein are protected by the.applicable Laws of this State, The United States of America and International law,where applicable. Whereas this information provided herein applies and is a proprietary formulations / conceptual / intellectual property all rights apply hereto and are exercised hereby. This content is wholly owned by the respective parties to which they represent, 360 Energy Solutions, Inc. and or its partners, programs and affiliates Further, no  permission for reproduction is given, intended or implied by any of this writing and any and or all reproduction in part or full of any of this material or any of the material mentioned or intended to be protected is or may be a violation of United States Federal Copyright and Trademark and Servicemark Laws. Any persons or entities using this information herein shall be bound to the above referenced material /content whereas a non disclosure (NDA), non compete (NCA) apply pertaining to such information herein. Further, and included in such agreement, but not dispositive of such agreement all parties using this information agree to be bound hereby and thereby. Any reuse or redistribution is Illegal unless licensed by 360 Energy Solutions Inc for such use. All Rights Reserved. Violators will be prosecuted to the fullest extent of the Law!.

**CONFIDENTIALITY NOTICE:** This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510-2521 and is privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient named above. This message may be an attorney-client communication and as such is privileged and confidential.

. 🖨 Please don't print this e-mail unless you really need to.

**From:**    Troy Lambe
**To:**    Paul Verner
**Subject:**    Re: Delay
**Date:**    Thursday, March 10, 2016 8:47:36 PM

No worries Paul, have a safe trip brother. Thanks for the update.

On Thu, Mar 10, 2016 at 2:47 PM, Paul Verner <pwverner@vernerlaw.com> wrote:

> I should be able to deposit the check today though unless I get delayed past 6 pm
>
>
> **PAUL W. VERNER ■ VERNER SIMON**
>
>
> **30 Wall Street, 8th Floor**
>
> **New York, NY 10005 ■ Tel: (212) 502-5500 ■ Fax: (212) 502-5400**
>
>
> **Five Greentree Centre ■ 525 Route 73 North, Suite 104**
>
> **Marlton, NJ 08053 ■ Tel: (856) 817-6315 ■ Fax: (856) 817-6017**
>
>
> This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of the message and attachments, destroy any hard copies that you may have created, and notify us immediately.

--

Troy Lambe
360 Energy Solutions Inc
www.360energy.us

Cell 732 833 3481
## Office 844 360 3601



All Information /concepts/slogans provided herein are protected by the.applicable Laws of this State, The United States of America and International law,where applicable. Whereas this information provided herein applies and is a proprietary formulations / conceptual / intellectual property all rights apply hereto and are exercised hereby. This content is wholly owned by the respective parties to which they represent, 360 Energy Solutions, Inc. and or its partners, programs and affiliates Further, no  permission for reproduction is given, intended or implied by any of this writing and any and or all reproduction in part or full of any of this material or any of the material mentioned or intended to be protected is or may be a violation of United States Federal Copyright and Trademark and Servicemark Laws. Any persons or entities using this information herein shall be bound to the above referenced material /content whereas a non disclosure (NDA), non compete (NCA) apply pertaining to such information herein. Further, and included in such agreement, but not dispositive of such agreement all parties using this information agree to be bound hereby and thereby. Any reuse or redistribution is Illegal unless licensed by 360 Energy Solutions Inc for such use. All Rights Reserved. Violators will be prosecuted to the fullest extent of the Law!.

**CONFIDENTIALITY NOTICE:** This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510-2521 and is privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient named above. This message may be an attorney-client communication and as such is privileged and confidential.

. 🖶 Please don't print this e-mail unless you really need to.

| CASE | BILL | BILL DATE | 2018-5-6 PAYMENTS | CREDITS/ ESCROW | BALANCES |
|---|---|---|---|---|---|
| ~~MAIN ACTION 982.010~~ | ~~$336,333.00~~ | ~~2018-5-6~~ | ~~($336,333.00)~~ | ~~00~~ | ~~00~~ |
| ~~MAIN ACTION APPEAL~~ | ~~$40,000.00~~ | ~~2018-5-6~~ | ~~($40,000.00)~~ | ~~00~~ | ~~00~~ |
| SHOTGUN 982.010D | $35,962.00 | 2019-5-10 | ($20,000.00) | 1/3    ($11,987.33) *** | $ 3974.67 |
| SHOTGUN LOCAL COUNEL 982.010D | $15,962.02 | 2019-5-10 | ($10,750.00) | 1/3  5320.67*** | ($   108.65) |
| YITZHAK  982.010C | $95,985.66 | 2020-1-5 | ($14,500.00) | ($50,000.00) | $31,485.66 |
| BASSIE   982.010GGG | $22,435.00 | 2020-1-21 | ($14,000.00) | | $  8435.00 |
| VACCA  982.010G | $  3325.00 | 2020-1-21 | ($  3300.00) | | $  3325.00 |
| NJ DEFAMATION 982.010E | $32,870.00 | 2020-1-24 | | ($15,000.00) | $17,870.00 |
| SOVEREIGN        BANK 982.010GG | $14,314.50 | 2020-1-24 | ($10,000,00) | | $ 4,314.50 |
| AMEX 982.010GGGG | $   945.00 | 2020-1-24 | 00 | 00 | $    945.00 |
| LANDLORD 982.010I | $ 4760.00 | 2020-1-24 | ($  3000.00) | 00 | $  1760.00 |
| CORPORATE MURDER 982.010H | $0 | | | | $0 |
| GUN PERMIT 982.010J | $0 | | | | $0 |
| ISO/ FLA JV AGREEMENT REVIEW  982.010K | $0 | | | | $0 |
| TJ       MANAGEMENT/ED GURIN*   982.010L | | | | ($  5000.00) | |
| BOTTON/QUINN NEGLIGENCE** 982.010M | | | | | |
| **PERSONAL LOAN** | | | | **($15,000.00)** | |
| *Not started, (see Kahlon Depo taking responsibility for Ed) can be structured as an indemnity suit | | | | | |

| | | | | |
|---|---|---|---|---|
| for attorneys' fees and damages at end of Yitzhak | | | | |
| ** Not filed – per PV report, not a beneficial action but to be used as defense | | | | |
| *** Yitzhak's portion | | | | |
| | | | | $  72,001.18 |
| **TOTALS** | **$226,559.18** | | **($ 75,550.00)** | **($102,308.00)** | **$   48,701.18** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **From:** | Paul W. Verner |
| **To:** | Troy Lambe |
| **Subject:** | Fees |
| **Date:** | Tuesday, May 15, 2018 3:10:00 AM |
| **Attachments:** | MEMO FINAL BILLING w $50k.docx |

This Memo has a corrected Table.  I forgot to add a reserve for the Yitzhak defense.

--------------------------------

Here is a memo for your review.

I'll send the draft bills after I print them tomorrow morning.

**Paul W. Verner ■ Verner Simon**

_____

**30 Wall Street, 8th Floor ■ New York, NY 10005**
**Tel: (212) 502-5500 ■ Fax: (212) 502-5400**

_____

**Five Greentree Centre ■ 525 Rt. 73 North, Suite 104 ■ Marlton, NJ 08053**
**Tel: (856) 817-6315 ■ Fax: (856) 817-6017**

_____

**MEMO**

**TROY & JANET LAMBE**

**RE:  FINAL BILLING AFTER KAHLON BOND COLLECTION**

**DATE:  MAY 1, 2018**

---

**Background:**

1.  The Retainer Agreement of March 26, 2014 (attached) at $400 per hour, was converted April 20, 2015 (attached) to $200 per hour plus 17% of net recovery (net recovery = gross recovery less costs incurred).

2.  Gross recovery of $595,274.87 from Yitzhak resulted in a pwayment to Verner of $215,000 (reimbursed expenses were included in this sum) and a payment of $320,250.00 to the clients **leaving ($60,000) in  Verner escrow** for possible judgment claim resolution.

3.  We agreed to a 1/3 fee plus expenses incurred on Yitzhak's settleent money because the piecemeal collection from Yitzhak, with Kahlon sure to be on the horizon, plus my big hours up to and including the trial, made it impossible to calculate a fee precisely in March 2016.

4.  I have approximately 2000 total hrs booked on the Kahlon case since March 2014. At $200 that's a figure of **$400,000**.  Plus 17% of 1.6 million is **$272,000**.  Total would be **$672,000**.  That is *obviously too much* when you consider that 1/3 of the whole $1,600,000 is **$533,000**.

5.  33.33 % of $1,009,000 = **$336,333** for the Kahlon portion of the settlement.  I will agree to that figure if you do.  But theer are additional considerations for which we have to account.

    a.  **Appeal** – The Retainer Agreements did not cover the appeal work.  In fact, it is specifically excluded and denoted as additional/separate work.  I spent about 100 hours on that which at $400 is **$40,000** and the printers' bill is approx **$3000** (I'm looking for it);

    b.  Plus we need to address the following cases (non-of which can be precisely billed until I run my bills which I intend to do around May 30):

        i.  **Bassie** – total time is approx. **$14,120** as of now (see attached draft bill);

**RE:  FINAL BILLING AFTER KAHLON BOND COLLECTION**

**Page 2**

ii. **Yitzhak Defense** – total time is approx. **$14,200** as of now (see attached draft bill).  We need to keep a Retainer on account to cover defense costs.  I thinlk we are going to end up throwing **$50,000** at the defense but that we should be able to get Quinn and Botton's carrirs to pay a settlement OR will use them at summary judgment motion to argue that their negligence was the proximate cause of Kalon's alleged damages;

iii. **Kahlon Shotgun Case** - total time approx.is **$20,040** as of now (see attached draft bill);

iv. **Local Counsel fees** – approx. **$10,750** as of now (see attached LC bills)(we need to pay these soon, collect Yitzhak's portion and determine how to reduce fees until we get dismissed hopefully;

v. **Vacca** – I closed this case a while ago.  Have approx. **$3,320.00** in a draft bill to be finalized (see attached draft bill);

vi. **Kahlon's Defamation Lawsuit** -  we have a Retainer Agreement for $400 per hour.  I have already moved it to federal court and will soon have to answer and/or move to dismiss.  As said in a prior report, don't know if we can get dismissed on a motion yet.  Various strategies have to be assessed and chosen.  You probably want to leave a Retainer deposit with me of **$15,000**;

vii. **Lambes v. Ed and TJ Management** – Now that the money is in, we can safely start this lawsuit.  I can't yet tell whether the defendants have assets but we can certainly make their life miserable or try to.  I suggest a hourly fee at $300 plus $15% of the recovery.  This may be conmverted to full contingency if we find that they have assets. **$5000** Retainer requested.

viii. **Soveriegn/AmEx/Landlord** – these rough draft bills are **$4,960, $2300** and **$3,680** respectively.  These are probably ½ of the true hours which I have to go through my emails and written files to be precise.  We need to engage in a campaign to negotiate 10% on the dollar settlements.

**RE:  FINAL BILLING AFTER KAHLON BOND COLLECTION**

**Page 3**

**The following Table adds things up approximately**:

| ACTION | FEES | RETAINER/EXTRA FOR FINAL BILL | COSTS | NOTES |
|---|---|---|---|---|
| Main Case | $336,333 | | | |
| Appeal | $40,000 | | $3000 | |
| Bassie | $14,000 | | | |
| Yitzhak | $14,500 | **$50,000** | | |
| Shotgun | $20,000 | | | ($6666) (1/3 of this is my portion) |
| Local Counsel | $10,750 | | | |
| Vaca | $3300 | | | |
| Defamation | | $15,000 | | |
| TJ Suit | | $5000 | | |
| Collections Cases | $10,000 | $3000 | | |
| **Escrow** | | | | ($60,000) You can leave it with me or put it in your account |
| **SubTotals** | **$448,883** | **$73,000** | **$3000** | **$524,000** |
| **TOTAL** | | | | **$457,334** |

**I'll call around 10 am to discuss.**

**Paul**

| From: | Troy Lambe |
|---|---|
| To: | paulwverner@vernerlaw.com |
| Subject: | Re: Fees |
| Date: | Wednesday, May 16, 2018 11:47:42 PM |

dude scratch that last attached document your math is incorrect. Please see attached, you made an error not in your favor just deduct the total in red from the 1m9k see balance, add credits its 537,449 to us not 577,449

| $1,009,000.00 | Fees | Escrow | Costs | Verner | Credits | |
|---|---|---|---|---|---|---|
| | $336,333.00 | $50,000.00 | | | $40,000.00 | |
| | $40,000.00 | $15,000.00 | | | $6,666.00 | |
| | $14,000.00 | $5,000.00 | | | $6,666.00 | |
| | $14,500.00 | $3,000.00 | | | | |
| | $20,000.00 | | | | | |
| | $10,750.00 | | | | | |
| | $3,300.00 | | | | | |
| | $10,000.00 | | | | | |
| | -$448,883.00 | -$73,000.00 | -$3,000.00 | -$624,883.00 | $53,332.00 | |
| | | | | $484,117.00 | Lambes | |
| | | | | $53,332.00 | Added credits | |
| | | | | $537,449.00 | Lambes | |
| | | | | -$185,000.00 | Janet | |
| | | | | $352,449.00 | Balance Lambes | |

On Wed, May 16, 2018 at 3:19 PM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

PS – I'm going to be taking a break for about a week but I'll have a todo list for your review on all the open items. We can start attacking them one by one. Regards.

--------------------------------------------------

Troy/Janet - I think these calculations are all correct now. Double check and if I haven't made an error, please sign the Table to authorize the wire transfer and return it by email with banking instructions.

Unless you are already at the Harley Dealer, in which case I can surely wait.

--------------------------------

I have to get a letter out the door, then I am shutting the phones and finishing with your $.  OK?

------------------

Yea you are absolutely right.  Erica pays $6666.00 .

Let me send you a revised table.

**PAUL W. VERNER ¦ VERNER SIMON**

—————————————————————————

**30 Wall Street, 8th Floor ¦ New York, NY 10005**

**Tel: (212) 502-5500 ¦ Fax: (212) 502-5400**

—————————————————————————

**Five Greentree Centre ¦ 525 Rt. 73 North, Suite 104 ¦ Marlton, NJ 08053**

**Tel: (856) 817-6315 ¦ Fax: (856) 817-6017**

—————————————————————————

**From:** Troy Lambe <troylambe@gmail.com>
**Sent:** Wednesday, May 16, 2018 1:06 PM

**To:** paulwverner@vernerlaw.com
**Subject:** Re: Fees

Hey man, setting everything up..I have on question on the fees..you put 20k on the sheet for

the "Shotgun Case" and then you placed a $6666 credit (1/3rd) why am I paying for 2/3rd's? shouldn't you credit me 6666 x 2? Erica should be paying that other 6666 not me?

I am just about ready to provide you banking instructions..I want to have you do the collections settlement the fees are fine...but I want 10% of 198k (judgement totals combined ) kept in your trust/escrow account to settle claims.

So I think you should credit me Eric's portion of the Shotgun Case ($6666)...and withhold $19,800 for settlement payout in your escrow account for me..

I am willing to give JT 2.5% at most of MY net recovery amount you send. (FYI) reminding him there will be another round coming..

Later man..

Much Love..

On Tue, May 15, 2018 at 5:47 PM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

> What time do you want to talk?
>
> I haven't seen your numbers yet.
>
> Sending small invoices and retainers over in next few emails if you need them.  Let me know if not.
>
> Paul
>
> ---------------------
>
> Hi.  Cant see straight yet.

Have a pinched nerve and cant raise my arm over my head without severe pain.


Plus I just see an email saying I have to be ready to receive a call from a judge from 10 to 12 pm.


Can we push the call down?  2 pm ET?


**PAUL W. VERNER ⋮ VERNER SIMON**

_____

**30 Wall Street, 8th Floor ⋮ New York, NY 10005**

**Tel: (212) 502-5500 ⋮ Fax: (212) 502-5400**

_____


**Five Greentree Centre ⋮ 525 Rt. 73 North, Suite 104 ⋮ Marlton, NJ 08053**

**Tel: (856) 817-6315 ⋮ Fax: (856) 817-6017**

_____




**From:** Troy Lambe <troylambe@gmail.com>
**Sent:** Tuesday, May 15, 2018 6:46 AM
**To:** paulwverner@vernerlaw.com
**Subject:** Re: Fees


Hey brother, you stayed up late! Thanks for doing this, its really about 58k over my expectations.(not bad) :0)...  however what's missing is what I believe is the most important going forward is the suit for this exparte' debacle I WANT their asses for what they have done to us both financially by way of the delays, the additional fees bestowed upon us to fight and for the extreme financial and emotional stress caused by their actions. breech of contract, intentional tort and what the fuck else your great lawyer ass says they

did!


TTYS bro


On Tue, May 15, 2018 at 3:10 AM, Paul W. Verner <paulwverner@vernerlaw.com> wrote:

This Memo has a corrected Table.  I forgot to add a reserve for the Yitzhak defense.

-------------------------------


Here is a memo for your review.


I'll send the draft bills after I print them tomorrow morning.


**PAUL W. VERNER ¦ VERNER SIMON**

_____

**30 Wall Street, 8th Floor ¦ New York, NY 10005**

**Tel: (212) 502-5500 ¦ Fax: (212) 502-5400**

_____

**Five Greentree Centre ¦ 525 Rt. 73 North, Suite 104 ¦ Marlton, NJ 08053**

**Tel: (856) 817-6315 ¦ Fax: (856) 817-6017**

_____



# INVOICE

Invoice # 237
Date: 01/05/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

### 982.010B Yitzhak Defense

### 982.010B Yitzhak Defense

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 03/11/2016 | Email: Email exchange with Yitzhak re Kahlon informing her he will be suing. Draft responsive email; and draft letter for Yitzhak to Kahlon, telephone to Brett Scher, report to Lambe | 1.70 | $350.00 | $595.00 |
| Service | 03/14/2016 | Receive & Review: Reviewed email from Yitzhak to Kahlon. Re: legal action against Yitzhak and naming of attorney; telephone call to Lambe | 0.30 | $350.00 | $105.00 |
| Service | 03/23/2016 | Receive & Review: Received notice of filing. Summons and complaint of Yitzhak from Kahlon | 0.20 | $350.00 | $70.00 |
| Service | 03/28/2016 | Email: Lengthy email exchange with Yitzhak over Kahlon summons and complaint served on her; emails back and forth re original client file; review complaint; discuss same with Lambe | 2.10 | $350.00 | $735.00 |
| Service | 04/05/2016 | Email: Email exchange with Yitzhak about location of original file; discussed of Kahlon and his direction | 0.80 | $350.00 | $280.00 |
| Service | 04/06/2016 | Email: Continued emails with Yitzhak and Mike DeSantis for whereabouts of original file. CC to Lambe | 1.70 | $350.00 | $595.00 |
| Service | 04/07/2016 | Email: Email exchange with client with Fed Ex bill for discovery. | 0.20 | $350.00 | $70.00 |
| Expense | 04/07/2016 | E107 Delivery services/messengers | 1.00 | $34.00 | $34.00 |
| Service | 04/10/2016 | Email: Email exchange with Yitzhak re: call and when answer will be e filed | 0.40 | $350.00 | $140.00 |
| Service | 04/12/2016 | Email: Email exchange with client about extension of time of answer. Have Yitzhak read over privilege log | 0.40 | $350.00 | $140.00 |

| | | and review draft letter to 3 financiers in NJ from Lambe case | | | |
|---|---|---|---|---|---|
| Service | 04/13/2016 | Email: Email exchange with Bock about stipulation. Reviewed executed Stip from Bock. | 0.40 | $350.00 | $140.00 |
| Service | 04/14/2016 | Receive & Review: Received notice of filing stipulation re Answer | 0.10 | $350.00 | $35.00 |
| Service | 04/18/2016 | Receive & Review: Reviewed Atlas Letter drafts from Yitzhak. | 0.70 | $350.00 | $245.00 |
| Service | 04/19/2016 | Receive & Review: Recieved notice of filing(Stipulation-Time to Answer) | 0.20 | $350.00 | $70.00 |
| Service | 04/25/2016 | Draft: Draft and file Removal Petition; conflict letter and acknowledgement of service | 3.80 | $350.00 | $1,330.00 |
| Service | 04/28/2016 | Draft Pleading: Drafted Answer to Complaint plus third party pleadings against Lambe/Sunray for declaratory judgment; purpose to create diversity and federal case jurisdiction to get cases back in front f Judge Wexler; discussions with Lambe and Yitzhak re same. Efiling of third party pleadings and service of same. | 4.90 | $350.00 | $1,715.00 |
| Service | 05/03/2016 | Receive & Review: Recieved notice of filing.(Answer, Complaint and Summons (Pre Riji) (Amended)) Filed by Verner. | 0.30 | $350.00 | $105.00 |
| Service | 05/04/2016 | Email: Sent pleadings to Lambe. Discussion of next to come and talk of Sunray. | 0.40 | $350.00 | $140.00 |
| Service | 05/04/2016 | Receive & Review: Received notice of removed docs. (Complaint and Summons) | 0.20 | $350.00 | $70.00 |
| Service | 05/17/2016 | Receive & Review: Recieved notice of consent | 0.10 | $350.00 | $35.00 |
| Service | 05/23/2016 | Receive & Review: Recieved notice of filings. (PRELIMINARY CONFERENCE REQUEST AFFIRMATION/AFFIDAVIT OF SERVICE RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE) | 0.10 | $350.00 | $35.00 |
| Service | 05/27/2016 | Email: Email from Yitzhak asking about plan. | 0.20 | $350.00 | $70.00 |
| Service | 06/21/2016 | Draft Letter: Draft conflict of interest letter and sent to clients for review. | 2.30 | $350.00 | $805.00 |
| Service | 06/21/2016 | Draft acknowledgment of service for Troy Lambe | 0.20 | $350.00 | $70.00 |
| Service | 06/21/2016 | Email: (21) Various and from clients re: initial DMC assigment notice, Lambe letter of acknowledgemet, third party summons, conflict letter signed, | 1.50 | $350.00 | $525.00 |
| Service | 06/21/2016 | Email: Correspondence sent from Lambe. | 0.60 | $350.00 | $210.00 |
| Service | 06/22/2016 | Email: Various emails (10) to and from clients re: Notice of removal letter pt.1, pt2. pt3, Conflict letter signed TL-1 signed by Yitzhak, | 1.40 | $350.00 | $490.00 |

| Service | 06/23/2016 | Email: Various emails (12) to and from clients re: Affirmation of Service, Settlement agreement, Nassau Complaint pt1, pt2, pt3, | 1.50 | $350.00 | $525.00 |
|---|---|---|---|---|---|
| Service | 06/23/2016 | EF: Efiling of various papers re Notice of Removal; telephone call to clerk | 0.90 | $350.00 | $315.00 |
| Service | 06/28/2016 | Email: Various to and from clients re: Conference is to occur in the removed Kahlon v. Yitzhak case, Review order reassigning case for Judge Wexler. | 1.10 | $350.00 | $385.00 |
| Service | 06/30/2016 | Email: Various to and from clients re: goals and strategies for Yitzhak malpractice case, report to clients after court. | 0.70 | $350.00 | $245.00 |
| Service | 07/01/2016 | Court Hearing: Court appearance post removal before Judge Wexler in federal court for a status conference. Wexler set briefing schedule on Motion to Remand to be filed by Kahlon. Includes travel to Central Islip. | 6.50 | $350.00 | $2,275.00 |
| Service | 07/05/2016 | Email: Received notice of filing. (Minute Entry for proceedings held before Judge Leonard D. Wexler: Status Conference held on 7/1/2016. Plaintiff(s) represented by Jennifer J. Bock, Esq. Defendant(s) represented by Paul W. Verner, Esq. Plaintiff is permitted to move to remand this action to State Court in accordance with the following briefing schedule: initial papers shall be served by August 1, 2016; opposition papers shall be served by September 6, 2016; reply papers shall be served by September 16, 2016. In accordance with the Court's rules, all papers shall befiled, via ECF, on the reply date of September 16, 2016, with courtesy copies provided to Chambers by the movant. Proceedings concluded. (Court Reporter Paul Lombardi.) (Russo, Eric) Notice of Appearance by Joeckel | 0.60 | $350.00 | $210.00 |
| Service | 07/11/2016 | Email: Email exchange with Yitzhak re: Kahlon and court on Friday July 1 (7/10-7/11) | 0.90 | $350.00 | $315.00 |
| Service | 07/20/2016 | Receive & Review: Received notice of change of contact information by Joeckel. | 0.40 | $350.00 | $140.00 |
| Service | 08/01/2016 | Email: Various to and from clients and opposing attorney re: Motion for Remand and an Award of Attorneys' Fees, Memorandum of Law. | 0.50 | $350.00 | $175.00 |
| Service | 08/01/2016 | Receive & Review: Received discovery from Joeckel. (remand Motion cover Letter, Declaration remand, Exhibits, Remand memo, Not Mot Remand) All PDF copies, hard copies follow | 1.70 | $350.00 | $595.00 |
| Service | 09/06/2016 | Email: Various to and clients and opposing attorney re: request opposition to serve remand motion, Extension of Time to File Response/Reply to Motion for Remand by Troy Lambe, Order granting [158] Motion to | 0.60 | $350.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Adjourn Conference. The proceeding scheduled for 9/7/16 is adjourned to 9/21/16 at 10:30 a.m, | | | |
| Service | 09/07/2016 | Email: Received notice of filing.(Motion for Extension of Time, Response of Opposition, Order granting Motion extending time.) 9/6-9/7 | 0.50 | $350.00 | $175.00 |
| Service | 09/08/2016 | Draft Motion: Draft opposition on motion to remand; legal research | 4.00 | $350.00 | $1,400.00 |
| Service | 09/14/2016 | Email: Various to and from clients and attorney re: Declaration in Opposition to the Kahlon Plaintiffs' Motion to Remand, and uptades | 0.50 | $350.00 | $175.00 |
| Expense | 09/19/2016 | E107 Delivery services/messengers: Federal Express - copies of briefs to Kahlon's attorney for filing. | 1.00 | $67.29 | $67.29 |
| Service | 10/07/2016 | Email: Various to and from clients and opposing attorney, re: Various motions, declaration and...to stay/go to federal court | 0.60 | $350.00 | $210.00 |
| Service | 06/27/2017 | Telephone Conference Client: Telephone call from Yitzhak re status | 0.20 | $350.00 | $70.00 |
| Service | 06/27/2017 | Email: Email exchange with client about status. | 0.40 | $350.00 | $140.00 |
| Service | 09/01/2017 | Receive & Review: Receive Order remanding case to Judge Drisscoll; analysis- discussion with clients; emails | 1.20 | $350.00 | $420.00 |
| Service | 09/06/2017 | Receive & Review: Receive Wexler's Order remanding case to state court; email to clients re: same | 0.70 | $350.00 | $245.00 |
| Service | 09/08/2017 | Email: Email exchange with Lambe re:Wexler Remand to Nassau: attorneys fees, and future decisions on Yitzhak. Same conversation with Yitzhak | 0.90 | $350.00 | $315.00 |
| Service | 09/13/2017 | Telephone Conference Client: Telephone conference E Yitzhak | 0.40 | $350.00 | $140.00 |
| Service | 09/21/2017 | Research: Researched the prior action against DeSantis filed by Kahlon and the decision dismissing same; pull all court papers; read and analyze same | 4.30 | $350.00 | $1,505.00 |
| Service | 09/25/2017 | Research: Research Justice Parga, DeStefano and Driscoll; notes to file | 3.10 | $350.00 | $1,085.00 |
| Service | 09/26/2017 | Receive & Review: Received notice of filing. Letter/ Correspondence to Judge | 0.10 | $350.00 | $35.00 |
| Service | 10/02/2017 | Draft Motion: Draft motion to transfer and consolidate the remanded Yitzhak Defense case with the Kahlon Shotgun case; various conference calls with the attorneys for Scher and DeSantis | 4.80 | $350.00 | $1,680.00 |
| Service | 10/03/2017 | Receive & Review: Received notice of filing. Letter/ Correspondence to Judge, Exhibits A-H | 0.10 | $350.00 | $35.00 |

Invoice # 237 - 01/05/2020

| Service | 10/04/2017 | Receive & Review: Received notice of filing. Letter to Judge, and ewatch alert :The Clerk's docket comments concerning this case have been updated to the following: CASE REMANDED BACK TO NASSAU COUNTY SUPREME COURT BY LEONARD D. WEXLER, UNITED STATES DISTRICT COURT. | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|
| Service | 10/04/2017 | Receive & Review: Receive opposition to my motion to transfer and consolidate; note for reply | 1.80 | $350.00 | $630.00 |
| Service | 10/05/2017 | Receive & Review: Received notice of filing. (Judgement for Attorneys Fees)hat plaintiffs Yossef Kahlon and Atlas Solar Holdings request for attorneys fees is granted; and that judgment is hereby entered for plaintiffs Yossef Kahlon and Atlas Solar Holdings, LLC and against defendants/third-party plaintiffs Erica T. Yitzhak, The Law Offices of Erica T. Yitzhak, and Erica T. Yitzhak Esq., P.C., and third-party defendants Troy Lame and Sunray Solar, Inc., jointly and severally, in the amount of $9,268.00. (Executed by: James J. Toritto, Deputy Clerk, on September 8, 2017) (Fagan, Linda) (Main Document 17 replaced on 10/5/2017) (Fagan, Linda); forward judgment with note to Lambe. | 0.80 | $350.00 | $280.00 |
| Service | 10/06/2017 | Receive & Review: Received ewatch alert re: n November 9, 2017, an appearance is scheduled before Judge ANTHONY L. PARGA in ANTHONY L. PARGA (PC PART). The following additional comments exist: 9:30. | 0.20 | $350.00 | $70.00 |
| Service | 10/06/2017 | Draft Motion: Draft Reply motion papers transfer and consolidate cases | 2.10 | $350.00 | $735.00 |
| Service | 10/12/2017 | Receive & Review: Received notice of filing. Notice of Motion to disqualify Verner and VS from representing Yitzhak; review and outline Affirmation in Support of Motion and Exhibits A-I; notify clients | 1.80 | $350.00 | $630.00 |
| Service | 10/14/2017 | Receive & Review: Email from Lambe asking about appearance. | 0.30 | $350.00 | $105.00 |
| Service | 10/17/2017 | Draft Motion: Draft letter motion seeking transfer of case to Judge Driscoll | 2.00 | $350.00 | $700.00 |
| Service | 10/18/2017 | Receive & Review: Email with client edits of Judge Adams second request transfer doc | 0.30 | $350.00 | $105.00 |
| Service | 10/18/2017 | Receive & Review: Double check motion to disqualify Verner Simon and ethics rule used; memo to file re opposition | 1.00 | $350.00 | $350.00 |
| Service | 10/23/2017 | Research: Researched local counsel possibilities; analysis of the need for local attorneys; emails and telephone calls to clients re: engagement of local counsel; obtained authority; telephone call to David | 4.20 | $350.00 | $1,470.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Zwerling re same; telephone calls and emails to Charlie Horn; obtain retainer agreements. | | | |
| Service | 10/24/2017 | Email: Email exchange with clients, Friedman, and Zwerling about adding Friedman to case. Sent Second Conflict Letter to both clients to review and execute to send back. | 0.90 | $350.00 | $315.00 |
| Service | 10/25/2017 | Research: Legal research for Opposition to Motion to Disqualify Verner Simon. | 3.90 | $350.00 | $1,365.00 |
| Service | 10/26/2017 | Receive & Review: Received notice of filing. (Affirmation in Opposition, Request to Transfer, Second Circuit Appeal, Federal Settlement and Discontinuance, Stipulated, Discontinuance of Third Party Complaint. Request to Transfer, Second Circuit Appeal, Federal Settlement and Discontinuance, Stipulated Discontinuance of Third Party Complaint. Affidavit of Service, Notice of Appearance, | 0.80 | $350.00 | $280.00 |
| Service | 10/26/2017 | Draft Motion: Draft opposing papers Motion to Disqualify Verner Simon; efile same. | 5.30 | $350.00 | $1,855.00 |
| Service | 10/30/2017 | Email: Emails to Horn and Zwerling about engagement and money and being Disqualified by court without transfer to Destefano | 0.40 | $350.00 | $140.00 |
| Service | 10/30/2017 | Draft Pleading: Draft discontinuation and dismissal of the Yitzhak v Lambe declaratory judgment action; efiling and related service | 1.60 | $350.00 | $560.00 |
| Service | 10/31/2017 | Email: Ewatch alert re: change of Judge to Destefano. Email exchange about change of judge with clients. | 0.60 | $350.00 | $210.00 |
| Service | 11/01/2017 | Receive & Review: Receive and review reply papers Motion to Disqualify Verner Simon; efile same. | 1.30 | $350.00 | $455.00 |
| Service | 11/02/2017 | Receive & Review: Notice of scheduled appearance. | 0.10 | $350.00 | $35.00 |
| Service | 11/05/2017 | Receive & Review: Sent Bad Faith letter to Bock and Joeckel. | 0.30 | $400.00 | $120.00 |
| Service | 11/06/2017 | Receive & Review: Email exchange with Horn scheduling call. | 0.30 | $400.00 | $120.00 |
| Service | 11/07/2017 | Receive & Review: Letter from Bock about rescheduling prelim coneference. | 0.30 | $400.00 | $120.00 |
| Service | 11/08/2017 | Receive & Review: Recieved Ewatch alert. Re appearance held and marked the motion ADJOURNED with the following additional comments: EFILED MOTION,3PGS 10/12/17 TO ALP. | 0.20 | $350.00 | $70.00 |
| Service | 11/08/2017 | Email: Email exchange with Bock about date for prelim conference. | 0.20 | $350.00 | $70.00 |
| Service | 11/13/2017 | Email: Email exchange with Lambe about retainers. | 0.40 | $350.00 | $140.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/20/2017 | Email: Email from Clerk Kirkland confirming rescheduling of Prelim conference. | 0.20 | $350.00 | $70.00 |
| Service | 12/08/2017 | Email: Notice of scheduled appearence. | 0.20 | $350.00 | $70.00 |
| Service | 12/14/2017 | Court: Court appearance to argue various motions before Justice DeStefano; Draft discontinuation and dismissal of the Yitzhak v Lambe declaratory judgment action; efiling and related service | 6.00 | $350.00 | $2,100.00 |
| Service | 12/14/2017 | Court: Court appearance to argue various motions before Justice DeStefano; Kahlon Shotgun; Yitzhak Defense and Disqualify Verner | 6.00 | $350.00 | $2,100.00 |
| Service | 01/16/2018 | Court Hearing: Preliminary conference Yitzhak Defense; travel to and From Nassau Supreme | 6.20 | $350.00 | $2,170.00 |
| Service | 01/22/2018 | Receive & Review: recieved notice of filing(order prelim conference) | 0.20 | $350.00 | $70.00 |
| Service | 01/23/2018 | Email: Email from client | 0.20 | $350.00 | $70.00 |
| Service | 02/07/2018 | Email: Email to and from client about update | 0.20 | $350.00 | $70.00 |
| Service | 02/08/2018 | Email: Email exchange with client about report | 0.40 | $350.00 | $140.00 |
| Service | 02/16/2018 | Email: Emails from Yitzhak about location of client files | 0.20 | $350.00 | $70.00 |
| Service | 02/17/2018 | Email: Email exchange with Yitzhak about email her files | 0.40 | $350.00 | $140.00 |
| Service | 02/18/2018 | Email: Email exchange with Yitzhak about email files | 0.40 | $350.00 | $140.00 |
| Service | 02/23/2018 | Email: Email exchange with Yitzhak about thumb drive and status of case | 0.80 | $350.00 | $280.00 |
| Service | 02/24/2018 | Email: Email from Yitzhak's former defense attny re client files | 0.20 | $350.00 | $70.00 |
| Service | 02/25/2018 | Email: Email exchange with Yitzhak about email received 02/24 | 0.50 | $350.00 | $175.00 |
| Service | 02/28/2018 | Email: Received stip from Joeckel and sent emails discussing stip | 0.60 | $350.00 | $210.00 |
| Service | 03/05/2018 | Receive & Review: Received plaintiffs demand for production of documents from law office; note to file | 0.30 | $350.00 | $105.00 |
| Service | 03/08/2018 | Receive & Review: Receive and review discovery demands from Kahlon; cursory review; calendar same for handling | 0.30 | $350.00 | $105.00 |
| Service | 03/08/2018 | Draft Discovery: Draft responses to Kahlon discovery demands; document production; Bates stamping; review of prior litigation file; to be continued | 4.80 | $350.00 | $1,680.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/15/2018 | Receive & Review: Receive and review Dropbox files - responses from Kahlon to our discovery demands; general review Kahlon docs for completeness | 5.40 | $350.00 | $1,890.00 |
| Service | 03/20/2018 | Draft Discovery: Final draft responses to Kahlon discovery demands; document production; Bates stamping; review of prior litigation file. | 6.50 | $350.00 | $2,275.00 |
| Service | 04/05/2018 | Email: Received emails from client and Kirkland | 0.30 | $350.00 | $105.00 |
| Service | 04/06/2018 | Email: Email from client and received notice of appearance | 0.30 | $350.00 | $105.00 |
| Service | 04/11/2018 | Telephone Conference Court: Conference call with law clerk and counsel- set conference for 4/30/2018. | 0.50 | $350.00 | $175.00 |
| Service | 04/11/2018 | Receive & Review: Received notice of filing (decision and order on motion) | 0.10 | $350.00 | $35.00 |
| Service | 04/23/2018 | Email: email exchange with Yitzhak about producing emails for discovery | 0.90 | $350.00 | $315.00 |
| Service | 04/25/2018 | Email: email exchange with Yitzhak and opposition about producing emails for discovery | 0.40 | $350.00 | $140.00 |
| Service | 04/26/2018 | Email: email exchange with Yitzhak and Troy about producing emails for discovery | 0.90 | $350.00 | $315.00 |
| Service | 04/26/2018 | Receive & Review: received minute entries | 0.20 | $350.00 | $70.00 |
| Service | 04/27/2018 | Receive & Review: email exchange with Yitzhak about attorney referral and emails | 0.70 | $350.00 | $245.00 |
| Service | 04/30/2018 | Email: email exchange with client about debriefing emails | 0.40 | $350.00 | $140.00 |
| Service | 05/01/2018 | Email: Emails with client about receiving discovery | 0.40 | $350.00 | $140.00 |
| Service | 05/03/2018 | Receive & Review: Received discovery emails for Yitzhak for review | 1.00 | $350.00 | $350.00 |
| Expense | 05/04/2018 | E110 Out-of-town travel: AMTRAK - LI COURT CONFERENCE | 1.00 | $165.00 | $165.00 |
| Expense | 05/04/2018 | E110 Out-of-town travel: HOTEL - LI COURT CONFERENCE | 1.00 | $364.37 | $364.37 |
| Service | 05/04/2018 | Court Hearing: Hearing on Remanded Case/ status conference 1/2 Rate appeared on both cases | 6.10 | $175.00 | $1,067.50 |
| Service | 05/06/2018 | Email: emails to Troy re Yitzhak defense | 0.30 | $350.00 | $105.00 |
| Service | 05/07/2018 | Email: emails to client about settlement agreement and thumb drive | 0.60 | $350.00 | $210.00 |
| Service | 05/14/2018 | Email: email exchange client about confirmation of received thumb drive | 0.40 | $350.00 | $140.00 |

| Service | 06/04/2018 | Email: email exchange with Charles Horn about conference | 0.40 | $350.00 | $140.00 |
|---|---|---|---|---|---|
| Service | 06/05/2018 | Email: email exchange with client and Troy about discovery and emails | 0.90 | $350.00 | $315.00 |
| Service | 06/06/2018 | Email: Sent docs to Horn for conference. Non privileged docs. Yitzhaks file produced in Fed Case | 2.00 | $350.00 | $700.00 |
| Service | 06/06/2018 | Discovery: Detailed review over 2 days (June 5 and June 6) of the Lambe v. Kahlon litigation file for production in discovery; detailed review of Yitzhak client file for Kahlon for production; convert all files to new Adobe docs with bates stamps; uploading of same to Dropbox for production to Kahlon's counsel | 12.00 | $350.00 | $4,200.00 |
| Service | 06/07/2018 | Email: Email exchange for setting conference date | 0.30 | $350.00 | $105.00 |
| Service | 06/07/2018 | Receive & Review: received notice of filing | 0.30 | $350.00 | $105.00 |
| Service | 06/08/2018 | Email: Email exchange for setting conference date | 0.40 | $350.00 | $140.00 |
| Service | 06/24/2018 | Email: Email exchange with client and Horn discussing Kahlon pressure | 0.70 | $350.00 | $245.00 |
| Service | 07/10/2018 | Email: Email for Kirkland | 0.10 | $350.00 | $35.00 |
| Service | 07/11/2018 | Receive & Review: received notice of filing. Decision and Order on Motion, notice of Entry | 0.20 | $350.00 | $70.00 |
| Service | 07/11/2018 | Receive & Review: Receive and review Justice DeStefano's Decision Denying Verner disqualification; analyze decision and potential for dismissing local attorneys; emails to clients re same. | 0.70 | $350.00 | $245.00 |
| Service | 07/16/2018 | Email: Email from Clerk Kirkland with compliance conference forms | 0.20 | $350.00 | $70.00 |
| Service | 09/12/2018 | Court Hearing: Court appearance for compliance conference; travel to and from. | 5.50 | $350.00 | $1,925.00 |
| Service | 09/13/2018 | Email: Email to Horn | 0.10 | $350.00 | $35.00 |
| Service | 01/23/2019 | Email: Email to Troy re: sending of Satisfaction of Judgement | 0.10 | $350.00 | $35.00 |
| Service | 01/25/2019 | Receive & Review: review ADR Attorney Cert. Form from court | 0.20 | $350.00 | $70.00 |
| Service | 01/28/2019 | Email: Email exchange with Horn re: 1/31 appearance, ADR cert. form, confidentiality, and discovery demands 6/5/18 | 0.70 | $350.00 | $245.00 |
| Service | 01/29/2019 | Email: Email exchange with Danielle Enos re Friedman Bill cc to Horn | 0.40 | $350.00 | $140.00 |
| Service | 01/30/2019 | Receive & Review: Received Notice of Appearance of new attorney Dan Abrams; filing(Substitution of | 1.30 | $350.00 | $455.00 |

| | | attorney post RJI) (1/30-1/31); discussions with Lambe; research Abrams' background and case history | | | |
|---|---|---|---|---|---|
| Service | 02/04/2019 | Conference: Confer w Charlie Horn about status conference attended by associate. | 0.60 | $350.00 | $210.00 |
| Service | 02/05/2019 | Email: Email exchange with Strong re signing of confidentiality stip. Email from Enos re Friedman bill | 0.30 | $350.00 | $105.00 |
| Service | 02/06/2019 | Receive & Review: Reviewed notice of filing(Stip-Confidentiality) | 0.10 | $350.00 | $35.00 |
| Service | 02/19/2019 | Email: Received notice of appearance held on Feb 15. and Kahlon confidentiality stip. | 0.20 | $350.00 | $70.00 |
| Service | 02/21/2019 | Email: Email exchange with Lambe re various case requests/updates. reviewed ewatch alert The Clerk's docket comments concerning this case have been updated to the following: CASE REMANDED BACK TO NASSAU COUNTY SUPREME COURT BY LEONARD D. WEXLER, UNITED STATES DISTRICT COURT.; STIP/DISC AS TO THE THIRD-PARTY ACTION ONLY 10/25/17; PER TAA CASE IS RELATED TO 609252/17 AND IS RE-ASSIGNED TO VMD COMMERCIAL DIVISION; VMD 7/9/18 MOTION 001 TO DISQUALIFY IS DENIED.; STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE OF FONFIDENTIAL INFORMATION SIGNED 2-20-19 BY VMD. | 0.50 | $350.00 | $175.00 |
| Service | 02/25/2019 | Receive & Review: Reviewed ewatch alert re; attorney of record added | 0.10 | $350.00 | $35.00 |
| Service | 02/27/2019 | Receive & Review: review notice of filing (stip- so ordered from court) Discussion with Lambe re stip. | 0.30 | $350.00 | $105.00 |
| Service | 03/28/2019 | Correspond: Emails and telephone calls with Kahlon's new attorney, Dan Abrams re paper discovery already exchanged. Set additional conference time for 4/1/2019 | 1.80 | $350.00 | $630.00 |
| Service | 03/31/2019 | Draft Summary: Report to Yitzhak and Lambe both cases 1/2 Rate: Kahlon has new counsel, Dan Abrams; will be having a conference with Abrams early this week to feel him out about the case; letting go local counsel, Charlie Horn and his firm; I will be finalizing my accounting for fees owed on the Shotgun case ; Depending on my next conference with Abrams, I will make suggestions for moving forward. I don't think that bringing a third-party case against Botton and Quinn is worthwhile in the defense. Erica, it may be, however, that you have independent claims against them for fees and costs incurred in the Lambe v. Kahlon/Yitzhak case; does make sense to implead TJ Management and Ed Gurin who have independent liability for lying to Erica when she was representing | 0.70 | $175.00 | $122.50 |

| | | Kahlon and Atlas; goal get minimum discovery done and then move for summary judgment. | | | |
|---|---|---|---|---|---|
| Service | 05/07/2019 | Receive & Review: Receive subpoena for me and Verner Simon re settlement records; letter to Abrams re Motion to Quash | 2.20 | $350.00 | $770.00 |
| Service | 05/10/2019 | Email: Emails between counsel confirming deposition dates; telephone call from Meister Selig counsel re privilege; telephone call Dan Abrams re same; emails re start time of Yitzhak depo; emails back and fort setting time; additional emails about case handling | 1.10 | $350.00 | $385.00 |
| Service | 05/12/2019 | Prep Deposition: Prepare for Kahlon deposition; analyze proofs; choose and organize exhibits to use | 5.00 | $350.00 | $1,750.00 |
| Service | 05/13/2019 | Emails to and from client discussing Yitzhak testimony and billing. | 0.60 | $350.00 | $210.00 |
| Service | 05/13/2019 | Deposition: Prepare for and Conduct Deposition of Kahlon; travel time. | 8.70 | $350.00 | $3,045.00 |
| Service | 05/14/2019 | Email: Confirming call with client at 12. | 0.20 | $350.00 | $70.00 |
| Service | 05/15/2019 | Email: Several emails re: deposition with Yitzhak. Discussion of rescheduling with Abrams, and notice of filing: Letter to Judge DeStefano | 1.00 | $350.00 | $350.00 |
| Service | 05/16/2019 | Email: Emails to/from Yitzhak and Abrams discussing rescheduling of deposition and invoicing; correspondence with Court re Abrams request to so-order the date; telephone conference with Court; subsequent telephone call with Abrams. | 2.20 | $350.00 | $770.00 |
| Service | 05/17/2019 | Receive & Review: Receive and review: Stipulated deposition date. emails from Abrams about deposition. | 0.70 | $350.00 | $245.00 |
| Service | 05/18/2019 | Email: Emails w/ client re: billing | 0.40 | $350.00 | $140.00 |
| Service | 05/19/2019 | Email: emails with client re: strange email from Noa Ben Dor | 0.20 | $350.00 | $70.00 |
| Service | 05/19/2019 | Email: emails with client re: strange email from Noa Ben Dor | 0.20 | $350.00 | $70.00 |
| Service | 05/20/2019 | Receive & Review: Rec&review documents form Koh re: Yitzhak. Emails to/from Yitzhak re: call and billing | 1.50 | $350.00 | $525.00 |
| Service | 05/21/2019 | Receive & Review: Rec&review Consent to Withdraw from Murphy. Emails to and from Yitzhak re: billing | 0.60 | $350.00 | $210.00 |
| Service | 05/21/2019 | Receive & Review: Rec&review Consent to Withdraw from Murphy. Emails to and from Yitzhak re: billing | 0.60 | $350.00 | $210.00 |
| Service | 05/23/2019 | Receive & Review: Court comments | 0.30 | $350.00 | $105.00 |
| Expense | 05/29/2019 | E115 Deposition transcripts: Deposition of Kahlon | 1.00 | $1,331.50 | $1,331.50 |

Invoice # 237 - 01/05/2020

| Service | 06/03/2019 | Email: Emails to and from Yitzhak about trial documents | 1.50 | $350.00 | $525.00 |
|---------|------------|---------|------|---------|---------|
| Service | 06/03/2019 | Prep Deposition: Prepare Yitzhak for her deposition in this matter; review trial transcripts; review correspondence with Edward. | 3.90 | $350.00 | $1,365.00 |
| Service | 06/04/2019 | Email: Emails to and from client and Koh about deposition and letter | 1.50 | $350.00 | $525.00 |
| Service | 06/04/2019 | Deposition: Conduct deposition of Yitzhak in this matter; post depo conference; travel to and from | 9.00 | $350.00 | $3,150.00 |
| Service | 06/05/2019 | Email: email to and from client re: Kahlon and deposition | 1.00 | $350.00 | $350.00 |
| Service | 06/06/2019 | Email: email exchange with Yitzhak, Abrams, and Murphy re: documents | 2.30 | $350.00 | $805.00 |
| Service | 06/07/2019 | Receive & Review: rec&review: notice of deposition and exhibits | 0.30 | $350.00 | $105.00 |
| Service | 06/08/2019 | Email: email exchange with Abrams filing a motion | 0.40 | $350.00 | $140.00 |
| Service | 06/09/2019 | Email: email exchange with Yitzhak re: testimony | 0.30 | $350.00 | $105.00 |
| Service | 06/12/2019 | Email: email exchange with client about subpeona | 0.30 | $350.00 | $105.00 |
| Service | 06/13/2019 | Email: Email exchange with Abrams re: Yitzhak testimony | 0.30 | $350.00 | $105.00 |
| Service | 06/17/2019 | Email: email exchange re: subpoena | 0.40 | $350.00 | $140.00 |
| Service | 06/20/2019 | Email: email exchange re: Abrams and subpoena for me and Verner Simon | 0.40 | $350.00 | $140.00 |
| Service | 06/21/2019 | Email: Email exchange with Abrams re: documents | 0.30 | $350.00 | $105.00 |
| Service | 06/25/2019 | Email: email exchange with Yitzhak re: billing | 0.80 | $350.00 | $280.00 |
| Service | 06/27/2019 | Email: emails with Abrams re: non privilege logs | 0.20 | $350.00 | $70.00 |
| Service | 06/28/2019 | Receive & Review: Receive Notice to Admit facts re settlement and Kahlon exclusion; note to file | 1.20 | $350.00 | $420.00 |
| Service | 07/01/2019 | Email: Emails to/from Abrams re:documents | 0.20 | $350.00 | $70.00 |
| Service | 07/08/2019 | Email: Email from Abrams re privilege log | 0.10 | $350.00 | $35.00 |
| Service | 07/11/2019 | Receive & Review: rec&review notice of filing letter to judge | 0.10 | $350.00 | $35.00 |
| Service | 07/15/2019 | Abstract: Abstract summary of Kahlon Deposition; memo to file | 2.80 | $350.00 | $980.00 |
| Service | 07/15/2019 | Receive & Review: Receive and review Notice to Admit post deposition re the issue of mitigation of Kahlon's damages; analyze same; email to Yitzhak | 2.10 | $350.00 | $735.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/16/2019 | Abstract: Abstract summary of Yitzhak Deposition - memo to file (cross-reference Kahlon) | 3.80 | $350.00 | $1,330.00 |
| Service | 07/18/2019 | Email: email exchange with Abrams and Yithzak re: deposition of Yitzhak | 0.80 | $350.00 | $280.00 |
| Service | 07/19/2019 | Email: email exchnage with court and Abrams about certification conference | 0.60 | $350.00 | $210.00 |
| Service | 07/22/2019 | ET: Text transmission Lambe and me re certification conference and subpoena on me | 0.30 | $350.00 | $105.00 |
| Service | 07/23/2019 | Email: email exchnage with Lambe re: letter to Erica | 0.30 | $350.00 | $105.00 |
| Service | 07/24/2019 | Email: Email from Lambe re: letter to Yitzhak | 0.10 | $350.00 | $35.00 |
| Service | 07/29/2019 | Email: email exchange with Abrams re: adjourn request | 1.00 | $350.00 | $350.00 |
| Service | 07/30/2019 | Email: email exchange with court and Abrams re adjournment | 0.60 | $350.00 | $210.00 |
| Service | 07/30/2019 | Court: Attend compliance conference J. DeStefeno - argue against subpoena and deposition of Verner Nassau County - travel | 6.00 | $350.00 | $2,100.00 |
| Service | 07/30/2019 | Draft Discovery: Draft and serve answer to first Notice to Admit | 1.00 | $350.00 | $350.00 |
| Service | 07/31/2019 | Receive & Review: notice of filing : letter to judge | 0.20 | $350.00 | $70.00 |
| Service | 08/02/2019 | Receive & Review: Notice of apperance held | 0.20 | $350.00 | $70.00 |
| Service | 08/05/2019 | Receive & Review: Review exhibits from Abrams | 0.20 | $350.00 | $70.00 |
| Service | 08/05/2019 | Receive & Review: Exhibits received from Dan Abrams from Yitzhak's deposition - outline contents | 2.10 | $350.00 | $735.00 |
| Service | 08/13/2019 | Email: Email from Abrams re; Kahlon transcript | 0.20 | $350.00 | $70.00 |
| Service | 08/13/2019 | Receive & Review: Receive second Notice to Admit; outline | 1.10 | $350.00 | $385.00 |
| Service | 08/14/2019 | Email: email to and from Abrams re: kalhon depostion | 0.20 | $350.00 | $70.00 |
| Service | 08/15/2019 | Email: email to and from Abrams re: kalhon depostion | 0.20 | $350.00 | $70.00 |
| Service | 08/21/2019 | Receive & Review: Review expert report of Marjorie Berman; outline issues; determine responsive position | 2.70 | $350.00 | $945.00 |
| Service | 08/22/2019 | Email: Email exchange with Yitzhak re:expert report | 0.90 | $350.00 | $315.00 |
| Service | 09/18/2019 | Email: email exchange with Abrams about conference | 0.30 | $350.00 | $105.00 |
| Service | 09/19/2019 | Email: email exchange with court and Abrams re telephone conference; conduct telephone conference re certification | 1.50 | $350.00 | $525.00 |
| Service | 09/20/2019 | receive and review re: notice of apperances | 0.50 | $350.00 | $175.00 |

Invoice # 237 - 01/05/2020

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/21/2019 | Email: Emails to and from lambe re: call | 0.30 | $350.00 | $105.00 |
| Service | 09/23/2019 | Draft Discovery: Draft Answer to SECOND Notice to Admit post deposition re the issue of mitigation of Kahlon's damages; analyze same | 2.00 | $350.00 | $700.00 |
| Service | 10/15/2019 | Email: email exchnage with Abrams about telehpone conference | 0.30 | $350.00 | $105.00 |
| Service | 11/12/2019 | Receive & Review: review emails between court and Abrams re: certification order | 0.30 | $350.00 | $105.00 |
| Service | 11/18/2019 | Email: Email exchange with clients re: status update to case | 1.00 | $350.00 | $350.00 |
| Service | 11/20/2019 | Receive & Review: review notice of apperance | 0.30 | $350.00 | $105.00 |
| Service | 11/21/2019 | Receive & Review: (11/21-11/29) notice of filing, Certification for Trial | 0.70 | $350.00 | $245.00 |
| Service | 12/03/2019 | Email: Email exchange with clients and opposition re: UCC-1 never terminated | 0.90 | $350.00 | $315.00 |
| Service | 12/04/2019 | Email: Email exchange with Yitzhak re: sealing motion | 0.60 | $350.00 | $210.00 |
| Service | 12/05/2019 | Email: Email exchange with Botton and Abrams RE; UCC-1 | 1.00 | $350.00 | $350.00 |
| Service | 12/09/2019 | Email: Email exchange with Yitzhak re: telephone conference | 1.00 | $350.00 | $350.00 |
| Service | 12/09/2019 | Email: Emails back and forth with defense counsel and Botton re never terminated UCC 1 | 0.70 | $350.00 | $245.00 |
| Service | 12/09/2019 | ET: Text transmissions Lambe to me and back re settlement and funding/billing - resolved to provide accounting; Lambe ignored settlement issues and disavowed nature of indemnification. | 0.80 | $350.00 | $280.00 |
| Service | 12/17/2019 | Email: emails to clients re: summary judgement | 0.50 | $350.00 | $175.00 |
| Service | 12/23/2019 | Draft Memo: Draft report to Lambe re various issues and regarding financing and expenses and settlement authority for 1/8/2020 | 1.00 | $350.00 | $350.00 |
| Service | 01/03/2020 | Draft Letter: NOTE BILLING PRICES INCREASED 10% AS OF 1/1/2020 Draft letter to court re adjournment of settlement conference and summary judgment dates; draft email to clients regarding the issues rising; email exchanges with clients about the reasons for the adjournment and potential conflicts; follow up email exchanges | 2.40 | $350.00 | $840.00 |
| Service | 01/03/2020 | Email: Follow up w Botton's office re filed UCC1 termination | 0.10 | $385.00 | $38.50 |

|  |  |
|---|---|
| **Total** | **$95,985.66** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 237 | 01/05/2020 | $95,985.66 | $0.00 | $95,985.66 |
| | | | **Outstanding Balance** | **$95,985.66** |
| | | | **Total Amount Outstanding** | **$95,985.66** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 219
Date: 05/10/2019
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
Troy Lamb
546 South Cooks Bridge Road

Jackson, NJ 08527

## 982.0101D

## Shotgun case

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 09/06/2017 | Receive & Review: Receive information regarding new shotgun suit against all attorneys and VS Inc. - various communications regarding same; research court docket | 2.20 | $350.00 | $770.00 |
| Service | 09/07/2017 | Email: Sent out Summons, complaint, and decision to client, Lambe and others | 0.50 | $350.00 | $175.00 |
| Service | 09/07/2017 | Email: Email exchange with client and Lambe about documents sent earlier that day. | 0.80 | $350.00 | $280.00 |
| Service | 09/08/2017 | Email: Email exchange with Scher about previous suing attempts by opposition. | 0.40 | $350.00 | $140.00 |
| Service | 09/19/2017 | Receive & Review: Reviewed summons from opposition. | 0.20 | $350.00 | $70.00 |
| Service | 09/20/2017 | Receive & Review: Reviewed ex-parte order sent by client. | 0.50 | $350.00 | $175.00 |
| Service | 09/21/2017 | Email: Email exchange with client and Lambe about research for case. Sent DeSantis pleadings. | 1.00 | $350.00 | $350.00 |
| Service | 09/22/2017 | Email: Email exchange with Scher arranging call. | 0.30 | $350.00 | $105.00 |
| Service | 09/27/2017 | Email: Sent email to Rice about Kahlon cases. | 0.20 | $350.00 | $70.00 |
| Service | 09/28/2017 | Email: Received letter from Schwartz about withdrawal of case. | 0.50 | $350.00 | $175.00 |

Invoice # 219 - 05/10/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/28/2017 | Email: Email exchange with Lambe and client about response to Schwatrsz letter. | 1.00 | $350.00 | $350.00 |
| Service | 09/29/2017 | Email: Various email about next steps with clients. Email with stipulation sent to Belkin. | 0.50 | $350.00 | $175.00 |
| Service | 09/29/2017 | Receive & Review: Received Notice of Appearance, Stipulation Extending Defendants Time to Answer, and Notice of filing. | 0.70 | $350.00 | $245.00 |
| Service | 10/02/2017 | Receive & Review: Email from cleitn asking about signing docs. Faxed letter to opposition. | 0.60 | $350.00 | $210.00 |
| Service | 10/03/2017 | Email: Emails with clients and opposition about filing of letter. | 0.50 | $350.00 | $175.00 |
| Service | 10/03/2017 | Draft Letter: Draft request to transfer to Commercial Judge; various exhibits | 1.30 | $350.00 | $455.00 |
| Service | 10/04/2017 | Email: Sent past emails to opposition. | 0.40 | $350.00 | $140.00 |
| Service | 10/05/2017 | Receive & Review: Recieved notice of call and filing. | 0.40 | $350.00 | $140.00 |
| Service | 10/05/2017 | Email: Email exchaneg with opposition. | 0.20 | $350.00 | $70.00 |
| Service | 10/06/2017 | Receive & Review: Recieved notice of filing. | 0.20 | $350.00 | $70.00 |
| Service | 10/10/2017 | Receive & Review: Email exchange with Lambe from 10/09-10/10 | 0.20 | $350.00 | $70.00 |
| Service | 10/12/2017 | Receive & Review: Receive and review SureTec Motion to intervene | 0.80 | $350.00 | $280.00 |
| Service | 10/13/2017 | Receive & Review: Recieved notice of filing and faxes from 10/11-10/13 | 0.60 | $350.00 | $210.00 |
| Service | 10/16/2017 | Email: Email exchange with clientd giving status update. | 0.60 | $350.00 | $210.00 |
| Service | 10/17/2017 | Email: Various emails with Lambe about Yitzak and emails with Rice about new judge. | 0.80 | $350.00 | $280.00 |
| Service | 10/18/2017 | Email: Continued emails with Rice about new judge. | 0.40 | $350.00 | $140.00 |
| Service | 10/18/2017 | Receive & Review: Recieved retainer from Yitzak and exchanged emails | 0.40 | $350.00 | $140.00 |
| Service | 10/18/2017 | Receive & Review: Recieved notice of filings. CC to clients. | 0.40 | $350.00 | $140.00 |
| Service | 10/18/2017 | Draft Motion: Drafting opposition and filing on Kahlon's Motion for Preliminary injunction. 2/3 rate because relates only to surety bond issues | 7.50 | $234.00 | $1,755.00 |
| Service | 10/19/2017 | Email: Response to Lambe. | 0.10 | $350.00 | $35.00 |
| Service | 10/20/2017 | Receive & Review: Recieved notice of filings. | 0.40 | $350.00 | $140.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/23/2017 | Receive & Review: Recieved notice of filings. | 0.20 | $350.00 | $70.00 |
| Service | 10/24/2017 | Receive & Review: Recieved notice of filings. | 0.20 | $350.00 | $70.00 |
| Service | 10/24/2017 | Email: Email exchange with client and opposition. Sent correspondence to opposition. | 0.80 | $350.00 | $280.00 |
| Service | 10/25/2017 | Email: Received Elaw notice. Emails sent to Horn. | 0.60 | $350.00 | $210.00 |
| Service | 10/26/2017 | Email: Emails to Bock and Hernandez with filed exhibits. Recieved notice of appearance. | 0.80 | $350.00 | $280.00 |
| Service | 10/27/2017 | Email: Email to Lambe dicsussing local counsel. | 0.20 | $350.00 | $70.00 |
| Service | 10/31/2017 | Email: Email to clients about Judge reassigment. | 0.40 | $350.00 | $140.00 |
| Service | 11/02/2017 | Email: Email to Fernandez for call back. | 0.10 | $350.00 | $35.00 |
| Service | 11/03/2017 | Email: Email exchange with Lepelstat about Notice of Motion. CC to client. | 0.60 | $350.00 | $210.00 |
| Service | 11/05/2017 | Draft Letter: Sent letter of Bad Faith to opposition. | 1.60 | $350.00 | $560.00 |
| Service | 11/06/2017 | Email: Email exchange with Horn and Rice about Kahlon Removal. | 0.50 | $350.00 | $175.00 |
| Service | 11/07/2017 | Email: Recieved Raetainer agreement from Murphy. CC to client. | 0.50 | $350.00 | $175.00 |
| Service | 11/08/2017 | Email: Continued discussion of retainer. | 0.30 | $350.00 | $105.00 |
| Service | 11/08/2017 | Email: Recieved e law notifications about Order of Attachments. | 0.30 | $350.00 | $105.00 |
| Service | 11/09/2017 | Receive & Review: Recieved notice of filing for Notice of Removal. | 0.20 | $350.00 | $70.00 |
| Service | 11/10/2017 | Email: Emails with Lambe and Rice about Notice of Removal. | 0.50 | $350.00 | $175.00 |
| Service | 11/13/2017 | Email: Email exchange with clients and opposition about Withdrawing of Notice of Removal. | 1.00 | $350.00 | $350.00 |
| Service | 11/14/2017 | Receive & Review: Recieved Executed Stipulation to Extend Defendants Time to Answer and notice of filing | 0.40 | $350.00 | $140.00 |
| Service | 11/17/2017 | Receive & Review: Received Draft Memo of Law from Turner. | 0.70 | $350.00 | $245.00 |
| Service | 11/17/2017 | Email: Discussion of Draft Memo of Law with Turner and Rice. | 0.50 | $350.00 | $175.00 |
| Service | 11/20/2017 | Email: Continued discussion of Draft Memo of Law with Turner and Laylor | 0.40 | $350.00 | $140.00 |
| Service | 11/20/2017 | Receive & Review: Recieved Notice of Filing. | 0.40 | $350.00 | $140.00 |
| Service | 11/20/2017 | Draft Motion: 11-16 through 11-20-2017 Week long motion drafting - receipt of other defendants' motions; | 25.00 | $350.00 | $8,750.00 |

|  |  | discussions w counsel; draft our motion to dismiss; draft supporting affidavits and Exhibits; receive and review opposing briefs and affirmations; draft reply briefs and file |  |  |  |
|---|---|---|---|---|---|
| Service | 11/21/2017 | Receive & Review: Recieved Notice of Filing. | 0.20 | $350.00 | $70.00 |
| Service | 11/27/2017 | Email: Email exchange with opposition setting up call. | 0.60 | $350.00 | $210.00 |
| Service | 11/29/2017 | Telephone Conference Counsel: Telephone conference with opposition. | 1.50 | $350.00 | $525.00 |
| Service | 11/29/2017 | Email: Emails about conference call. | 0.30 | $350.00 | $105.00 |
| Service | 11/30/2017 | Email: Emails from Bock and opposition about adjourning motion. | 0.80 | $350.00 | $280.00 |
| Service | 12/01/2017 | Email: Emails from Joeckel and opposition about adjourning motion and stipulation | 0.80 | $350.00 | $280.00 |
| Service | 12/05/2017 | Email: Emails from Joeckel about adjourning again. | 0.80 | $350.00 | $280.00 |
| Service | 12/06/2017 | Email: Email exchange with Lepelstat about call. Emails from Bock confirming new adjournment. | 0.50 | $350.00 | $175.00 |
| Service | 12/07/2017 | Receive & Review: Recieved adjournment request forms from Bock. | 0.50 | $350.00 | $175.00 |
| Service | 12/07/2017 | Email: Email exchange with court about clarifying letter sent to court. | 0.50 | $350.00 | $175.00 |
| Service | 12/08/2017 | Receive & Review: Recieved letter from court | 0.40 | $350.00 | $140.00 |
| Service | 12/12/2017 | Email: Updating client on adjournment. | 0.40 | $350.00 | $140.00 |
| Service | 12/13/2017 | Email: Confirming no appearance to Lalor. | 0.10 | $350.00 | $35.00 |
| Service | 12/29/2017 | Receive & Review: Recieved notification of opposition from Joeckel | 0.30 | $350.00 | $105.00 |
| Service | 01/03/2018 | Email: Email from Lalor about new contact info. | 0.10 | $350.00 | $35.00 |
| Service | 01/08/2018 | Email: Emails to Lalor about call | 0.30 | $350.00 | $105.00 |
| Service | 01/10/2018 | Email: Review emails sent to defense council for setting up call. | 0.80 | $350.00 | $280.00 |
| Service | 01/11/2018 | Telephone Conference Counsel: Conference call with defense counsel about 01/16 | 1.50 | $350.00 | $525.00 |
| Service | 01/11/2018 | Emails with counsel about conference call. | 0.70 | $350.00 | $245.00 |
| Service | 01/12/2018 | Email: Email to Lesplat about order to vacate bonds | 0.30 | $350.00 | $105.00 |
| Service | 01/14/2018 | Email: Emails to client about conference | 0.40 | $350.00 | $140.00 |
| Service | 01/15/2018 | Email: Email exchange with Lesplat about order | 0.80 | $350.00 | $280.00 |
| Service | 01/16/2018 | Receive & Review: Recieved notice of filing | 0.20 | $350.00 | $70.00 |

| Service | 01/22/2018 | Receive & Review: Recieved notice of filing. | 0.10 | $350.00 | $35.00 |
|---|---|---|---|---|---|
| Service | 02/12/2018 | Email: Sent draft motion papers to client for review. | 0.40 | $350.00 | $140.00 |
| Service | 02/13/2018 | Email: Email to client and Lesplat | 0.30 | $350.00 | $105.00 |
| Service | 02/14/2018 | Email: Email to and from Lesplat about order to show cause | 0.20 | $350.00 | $70.00 |
| Service | 02/15/2018 | Email exchange with Lesplat and client about finances and case | 0.80 | $350.00 | $280.00 |
| Service | 02/16/2018 | Email: Email exchange with White about court appearance | 0.40 | $350.00 | $140.00 |
| Service | 02/17/2018 | Email: Email to client | 0.10 | $350.00 | $35.00 |
| Service | 02/20/2018 | Email: Email exchange with White about order to show cause | 0.70 | $350.00 | $245.00 |
| Service | 02/20/2018 | Receive & Review: Received notice of call | 0.10 | $350.00 | $35.00 |
| Service | 02/21/2018 | Email: Email exchange with Sinai, White and client about case and Lebetkin | 0.90 | $350.00 | $315.00 |
| Service | 02/21/2018 | Draft Motion: Draft motion to restrain defendants - federal court - 2/3 rate - only relates to the Bond - not Erica | 12.00 | $234.00 | $2,808.00 |
| Service | 02/22/2018 | Email: Email exchange with White and Lalor about motion papers sent | 0.90 | $350.00 | $315.00 |
| Service | 02/23/2018 | Email: Email exchange with Marian client and opposition about court appearance | 0.90 | $350.00 | $315.00 |
| Service | 02/24/2018 | Email: Email exchange with Ortega about sunnova | 0.30 | $350.00 | $105.00 |
| Service | 02/26/2018 | Court Hearing: Court hearing on our order to show cause to restrain defendants and vacate stay 2/3 rate - just Bond work not Erica | 6.00 | $234.00 | $1,404.00 |
| Service | 02/27/2018 | Email: Email exchange with Lalor about case | 0.30 | $350.00 | $105.00 |
| Service | 02/28/2018 | Email: Email exchange with Lesplat with order papers attached | 0.60 | $350.00 | $210.00 |
| Service | 03/01/2018 | Email: Emails from opposition responding to emails sent 02/28 | 0.30 | $350.00 | $105.00 |
| Service | 03/14/2018 | Receive & Review: Received notice of missed call | 0.10 | $350.00 | $35.00 |
| Service | 04/02/2018 | Email: Email from Lesplat | 0.20 | $350.00 | $70.00 |
| Service | 04/05/2018 | Email: Email from Kirkland and reminders to self | 0.30 | $350.00 | $105.00 |
| Service | 04/06/2018 | Email: Email exchange with Lesplat | 0.70 | $350.00 | $245.00 |
| Service | 04/10/2018 | Email: Email exchange with oppostion | 0.30 | $350.00 | $105.00 |

| Service | 04/11/2018 | Telephone Conference Court: Conference call with law clerk and counsel- set conference for 4/30/2018- Wants judgment from federal court asap | 0.90 | $350.00 | $315.00 |
|---------|-----------|-----------|------|---------|---------|
| Service | 04/11/2018 | Receive & Review: Letter from Joeckel re object to modified judgment; write and send bad faith letter | 1.80 | $350.00 | $630.00 |
| Service | 04/11/2018 | Email: Email exchange with opposition and Lesplat | 0.80 | $350.00 | $280.00 |
| Service | 04/12/2018 | Email: Email exchange with opposition and Lesplat | 0.60 | $350.00 | $210.00 |
| Service | 04/13/2018 | Email: Email from Lesplat received notice of filing | 0.30 | $350.00 | $105.00 |
| Service | 04/17/2018 | Email: Email exchange with Lesplat | 0.30 | $350.00 | $105.00 |
| Service | 04/17/2018 | Email: Email exchange with Lesplat | 0.10 | $350.00 | $35.00 |
| Service | 04/17/2018 | Email: Emails from Lambe | 0.10 | $350.00 | $35.00 |
| Service | 04/23/2018 | Email: Email exchange with Yitzak and Lambe | 0.70 | $350.00 | $245.00 |
| Service | 04/25/2018 | Email: Received notice of filing | 0.30 | $350.00 | $105.00 |
| Service | 04/27/2018 | Email: Email exchange with cout and lepelstat | 0.60 | $350.00 | $210.00 |
| Service | 05/01/2018 | Email: Received notice of appearance held | 0.40 | $350.00 | $140.00 |
| Service | 05/02/2018 | Email: Received notice of filing | 0.20 | $350.00 | $70.00 |
| Service | 05/04/2018 | Email: email from Lepelstat | 0.10 | $350.00 | $35.00 |
| Service | 05/21/2018 | Email: email from Lepelstat | 0.10 | $350.00 | $35.00 |
| Service | 05/22/2018 | Email: email to Lepelstat | 0.20 | $350.00 | $70.00 |
| Service | 06/07/2018 | Email: Email exchange with court, notice of filing | 0.50 | $350.00 | $175.00 |
| Service | 06/08/2018 | Email: Email from lalor with new contact info | 0.10 | $350.00 | $35.00 |
| Service | 06/26/2018 | Email: Email from JT with Kahlon contacts | 0.30 | $350.00 | $105.00 |
| Service | 06/27/2018 | Email: Email from troy | 0.20 | $350.00 | $70.00 |
| Service | 07/10/2018 | Email: Email exchange with client and Troy about dismissal of complaint | 0.40 | $350.00 | $140.00 |
| Service | 07/10/2018 | Receive & Review: Receive and review Order dismissing action | 0.70 | $350.00 | $245.00 |
| Service | 07/11/2018 | Email: Received notice of case info | 0.20 | $350.00 | $70.00 |
| Service | 07/12/2018 | Email: Received notice of case info | 0.30 | $350.00 | $105.00 |
| Service | 07/16/2018 | Email: Received notice of case info | 0.10 | $350.00 | $35.00 |
| Service | 07/18/2018 | Email: Received notice of case info | 0.20 | $350.00 | $70.00 |
| Service | 07/20/2018 | Email: Received notice of case info | 0.20 | $350.00 | $70.00 |

**Total**   **$35,962.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 219 | 05/10/2019 | $35,962.00 | $0.00 | $35,962.00 |
| | | | **Outstanding Balance** | **$35,962.00** |
| | | | **Total Amount Outstanding** | **$35,962.00** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 240
Date: 01/06/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

**982.010G Vacca**

**982.010G Vacca (Defense of UCC 1 Lien)**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 06/27/2016 | Telephone Conference Client: Call from Lambe re problem with Vacca, purchaser of NY property,West Fiery Road, Little Falls, NY 13339 block 3, lot 6, section 128.4 and UCC 1 filing; contacted Chris Smith attorney on closing | 0.70 | $350.00 | $245.00 |
| Service | 07/05/2016 | Email: Emails from Chris Smith requesting Affidavit. | 0.30 | $350.00 | $105.00 |
| Service | 07/12/2016 | Email: Emails from Chris requesting Affidavit from 07/11-07/12. | 0.40 | $350.00 | $140.00 |
| Service | 07/15/2016 | Draft: Draft Affidavit concerning invalidity of UCC filing; review same with Lambe; legal research pertaining to same; instructions to Lambe re delivery by Fed Ex; follow up email exchanges with Lambe and Chris Smith. | 3.20 | $350.00 | $1,120.00 |
| Service | 07/22/2016 | Email: Email exchange with client about status of Affidavit. | 0.30 | $350.00 | $105.00 |
| Service | 07/28/2016 | Email: Multiple exchanges by Email with client and attorney Chris Smith about signing of Affidavit. | 0.60 | $350.00 | $210.00 |
| Service | 07/29/2016 | Email: Received email exchnage between client and Smith about mailing of Affidavit. | 0.60 | $350.00 | $210.00 |
| Service | 08/22/2016 | Email: My multiple emails and telephone call with Chris Smith re final UCC release. | 0.60 | $350.00 | $210.00 |
| Service | 09/01/2016 | Email: Emails from Smith asking about UCC release | 0.30 | $350.00 | $105.00 |
| Service | 09/07/2016 | Email: Email exchange with Chris Smith discussing release of UCC and Title Company refusal to close until fully released by court order | 0.30 | $350.00 | $105.00 |

| Service | 09/12/2016 | Receive & Review: Received Title Company letter from Chris Smith about UCC; email reply. | 0.60 | $350.00 | $210.00 |
| Service | 09/13/2016 | Email: Email exchange with Smith and client about successful release of UCC to be effected at closing. | 0.60 | $350.00 | $210.00 |
| Service | 09/19/2016 | Email: Email exchange with Smith asking for stamped filed copy of the release | 0.40 | $350.00 | $140.00 |
| Service | 09/26/2016 | Email: Received email exchange between Smith and Vacca about closing and final UCC termination. | 0.30 | $350.00 | $105.00 |
| Service | 10/03/2016 | Email: Email exchange with Chris Smith about closing - confirmed closing occurring this week. File closed. Notify Lambe. | 0.30 | $350.00 | $105.00 |
| | | | | **Total** | **$3,325.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 240 | 01/06/2020 | $3,325.00 | $0.00 | $3,325.00 |
| | | | **Outstanding Balance** | **$3,325.00** |
| | | | **Total Amount Outstanding** | **$3,325.00** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 243
Date: 01/22/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

### 982.010GGG Bassie v. Sunray

### 982.010GGG Bassie v. Sunray

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 05/26/2015 | Receive & Review: Reviewed order by court for when motion will be decided on. | 0.20 | $350.00 | $70.00 |
| Service | 08/27/2015 | Receive & Review: Reviewed Opposition to Bassie sent by cleint. | 0.40 | $350.00 | $140.00 |
| Service | 08/27/2015 | Email: Email sent from client distinguishing case. | 0.30 | $350.00 | $105.00 |
| Service | 08/27/2015 | Receive & Review: Reviewed complaints sent by client sent to Sunray | 0.10 | $350.00 | $35.00 |
| Service | 08/28/2015 | Receive & Review: Bassie Opposition with Exhibits sent by clients. | 0.50 | $350.00 | $175.00 |
| Service | 08/28/2015 | Receive & Review: Reviewed opposition(motion and exhibits) to complaint drafted by Lambe. Email conversation with Lambe re motion and his opposition. | 0.30 | $350.00 | $105.00 |
| Service | 01/18/2016 | Email: Emails sent to Harhai containing GATS certification and Declaration of Exhibits | 0.50 | $350.00 | $175.00 |
| Service | 01/18/2016 | Email: Sent emails to opposition re Subpeona records of Lambe and PJM records | 0.30 | $350.00 | $105.00 |
| Service | 01/25/2016 | Email: Email sent to client with Botton's Motion for Sanction as pertains Bassie case; Botton using Bassie case for leverage in the primary litigation. | 1.40 | $350.00 | $490.00 |
| Service | 03/13/2016 | Receive & Review: Recieved Bassie Motion from client. | 0.40 | $350.00 | $140.00 |
| Service | 05/05/2016 | Receive & Review: Recieved first orders from lawsuit. | 0.40 | $350.00 | $140.00 |
| Service | 05/08/2016 | Receive & Review: Recieved letter of proof hearing | 0.30 | $350.00 | $105.00 |

Invoice # 243 - 01/22/2020

| Service | 05/09/2016 | Receive & Review: Recieved order to show cause. | 0.30 | $350.00 | $105.00 |
|---|---|---|---|---|---|
| Service | 05/11/2016 | Receive & Review: Recieved notice of faxes received from Luedekke. | 0.30 | $350.00 | $105.00 |
| Service | 05/12/2016 | Email: Sent emails to luedekke asking for all pleadings and discovery. | 0.60 | $350.00 | $210.00 |
| Service | 05/19/2016 | Email: Email exchangge with client with papers attached, instructing client to turn in. | 0.70 | $350.00 | $245.00 |
| Service | 05/19/2016 | Draft Pleading: Case comes to critical mass in NJ with filing of Order to Show Cause by Bassie seeking to restrain Troy and Verner Simon from disbursing $325,000; reviewed again background info and basic pleadings in case; draft and file Notice of Appearance; analyze next steps; letter to court seeking adjournment of Order to Show Cause | 1.20 | $350.00 | $420.00 |
| Service | 05/20/2016 | Email: Received notice of call from Ludekke firm. | 0.10 | $350.00 | $35.00 |
| Service | 05/20/2016 | Draft Motion: Draft Motion to Vacate Judgment/ Decision; certification of client; proposed Order - filing and service of same. | 4.30 | $350.00 | $1,505.00 |
| Service | 05/21/2016 | Receive & Review: Review of stamped recieved filings from client. | 0.40 | $350.00 | $140.00 |
| Service | 05/23/2016 | Receive & Review: Received Exhibit A from client. | 0.40 | $350.00 | $140.00 |
| Service | 05/24/2016 | Receive & Review: Received copy of Opposition to Bassie from client. | 0.30 | $350.00 | $105.00 |
| Service | 05/24/2016 | Draft Letter: Sent letter to Judge and opposition to vacate default. | 0.50 | $350.00 | $175.00 |
| Service | 05/26/2016 | Receive & Review: Received Bassie System Value for review 05/25-05/26 from client. | 0.50 | $350.00 | $175.00 |
| Service | 05/27/2016 | Various: Received email from Ludekke about CFA damages. Confered with client. Sent memo to Ludekke. | 0.50 | $350.00 | $175.00 |
| Service | 05/31/2016 | Email: Email exchange with client over settlement. | 0.50 | $350.00 | $175.00 |
| Service | 06/01/2016 | Unannotated Time | 0.30 | $350.00 | $105.00 |
| Service | 06/01/2016 | Email: Email exchange with client and Luedekke over adjournment date. | 0.50 | $350.00 | $175.00 |
| Service | 06/03/2016 | Email: Email exchange with Ludekke and Botton for available dates in June. | 0.50 | $350.00 | $175.00 |
| Service | 06/07/2016 | Email: Continued email exchange with Ludekke and Botton for available dates in June from 06/06-06/07. | 0.50 | $350.00 | $175.00 |
| Service | 06/09/2016 | Email: Email exchange with all counsel setting up conference call. | 0.40 | $350.00 | $140.00 |

| Service | 06/15/2016 | Email: Emails from Ludekke trying to finalize settlement. | 0.40 | $350.00 | $140.00 |
|---------|------------|-----------|------|---------|---------|
| Service | 06/17/2016 | Email: Continued email exchange with Ludekke trying to finalize settlement from 06/16-6/17. | 0.50 | $350.00 | $175.00 |
| Service | 06/20/2016 | Various: Various work to dismiss case and settle | 1.00 | $350.00 | $350.00 |
| Service | 06/23/2016 | Email: Various emails with client working out settlement. | 0.80 | $350.00 | $280.00 |
| Service | 06/27/2016 | Email: Email from client regarding Handwerker. | 0.20 | $350.00 | $70.00 |
| Service | 06/28/2016 | Various: Letter to Judge with settlement; telephone call to court | 2.00 | $350.00 | $700.00 |
| Service | 06/28/2016 | Email: Email to client with letter to Judge regarding Motions. | 0.20 | $350.00 | $70.00 |
| Service | 06/29/2016 | Email: Email exchange with client regarding Bassie Dimissal. | 0.80 | $350.00 | $280.00 |
| Service | 06/30/2016 | Email: Email from Botton with signed Stipulation of Dismissal. | 0.20 | $350.00 | $70.00 |
| Service | 07/05/2016 | Email: Received Stipulation of Dismissal from Luedekke. | 0.20 | $350.00 | $70.00 |
| Service | 07/11/2016 | Email: Received Signed Settlement Agreement. from Luedekke. | 0.40 | $350.00 | $140.00 |
| Service | 07/13/2016 | Email: Email from Luedekke to Botton about availability. | 0.10 | $350.00 | $35.00 |
| Service | 07/14/2016 | Telephone Conference Clerk: TC to Theresa at Judge Troncone re August 4 hearing date; draft letter to court | 1.00 | $350.00 | $350.00 |
| Service | 07/27/2016 | Draft Motion: Draft opposition to Botton's Motion to amend the Kahlon Complaint and Cross-Claim against Sunray; legal research re late amendments and claims against previously dismissed parties; filing and service work; copy to Lambe | 3.60 | $350.00 | $1,260.00 |
| Service | 08/02/2016 | Email: Fax received about Kahlon not being in court and email response. | 0.20 | $350.00 | $70.00 |
| Service | 08/04/2016 | Court Hearing: Hearing on Order to Show Cause seeking restraint. Order to Show Cause denied. Court hearing on Kahlon's Motion to Amend his complaint to add cross-claims against Sunray. Motion denied. Travel to and from | 5.80 | $350.00 | $2,030.00 |
| Service | 08/05/2016 | Receive & Review: Received appearance reports. | 0.20 | $350.00 | $70.00 |
| Service | 08/12/2016 | Receive & Review: Receive letter from Botton w Order denying Botton's motion to amend Kahlon's complaint and to cross-claim against Sunray | 0.10 | $350.00 | $35.00 |
| Service | 08/16/2016 | Email: Sent order for Bassie. | 0.40 | $350.00 | $140.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/22/2016 | Email: Email exchange with client about subpeona to testify at trial received from Botton. | 0.40 | $350.00 | $140.00 |
| Service | 08/25/2016 | Receive & Review: Received Letter Brief on Behalf of Defendant. | 0.50 | $350.00 | $175.00 |
| Service | 09/02/2016 | Court Hearing: Hearing on motion to compel deposition; deposition denied in lieu of my agreement to present Lambe' for testimony at tial | 6.20 | $350.00 | $2,170.00 |
| Service | 09/09/2016 | Email: Email exchange with client about Botton's Brief | 0.70 | $350.00 | $245.00 |
| Service | 09/11/2016 | Email: Email from Botton cancelling deposition. | 0.20 | $350.00 | $70.00 |
| Service | 09/14/2016 | Email: Email from Luedekke and to client about first wire payment. | 0.30 | $350.00 | $105.00 |
| Service | 09/19/2016 | Email: Email from Luedekke and to client about first wire payment continued. | 0.30 | $350.00 | $105.00 |
| Service | 09/21/2016 | Receive & Review: Received notice of appearance. | 0.10 | $350.00 | $35.00 |
| Service | 09/23/2016 | Telephone Conference Clerk: Email exchange with Luedekke about first wire payment. | 0.30 | $350.00 | $105.00 |
| Service | 09/26/2016 | Email: Email exchange with Botton about client appearing as witness. | 0.40 | $350.00 | $140.00 |
| Service | 09/26/2016 | Court Trial: Court appearance to present Lambe at trial and to give testimony as witness (we settled with Bassie); lengthy wait with Lambe | 7.20 | $350.00 | $2,520.00 |
| Service | 09/27/2016 | Telephone Conference Clerk: Various telephone calls to Troy, Botton and Luddecke re Troy testimony in court on 9/27 | 1.90 | $350.00 | $665.00 |
| Service | 09/27/2016 | Email: Email exchange with client about UCC terimination. | 0.40 | $350.00 | $140.00 |
| Service | 10/03/2016 | Email: Email from client. | 0.10 | $350.00 | $35.00 |
| Service | 10/20/2016 | Email: Email from Luedekke on settlement. Report to client. | 0.20 | $350.00 | $70.00 |
| Service | 10/21/2016 | Email: Email to client. | 0.10 | $350.00 | $35.00 |
| Service | 10/28/2016 | Email: Email from Luedekke on settlement status. | 0.10 | $350.00 | $35.00 |
| Service | 11/08/2016 | Email: Email from Luedekke on settlement status. Report to client. | 0.40 | $350.00 | $140.00 |
| Service | 11/16/2016 | Email: Email from Luedekke on second wire transfer. | 0.20 | $350.00 | $70.00 |
| Service | 11/30/2016 | Email: Email from Luedekke on second wire transfer. | 0.20 | $350.00 | $70.00 |
| Service | 12/06/2016 | Banking: Make last wire for legal fees. | 0.50 | $350.00 | $175.00 |
| Service | 12/06/2016 | Various: Various communications with Lueddeke | 4.00 | $350.00 | $1,400.00 |

| | | October through November 2016 re closing attorney fee payments, demand for forclosure on system and appeal of main case; multiple telephone calls w Troy; banking wire funds $2600 to Luuddeke | | | |
| --- | --- | --- | --- | --- | --- |
| Service | 12/29/2016 | Email: Email from Luedekke concerning settlement agreement. | 0.20 | $350.00 | $70.00 |
| Service | 02/07/2017 | Email: Email to Luedekke about settlement. Emails from client asking about next steps. | 0.50 | $350.00 | $175.00 |
| Service | 02/14/2017 | Receive & Review: Received letter from Luedekke. | 0.40 | $350.00 | $140.00 |
| Service | 09/07/2017 | Email: Email exchange with Luedekke over status of appeal. | 0.30 | $350.00 | $105.00 |
| Service | 09/26/2017 | Email: Email exchange with Luedekke over status of appeal. | 0.40 | $350.00 | $140.00 |
| Service | 12/06/2017 | Email: Email from Luedekke about updates on case | 0.20 | $350.00 | $70.00 |
| Service | 03/27/2018 | Email: Email from Luedekke and client about updates on case | 0.20 | $350.00 | $70.00 |
| Service | 03/28/2018 | Email: Email responses to client about emails from 03/27 | 0.20 | $350.00 | $70.00 |
| Service | 05/07/2018 | Email: Email exchange with client re: Luedekke email | 0.60 | $350.00 | $210.00 |
| Service | 09/10/2018 | Email: Email from opposition re: settltement | 0.10 | $350.00 | $35.00 |
| Service | 10/15/2018 | Email: Email from opposition re: settltement | 0.10 | $350.00 | $35.00 |
| Service | 12/19/2018 | File Review: Periodic file review - case administratively closed - no activity by opposition | 0.20 | $350.00 | $70.00 |

| | |
| --- | --- |
| **Total** | **$22,435.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 243 | 01/22/2020 | $22,435.00 | $0.00 | $22,435.00 |
| | | | **Outstanding Balance** | **$22,435.00** |
| | | | **Total Amount Outstanding** | **$22,435.00** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 244
Date: 01/22/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

### 982.010E NJ Defamation

## NJ Defamation

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 11/14/2017 | Receive & Review: Received summons and screenshots from client; lengthy telephone call with client; telephone call to plaintiff's counsel; follow up emails all counsel and client; received and reviewed screenshots of Troy's webpages; telephone call to Troy re allegations of criminal conviction. | 2.80 | $400.00 | $1,120.00 |
| Service | 11/29/2017 | Draft Brief: Research and draft current status of the law re defamation, libel and slander; Email exchange with client about thoughts and next steps of case. | 3.70 | $400.00 | $1,480.00 |
| Service | 11/29/2017 | Email: Email from client with his thoughts and written disclaimers; analyze same; telephone call with client | 0.60 | $400.00 | $240.00 |
| Service | 12/06/2017 | Email: Email exchange with client about clients first knowledge of summons from 12/05-/12/06 | 0.50 | $400.00 | $200.00 |
| Service | 12/12/2017 | Receive & Review: Received notice of filings from 12/11-12/12. | 0.30 | $400.00 | $120.00 |
| Service | 12/13/2017 | Receive & Review: Email exchange with client about Notice of Removal and Civil Cover Sheet. | 0.60 | $400.00 | $240.00 |
| Expense | 12/13/2017 | E112 Court fees: Filing fee Notice of Removal to federal court | 1.00 | $400.00 | $400.00 |
| Service | 12/13/2017 | Draft Pleading: Draft Notice of Removal of case to federal court; telephone calls with Troy; research conflict of laws NY v NJ | 4.20 | $400.00 | $1,680.00 |
| Service | 12/15/2017 | Receive & Review: Recieved notice of filings for Notice of Removal from 12/14-12/15. | 0.40 | $400.00 | $160.00 |
| Service | 12/15/2017 | Research: Legal research on current slander and libel | 7.00 | $400.00 | $2,800.00 |

| | | case law; special damages requirement; defamation by website postings etc. Gather case law and summarize in rough draft memo form. | | | |
|---|---|---|---|---|---|
| Service | 12/17/2017 | Receive & Review: Email with client about scheduling conference. | 0.20 | $400.00 | $80.00 |
| Service | 12/21/2017 | Receive & Review: Received documents from opposition, Motion to Remand to State Court. Review and outline same | 2.40 | $400.00 | $960.00 |
| Service | 12/22/2017 | Receive & Review: Recieved notice of filing(TEXT ORDER- The Initial rule 16 conference scheduled for February 13, 2018 before Magistrate Judge Tonianne J. Bongiovanni is adjourned with no new date. Parties are to notify the Court upon decision of the pending motion to remand. So Ordered by Magistrate Judge Tonianne J. Bongiovanni.(mm) ;Set Deadlines as to [3] MOTION to Remand . Motion set for 1/16/2018 before Judge Brian R. Martinotti. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (km) | 0.30 | $400.00 | $120.00 |
| Service | 01/04/2018 | Email: Email to Klein about receiving motion; proposed consent to remand in exchange for withdrawal of attorneys' fee request.TC Troy. | 0.50 | $400.00 | $200.00 |
| Service | 01/09/2018 | Draft Letter: Draft letter to court re adjourn opposition date of motion; file with court. | 0.80 | $400.00 | $320.00 |
| Service | 01/09/2018 | Email: Email exchange with attorney Klein; seek consent to adjourn and renew consent remand issue; Klein rejects both proposals. | 0.60 | $400.00 | $240.00 |
| Service | 01/10/2018 | Receive & Review: Received notice of filing Order granting my request on briefing dates | 0.20 | $400.00 | $80.00 |
| Service | 01/22/2018 | Draft Motion: Draft opposition to Motion to Remand; file and service of same | 3.10 | $400.00 | $1,240.00 |
| Service | 01/29/2018 | Receive & Review: Received Reply Brief on Motion to Remand; analyze; memo to file | 1.20 | $400.00 | $480.00 |
| Service | 02/08/2018 | Email: Email exchange w Troy re No Retainer needed; motion to remand and other issues. | 0.50 | $400.00 | $200.00 |
| Service | 07/24/2018 | Receive & Review: Received Order granting Remand but denying request for attorneys' fees; report to Troy; memo to file | 1.30 | $400.00 | $520.00 |
| Service | 07/25/2018 | Email: Email to Troy | 0.10 | $400.00 | $40.00 |
| Service | 07/27/2018 | Receive & Review: Received notice of filing of Remand to State Court; email exchange with attorney Klein about whether Kahlon is in Israel etc. and SEC | 0.80 | $400.00 | $320.00 |

Invoice # 244 - 01/22/2020

| | | judgment; exchange w Troy | | | |
|---|---|---|---|---|---|
| Service | 07/27/2018 | Email: Emails to Troy and opposition about dismissal | 0.30 | $400.00 | $120.00 |
| Service | 09/20/2018 | Email: Email to opposition | 0.10 | $400.00 | $40.00 |
| Service | 09/20/2018 | Email: Received notice of filing | 0.10 | $400.00 | $40.00 |
| Service | 09/21/2018 | Email: Received notice of filing - Stipulation Vacating Default | 0.40 | $400.00 | $160.00 |
| Service | 09/24/2018 | Email: Email exchange with client about Klien pleading | 0.60 | $400.00 | $240.00 |
| Service | 09/27/2018 | Draft Motion: Draft Motion to Dismiss the Defamation case; research; Certification of Lambe; proposed Order; filing and service of same | 6.20 | $400.00 | $2,480.00 |
| Expense | 09/27/2018 | E112 Court fees: Court filing fee - Our Motion to Dismiss | 1.00 | $30.00 | $30.00 |
| Service | 10/01/2018 | Email: Email exchange with client seeking correct version of website production; receive and review; amend motion papers; second series of transmissions from Troy; review same | 1.90 | $400.00 | $760.00 |
| Service | 10/02/2018 | Email: Received notice of filing- calendar date for argument 10-26; calendar same | 0.40 | $400.00 | $160.00 |
| Service | 10/02/2018 | Email: Email exchange with Klein; email w Troy re removing offending language to eliminate continuing publicatiion claims | 0.40 | $400.00 | $160.00 |
| Service | 10/17/2018 | Receive & Review: Review opposition papers on our Motion to Dismiss; outline arguments; rough draft Reply. | 4.90 | $400.00 | $1,960.00 |
| Service | 10/22/2018 | Email: email exchange with Klein about rescheduling, reviewed adjournment request, email exchange with Lambe re: signing cert opposition of motion. Received instruction from Judge Wellerson; draft letter to Court; follow up | 1.50 | $400.00 | $600.00 |
| Service | 10/23/2018 | Draft Motion: Final draft of reply papers our Motion to Dismiss; file ansd serve same. Email exchange with klein re: letter to court | 2.80 | $400.00 | $1,120.00 |
| Service | 10/24/2018 | Email: Email exchange with Terel re: adjournment for Friday. Reviewed notice of filing of adjournment by Court to 11/14 | 0.60 | $400.00 | $240.00 |
| Service | 11/06/2018 | Email: email to client re: opposition of motion | 0.10 | $400.00 | $40.00 |
| Service | 11/14/2018 | Court Motion: Court appearance Judge Wellerson Ocean County to argue our Motion to Dismiss; Judge made parties engage in settlement talks; wants all clients there on December 10 for settlement conference; WANTS THIS CASE GONE! Travel to and from | 5.80 | $400.00 | $2,320.00 |

Invoice # 244 - 01/22/2020

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/26/2018 | Email: email exchange with client re: defamation case reminder | 0.50 | $400.00 | $200.00 |
| Service | 12/04/2018 | Email: Email from client re: fast eddie | 0.10 | $400.00 | $40.00 |
| Service | 12/06/2018 | Receive & Review: Receive and review email from Troy re objections to settlement conference for 12/10; telephone call to Klein re Kahlon's appearance; draft letter to Judge Wellerson re conference appears futile and request adjournment without date; receive Klein's letter stating he will appear w client on telephone; telephone calls to and from troy; | 3.70 | $400.00 | $1,480.00 |
| Service | 12/07/2018 | Email: Email exchange with client and opposition re: denied adjournment request | 1.00 | $400.00 | $400.00 |
| Service | 12/08/2018 | Email: Emails to/from client re: Glickman | 0.70 | $400.00 | $280.00 |
| Service | 12/10/2018 | Email: email exchange with Glickman and client re: settlement conf. | 1.20 | $400.00 | $480.00 |
| Service | 12/10/2018 | Court Settlement Call: Settlement conference with Judge Wellerson; clients on the phone (Glickman appeared); conference held; Wellerson made us withdraw Motion to Dismiss stating it will never be granted; settlement conference continued; Troy settled for $10,000; post conference work with client | 7.00 | $400.00 | $2,800.00 |
| Service | 12/12/2018 | Receive & Review: Receive settlement agreement from Klein; review and edit | 1.20 | $400.00 | $480.00 |
| Service | 12/17/2018 | Email: Emails to/from opposition re: settlement agreement | 0.50 | $400.00 | $200.00 |
| Service | 12/26/2018 | Email: Email from opposition re settlement | 0.20 | $400.00 | $80.00 |
| Service | 01/10/2019 | Email: email exchange with client re: settlement payment | 0.70 | $400.00 | $280.00 |
| Service | 01/11/2019 | Email: Email exchange with client re: settlement payment and SEC | 0.50 | $400.00 | $200.00 |
| Service | 01/14/2019 | Email: email exchange with opposition re settlement. FWD to client | 0.40 | $400.00 | $160.00 |
| Service | 01/18/2019 | Email: email from opposition regarding settlement | 0.10 | $400.00 | $40.00 |
| Service | 01/25/2019 | Email: email exchange with opposition regarding settlement | 0.20 | $400.00 | $80.00 |
| Service | 01/29/2019 | Email: email exchange with opposition re settlement | 0.70 | $400.00 | $280.00 |
| Service | 01/30/2019 | Email: Email exchange with opposition and client re signing of settlement | 1.10 | $400.00 | $440.00 |
| Service | 01/31/2019 | Email: Email exchange with client re signing of settlement | 0.40 | $400.00 | $160.00 |

Invoice # 244 - 01/22/2020

| Service | 02/01/2019 | Receive & Review: Review settlement agreement with client, opposition and signing | 0.80 | $400.00 | $320.00 |
|---------|------------|-----------------------------------------------------------------------------------|------|---------|---------|
| Service | 02/04/2019 | Email: Email exchange with client re: payment of settlement | 0.80 | $400.00 | $320.00 |
| Service | 02/11/2019 | Email: email exchange with client re: settlement payment | 0.70 | $400.00 | $280.00 |
| Service | 02/11/2019 | Email: Emails from opposition re: settlement check | 0.40 | $400.00 | $160.00 |

|  |  | **Total** | **$32,870.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 244 | 01/22/2020 | $32,870.00 | $0.00 | $32,870.00 |
|  |  |  | **Outstanding Balance** | **$32,870.00** |
|  |  |  | **Total Amount Outstanding** | **$32,870.00** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 247
Date: 01/23/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

## 982.010GGGG Amex Collection

## 982.010GGGG Amex Collection

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 05/03/2016 | Receive & Review: Reviewed Amex letter sent by client. | 0.40 | $350.00 | $140.00 |
| Service | 05/03/2016 | Email: Emails sent about receiving letter. | 0.20 | $350.00 | $70.00 |
| Service | 06/29/2016 | Receive & Review: review mail and levy notice; call client | 0.20 | $350.00 | $70.00 |
| Service | 06/29/2016 | Receive & Review: Reviewed Levy letter sent by Sheriff; analyze Amex in relation to other creditors' claims; email to Troy advising to let this fester and ultimately settle for 10 cents on a dollar. | 0.50 | $350.00 | $175.00 |
| Service | 06/25/2018 | Receive & Review: Reviewed letter from client. Email exchange with client re: letter | 0.60 | $350.00 | $210.00 |
| Service | 08/03/2018 | Email: Reviewed 2018 Levy letter sent by Sheriff; advise Troy to let it fester until small settlement can be made or offer 1/3; Troy wants to offer 1/3 | 0.40 | $350.00 | $140.00 |
| Service | 08/14/2018 | Telephone Conference Counsel: Telephones Sheriff; instructed to contact Zwicker law firm; telephone Zwicker; collection factory; left message re desiring to settle etc. Diaery | 0.30 | $350.00 | $105.00 |
| Service | 12/30/2019 | File Review: File review - no activity since 8/2018. CLOSE FILE | 0.10 | $350.00 | $35.00 |

**Total**    **$945.00**

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 247 | 01/23/2020 | $945.00 | $0.00 | $945.00 |
| | | | Outstanding Balance | **$945.00** |
| | | | Total Amount Outstanding | **$945.00** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# Verner Simon

# INVOICE

Invoice # 246
Date: 01/23/2020
Due Upon Receipt

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

## 982.010GGG Landlord Collection

## 982.010GGG Landlord Collection (Zuckerman attny

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 03/18/2014 | Receive & Review: Recieved county's reply to Prose | 0.40 | $350.00 | $140.00 |
| Service | 04/11/2014 | Receive & Review: Recieved all correspondence of case. | 0.90 | $350.00 | $315.00 |
| Service | 05/15/2014 | Receive & Review: Recieved Request for Proof Hearing from opposition. Sent by client. | 0.40 | $350.00 | $140.00 |
| Service | 05/31/2014 | Receive & Review: Email exchnage with client about proof hearing. | 0.40 | $350.00 | $140.00 |
| Service | 06/10/2014 | Receive & Review: Email exchange with client about what land lord wants. | 0.40 | $350.00 | $140.00 |
| Service | 06/10/2014 | Draft Letter: Letter to Zuckerman with objections to rent demands in complaint based upon buildout info and Troy's payments | 0.80 | $350.00 | $280.00 |
| Service | 06/11/2014 | Email: Email exchange with client about new tenant. | 0.40 | $350.00 | $140.00 |
| Service | 06/12/2014 | Email: Email exchange with client about Lakewood Building Dept. | 0.30 | $350.00 | $105.00 |
| Service | 06/13/2014 | Email: Email exchange with client about Demand. | 0.30 | $350.00 | $105.00 |
| Service | 06/14/2014 | Email: Email from client with edits of letter for adjournment. | 0.20 | $350.00 | $70.00 |
| Service | 06/14/2014 | Draft Discovery: Draft trial subpoena for Lakewood landlord for hearing; service and filing of same | 0.80 | $350.00 | $280.00 |
| Service | 06/16/2014 | Email: Email from client talking about unit 10 permit. | 0.20 | $350.00 | $70.00 |
| Service | 06/19/2014 | Email: Email from Richards asking for copy of the | 0.20 | $350.00 | $70.00 |

Invoice # 246 - 01/23/2020

|  |  | lease. |  |  |  |
|---|---|---|---|---|---|
| Service | 06/20/2014 | Email: Sent documents to opposition. | 0.80 | $350.00 | $280.00 |
| Service | 06/23/2014 | Email: Email exchange with opposition about proposed order. | 0.40 | $350.00 | $140.00 |
| Service | 06/23/2014 | Receive & Review: Received Proposed order from oppostion. CC to client. | 0.50 | $350.00 | $175.00 |
| Service | 06/24/2014 | Email: Email exchange with opposition about insurance suit. | 0.30 | $350.00 | $105.00 |
| Service | 06/24/2014 | Negotiate: Negotiate w attny Zuckerman for Consent Judgment and lien in lieu of continued litigation and attny fees; confirm with Troy. | 1.70 | $350.00 | $595.00 |
| Service | 06/25/2014 | Receive & Review: Emails exchange with client and opposition about insurance case. | 0.20 | $350.00 | $70.00 |
| Service | 06/26/2014 | Receive & Review: Email from opposition. | 0.10 | $350.00 | $35.00 |
| Service | 07/03/2014 | Receive & Review: Receive from Zuckerman signed Consent Order; file and memo; email to Troy | 0.50 | $350.00 | $175.00 |
| Service | 07/14/2014 | Draft Letter: Draft letter to attny Zuckerman with offer of lien on Kahlon Lawsuit proceeds; discussion with troy | 0.80 | $350.00 | $280.00 |
| Service | 05/30/2017 | Receive & Review: Emails to client about response to ethics complaint. | 0.20 | $350.00 | $70.00 |
| Service | 06/16/2017 | Receive & Review: Various emails with client about Pollack Questionnaires. Email from Zuckerman about Lien. | 0.80 | $350.00 | $280.00 |
| Service | 07/13/2017 | Receive & Review: Email exchange with client and Zuckerman about information subpoenas | 0.80 | $350.00 | $280.00 |
| Service | 07/14/2017 | Receive & Review: Email exchange with client about sending info subpoenas | 0.40 | $350.00 | $140.00 |
| Service | 07/18/2017 | Receive & Review: Email to opposition with subpeona forms completed and answered by Troy. | 0.30 | $350.00 | $105.00 |
| Service | 12/30/2019 | File Review: File review - no activity since subpoenas answered in July 2017. CLOSE?? | 0.10 | $350.00 | $35.00 |

**Total**      **$4,760.00**

# Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 246 | 01/23/2020 | $4,760.00 | $0.00 | $4,760.00 |
| | | | Outstanding Balance | $4,760.00 |
| | | | Total Amount Outstanding | $4,760.00 |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 245
Date: 01/23/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

### 982.010GGGG Sovereign Home Lien

### 982.010GGG SovereignHome Lien

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 08/27/2014 | Email: Email from client to JT about summons by bank. | 0.20 | $350.00 | $70.00 |
| Service | 08/31/2014 | Receive & Review: Received subpoenas from client for Max Diversified and client. | 0.40 | $350.00 | $140.00 |
| Service | 10/01/2014 | Receive & Review: Email from client about inventory for judgement. | 0.20 | $350.00 | $70.00 |
| Service | 10/06/2014 | Receive & Review: Email to and from client about Sheriff's Levy; draft letter to Saldutti law firm | 1.30 | $350.00 | $455.00 |
| Service | 10/14/2014 | Receive & Review: Email client with Liability and CNA attached. | 0.40 | $350.00 | $140.00 |
| Service | 10/16/2014 | Receive & Review: Received Notice of Motion for Sale from client. | 0.40 | $350.00 | $140.00 |
| Service | 10/16/2014 | Various: Various tasks through out the day regarding Sovereign/Santandler/Attny Saldutti attempts to force sale of home; research the underlying debt, the collateral, tenants by the entirety doctrine and case law; various emails exchanged with client about potential sale of house | 3.80 | $350.00 | $1,330.00 |
| Service | 10/16/2014 | Receive & Review: Received mortgage statement, equity statement, marriage certificate, and drivers license from client. | 0.70 | $350.00 | $245.00 |
| Service | 10/17/2014 | Receive & Review: Received mortgage deed from client. | 0.70 | $350.00 | $245.00 |
| Service | 10/21/2014 | Email: Various tasks through out the day regarding Sovereign/Santandler/Attny Saldutti attempts to force sale of home; various emails exchanged with client | 1.20 | $350.00 | $420.00 |

Invoice # 245 - 01/23/2020

| | | about potential sale of house; Email exchange with Saldutti law firm about lack of response from Saldutti | | | |
|---|---|---|---|---|---|
| Service | 10/22/2014 | Email: Email exchange with client regarding draft of opposition papers. | 0.60 | $350.00 | $210.00 |
| Service | 10/23/2014 | Draft Motion: Draft motion opposition papers for Troy Lambe pro se against Sovereign bank attempts to foreclose house; Email exchange with client regarding cost of house; forward pro se papers | 2.30 | $350.00 | $805.00 |
| Service | 10/25/2014 | Email: Email exchange with client regarding opposition papers; pulled additional research re foreclosure against tenants by the entirety titled property in NJ; discussion with Lambe | 1.70 | $350.00 | $595.00 |
| Service | 04/19/2016 | Email: Receive Motion to Appoint Receiver and court calendar attached.; analyze; email to Lambe; discuss and set dates | 1.50 | $350.00 | $525.00 |
| Service | 04/20/2016 | Email: Email exchange with client about Salutti documents. | 0.80 | $350.00 | $280.00 |
| Service | 05/03/2016 | Draft Letter: Fax to Brown at Saldutti | 0.20 | $350.00 | $70.00 |
| Service | 05/17/2016 | Receive & Review: Receive Brown's letter setting deposition date; Emails sent from office for notice of faxes received from 05/16-05/17; TC Lambe re deposition | 0.90 | $350.00 | $315.00 |
| Service | 05/18/2016 | Receive & Review: Received scanned documents from intelligent office | 0.30 | $350.00 | $105.00 |
| Service | 05/21/2016 | Receive & Review: Received subpoena served to client from client. | 0.30 | $350.00 | $105.00 |
| Service | 05/31/2016 | Deposition: Prepare for and conduct creditiors' deposition of Troy Lambe at Saldutti's office; post depo work with client | 6.20 | $350.00 | $2,170.00 |
| Service | 06/27/2016 | Email: Email to client about Sunray settlement. | 0.10 | $350.00 | $35.00 |
| Service | 07/08/2016 | Receive & Review: Recieved Notice of Motion to Appoint Receiver. | 0.40 | $350.00 | $140.00 |
| Service | 07/15/2016 | Receive & Review: Sent motion to opposition for reschuduling dtaes. | 0.40 | $350.00 | $140.00 |
| Service | 07/16/2016 | Email: Email exchnage with opposition about contact with Mr. Brown | 0.30 | $350.00 | $105.00 |
| Service | 07/18/2016 | Email: Email exchange with Brown and client about rescheduling deposition. | 0.90 | $350.00 | $315.00 |
| Service | 07/19/2016 | Email: Continued emails with client about deposition. | 0.40 | $350.00 | $140.00 |
| Service | 07/21/2016 | Email: Email to client about prep for deposition. | 0.20 | $350.00 | $70.00 |

Invoice # 245 - 01/23/2020

| Service | 08/14/2017 | Receive & Review: Received Leviy against Lambe; telephone calls w client. | 0.50 | $350.00 | $175.00 |
|---------|-----------|---------------------------------------------------------------------------|------|---------|---------|
| Service | 08/14/2017 | Email: Email exchange with client about next steps. | 0.50 | $350.00 | $175.00 |
| Service | 08/20/2018 | Email: Email exchange with Troy about settlement | 0.20 | $350.00 | $70.00 |
| Service | 09/18/2018 | Email: Email exchange with Saldutti about subpeona | 0.30 | $350.00 | $105.00 |
| Service | 09/20/2018 | Email: Email exchange with Saldutti about subpeona | 0.30 | $350.00 | $105.00 |
| Service | 10/15/2018 | Receive & Review: Reviewed scans from Saldutti, email exchange with client re:n scans | 1.00 | $350.00 | $350.00 |
| Service | 10/22/2018 | Email: Email to opposition re: scheduling deposition. FWD to client | 0.20 | $350.00 | $70.00 |
| Service | 11/16/2018 | Receive & Review: Review various notice of filings(11/6-11/16) | 0.60 | $350.00 | $210.00 |
| Service | 11/19/2018 | Email: Email exchnage with client re subpoena | 0.20 | $350.00 | $70.00 |
| Service | 11/26/2018 | Email: Email exchange with client and opposition re: signatures and subpoena | 1.00 | $350.00 | $350.00 |
| Service | 11/27/2018 | Email: Email exchange with opposition re: response to supoena | 0.80 | $350.00 | $280.00 |
| Service | 11/27/2018 | Draft Discovery: Obtain and organize for presentation and production Lambe's financial record responsive to demands for documents; work with client on same | 2.70 | $350.00 | $945.00 |
| Service | 12/10/2018 | Receive & Review: Receive petition for discovery; Email exchange with client re: petition for discovery | 1.70 | $350.00 | $595.00 |
| Service | 12/20/2018 | Email: Email exchnage with client and opposition re order | 0.40 | $350.00 | $140.00 |
| Service | 12/23/2018 | Email: Email exchange with client re: settlement | 0.40 | $350.00 | $140.00 |
| Service | 01/10/2019 | Email: Email exchange with client and opposition re settlement | 0.80 | $350.00 | $280.00 |
| Service | 01/17/2019 | Draft Motion: Draft opposition to motion to enforce judgment after lengthy back and foth with Troy. Troy determined to pay 100% of judgment and fees. | 1.80 | $350.00 | $630.00 |
| Expense | 01/24/2019 | E107 Delivery services/messengers: Fed Ex to saldutti | 1.00 | $34.50 | $34.50 |
| Service | 01/23/2020 | Draft Letter: Draft letter with settlement check to Saldutti closing debt on clients' instructions; telephone calls to and from Troy; | 0.60 | $350.00 | $210.00 |

**Total    $14,314.50**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 245 | 01/23/2020 | $14,314.50 | $0.00 | $14,314.50 |
| | | | **Outstanding Balance** | **$14,314.50** |
| | | | **Total Amount Outstanding** | **$14,314.50** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.



# INVOICE

Invoice # 237
Date: 01/05/2020
Due Upon Receipt

## Verner Simon

Troy Lambe
SunRay Solar, Inc.
546 South Cooks Bridge Road
Jackson, NJ 08527

**982.010B Yitzhak Defense**

**982.010B Yitzhak Defense**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 03/11/2016 | Email: Email exchange with Yitzhak re Kahlon informing her he will be suing. Draft responsive email; and draft letter for Yitzhak to Kahlon, telephone to Brett Scher, report to Lambe | 1.70 | $350.00 | $595.00 |
| Service | 03/14/2016 | Receive & Review: Reviewed email from Yitzhak to Kahlon. Re: legal action against Yitzhak and naming of attorney; telephone call to Lambe | 0.30 | $350.00 | $105.00 |
| Service | 03/23/2016 | Receive & Review: Received notice of filing. Summons and complaint of Yitzhak from Kahlon | 0.20 | $350.00 | $70.00 |
| Service | 03/28/2016 | Email: Lengthy email exchange with Yitzhak over Kahlon summons and complaint served on her; emails back and forth re original client file; review complaint; discuss same with Lambe | 2.10 | $350.00 | $735.00 |
| Service | 04/05/2016 | Email: Email exchange with Yitzhak about location of original file; discussed of Kahlon and his direction | 0.80 | $350.00 | $280.00 |
| Service | 04/06/2016 | Email: Continued emails with Yitzhak and Mike DeSantis for whereabouts of original file. CC to Lambe | 1.70 | $350.00 | $595.00 |
| Service | 04/07/2016 | Email: Email exchange with client with Fed Ex bill for discovery. | 0.20 | $350.00 | $70.00 |
| Expense | 04/07/2016 | E107 Delivery services/messengers | 1.00 | $34.00 | $34.00 |
| Service | 04/10/2016 | Email: Email exchange with Yitzhak re: call and when answer will be e filed | 0.40 | $350.00 | $140.00 |
| Service | 04/12/2016 | Email: Email exchange with client about extension of time of answer. Have Yitzhak read over privilege log | 0.40 | $350.00 | $140.00 |

Invoice # 237 - 01/05/2020

| | | | | | |
|---|---|---|---|---|---|
| | | and review draft letter to 3 financiers in NJ from Lambe case | | | |
| Service | 04/13/2016 | Email: Email exchange with Bock about stipulation. Reviewed executed Stip from Bock. | 0.40 | $350.00 | $140.00 |
| Service | 04/14/2016 | Receive & Review: Received notice of filing stipulation re Answer | 0.10 | $350.00 | $35.00 |
| Service | 04/18/2016 | Receive & Review: Reviewed Atlas Letter drafts from Yitzhak. | 0.70 | $350.00 | $245.00 |
| Service | 04/19/2016 | Receive & Review: Recieved notice of filing(Stipulation-Time to Answer) | 0.20 | $350.00 | $70.00 |
| Service | 04/25/2016 | Draft: Draft and file Removal Petition; conflict letter and acknowledgment of service | 3.80 | $350.00 | $1,330.00 |
| Service | 04/28/2016 | Draft Pleading: Drafted Answer to Complaint plus third party pleadings against Lambe/Sunray for declaratory judgment; purpose to create diversity and federal case jurisdiction to get cases back in front f Judge Wexler; discussions with Lambe and Yitzhak re same. Efiling of third party pleadings and service of same. | 4.90 | $350.00 | $1,715.00 |
| Service | 05/03/2016 | Receive & Review: Recieved notice of filing.(Answer, Complaint and Summons (Pre Riji) (Amended)) Filed by Verner. | 0.30 | $350.00 | $105.00 |
| Service | 05/04/2016 | Email: Sent pleadings to Lambe. Discussion of next to come and talk of Sunray. | 0.40 | $350.00 | $140.00 |
| Service | 05/04/2016 | Receive & Review: Received notice of removed docs. (Complaint and Summons) | 0.20 | $350.00 | $70.00 |
| Service | 05/17/2016 | Receive & Review: Recieved notice of consent | 0.10 | $350.00 | $35.00 |
| Service | 05/23/2016 | Receive & Review: Recieved notice of filings. (PRELIMINARY CONFERENCE REQUEST AFFIRMATION/AFFIDAVIT OF SERVICE RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE) | 0.10 | $350.00 | $35.00 |
| Service | 05/27/2016 | Email: Email from Yitzhak asking about plan. | 0.20 | $350.00 | $70.00 |
| Service | 06/21/2016 | Draft Letter: Draft conflict of interest letter and sent to clients for review. | 2.30 | $350.00 | $805.00 |
| Service | 06/21/2016 | Draft acknowledgment of service for Troy Lambe | 0.20 | $350.00 | $70.00 |
| Service | 06/21/2016 | Email: (21) Various and from clients re: initial DMC assigment notice, Lambe letter of acknowledgemet, third party summons, conflict letter signed, | 1.50 | $350.00 | $525.00 |
| Service | 06/21/2016 | Email: Correspondence sent from Lambe. | 0.60 | $350.00 | $210.00 |
| Service | 06/22/2016 | Email: Various emails (10) to and from clients re: Notice of removal letter pt.1, pt2. pt3, Conflict letter signed TL-1 signed by Yitzhak, | 1.40 | $350.00 | $490.00 |

Invoice # 237 - 01/05/2020

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/23/2016 | Email: Various emails (12) to and from clients re: Affirmation of Service, Settlement agreement, Nassau Complaint pt1, pt2, pt3, | 1.50 | $350.00 | $525.00 |
| Service | 06/23/2016 | EF: Efiling of various papers re Notice of Removal; telephone call to clerk | 0.90 | $350.00 | $315.00 |
| Service | 06/28/2016 | Email: Various to and from clients re: Conference is to occur in the removed Kahlon v. Yitzhak case, Review order reassigning case for Judge Wexler. | 1.10 | $350.00 | $385.00 |
| Service | 06/30/2016 | Email: Various to and from clients re: goals and strategies for Yitzhak malpractice case, report to clients after court. | 0.70 | $350.00 | $245.00 |
| Service | 07/01/2016 | Court Hearing: Court appearance post removal before Judge Wexler in federal court for a status conference. Wexler set briefing schedule on Motion to Remand to be filed by Kahlon. Includes travel to Central Islip. | 6.50 | $350.00 | $2,275.00 |
| Service | 07/05/2016 | Email: Received notice of filing. (Minute Entry for proceedings held before Judge Leonard D. Wexler: Status Conference held on 7/1/2016. Plaintiff(s) represented by Jennifer J. Bock, Esq. Defendant(s) represented by Paul W. Verner, Esq. Plaintiff is permitted to move to remand this action to State Court in accordance with the following briefing schedule: initial papers shall be served by August 1, 2016; opposition papers shall be served by September 6, 2016; reply papers shall be served by September 16, 2016. In accordance with the Court's rules, all papers shall befiled, via ECF, on the reply date of September 16, 2016, with courtesy copies provided to Chambers by the movant. Proceedings concluded. (Court Reporter Paul Lombardi.) (Russo, Eric) Notice of Appearance by Joeckel | 0.60 | $350.00 | $210.00 |
| Service | 07/11/2016 | Email: Email exchange with Yitzhak re: Kahlon and court on Friday July 1 (7/10-7/11) | 0.90 | $350.00 | $315.00 |
| Service | 07/20/2016 | Receive & Review: Received notice of change of contact information by Joeckel. | 0.40 | $350.00 | $140.00 |
| Service | 08/01/2016 | Email: Various to and from clients and opposing attorney re: Motion for Remand and an Award of Attorneys' Fees, Memorandum of Law. | 0.50 | $350.00 | $175.00 |
| Service | 08/01/2016 | Receive & Review: Received discovery from Joeckel. (remand Motion cover Letter, Declaration remand, Exhibits, Remand memo, Not Mot Remand) All PDF copies, hard copies follow | 1.70 | $350.00 | $595.00 |
| Service | 09/06/2016 | Email: Various to and clients and opposing attorney re: request opposition to serve remand motion, Extension of Time to File Response/Reply to Motion for Remand by Troy Lambe, Order granting [158] Motion to | 0.60 | $350.00 | $210.00 |

Invoice # 237 - 01/05/2020

| | | | | | |
|---|---|---|---|---|---|
| | | Adjourn Conference. The proceeding scheduled for 9/7/16 is adjourned to 9/21/16 at 10:30 a.m, | | | |
| Service | 09/07/2016 | Email: Received notice of filing.(Motion for Extension of Time, Response of Opposition, Order granting Motion extending time.) 9/6-9/7 | 0.50 | $350.00 | $175.00 |
| Service | 09/08/2016 | Draft Motion: Draft opposition on motion to remand; legal research | 4.00 | $350.00 | $1,400.00 |
| Service | 09/14/2016 | Email: Various to and from clients and attorney re: Declaration in Opposition to the Kahlon Plaintiffs' Motion to Remand, and uptades | 0.50 | $350.00 | $175.00 |
| Expense | 09/19/2016 | E107 Delivery services/messengers: Federal Express - copies of briefs to Kahlon's attorney for filing. | 1.00 | $67.29 | $67.29 |
| Service | 10/07/2016 | Email: Various to and from clients and opposing attorney, re: Various motions, declaration and...to stay/go to federal court | 0.60 | $350.00 | $210.00 |
| Service | 06/27/2017 | Telephone Conference Client: Telephone call from Yitzhak re status | 0.20 | $350.00 | $70.00 |
| Service | 06/27/2017 | Email: Email exchange with client about status. | 0.40 | $350.00 | $140.00 |
| Service | 09/01/2017 | Receive & Review: Receive Order remanding case to Judge Drisscoll; analysis- discussion with clients; emails | 1.20 | $350.00 | $420.00 |
| Service | 09/06/2017 | Receive & Review: Receive Wexler's Order remanding case to state court; email to clients re: same | 0.70 | $350.00 | $245.00 |
| Service | 09/08/2017 | Email: Email exchange with Lambe re:Wexler Remand to Nassau: attorneys fees, and future decisions on Yitzhak. Same conversation with Yitzhak | 0.90 | $350.00 | $315.00 |
| Service | 09/13/2017 | Telephone Conference Client: Telephone conference E Yitzhak | 0.40 | $350.00 | $140.00 |
| Service | 09/21/2017 | Research: Researched the prior action against DeSantis filed by Kahlon and the decision dismissing same; pull all court papers; read and analyze same | 4.30 | $350.00 | $1,505.00 |
| Service | 09/25/2017 | Research: Research Justice Parga, DeStefano and Driscoll; notes to file | 3.10 | $350.00 | $1,085.00 |
| Service | 09/26/2017 | Receive & Review: Received notice of filing. Letter/Correspondence to Judge | 0.10 | $350.00 | $35.00 |
| Service | 10/02/2017 | Draft Motion: Draft motion to transfer and consolidate the remanded Yitzhak Defense case with the Kahlon Shotgun case; various conference calls with the attorneys for Scher and DeSantis | 4.80 | $350.00 | $1,680.00 |
| Service | 10/03/2017 | Receive & Review: Received notice of filing. Letter/Correspondence to Judge, Exhibits A-H | 0.10 | $350.00 | $35.00 |

Invoice # 237 - 01/05/2020

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/04/2017 | Receive & Review: Received notice of filing. Letter to Judge, and ewatch alert :The Clerk's docket comments concerning this case have been updated to the following: CASE REMANDED BACK TO NASSAU COUNTY SUPREME COURT BY LEONARD D. WEXLER, UNITED STATES DISTRICT COURT. | 0.20 | $350.00 | $70.00 |
| Service | 10/04/2017 | Receive & Review: Receive opposition to my motion to transfer and consolidate; note for reply | 1.80 | $350.00 | $630.00 |
| Service | 10/05/2017 | Receive & Review: Received notice of filing. (Judgement for Attorneys Fees)hat plaintiffs Yossef Kahlon and Atlas Solar Holdings request for attorneys fees is granted; and that judgment is hereby entered for plaintiffs Yossef Kahlon and Atlas Solar Holdings, LLC and against defendants/third-party plaintiffs Erica T. Yitzhak, The Law Offices of Erica T. Yitzhak, and Erica T. Yitzhak Esq., P.C., and third-party defendants Troy Lame and Sunray Solar, Inc., jointly and severally, in the amount of $9,268.00. (Executed by: James J. Toritto, Deputy Clerk, on September 8, 2017) (Fagan, Linda) (Main Document 17 replaced on 10/5/2017) (Fagan, Linda); forward judgment with note to Lambe. | 0.80 | $350.00 | $280.00 |
| Service | 10/06/2017 | Receive & Review: Received ewatch alert re: n November 9, 2017, an appearance is scheduled before Judge ANTHONY L. PARGA in ANTHONY L. PARGA (PC PART). The following additional comments exist: 9:30. | 0.20 | $350.00 | $70.00 |
| Service | 10/06/2017 | Draft Motion: Draft Reply motion papers transfer and consolidate cases | 2.10 | $350.00 | $735.00 |
| Service | 10/12/2017 | Receive & Review: Received notice of filing. Notice of Motion to disqualify Verner and VS from representing Yitzhak; review and outline Affirmation in Support of Motion and Exhibits A-I; notify clients | 1.80 | $350.00 | $630.00 |
| Service | 10/14/2017 | Receive & Review: Email from Lambe asking about appearance. | 0.30 | $350.00 | $105.00 |
| Service | 10/17/2017 | Draft Motion: Draft letter motion seeking transfer of case to Judge Driscoll | 2.00 | $350.00 | $700.00 |
| Service | 10/18/2017 | Receive & Review: Email with client edits of Judge Adams second request transfer doc | 0.30 | $350.00 | $105.00 |
| Service | 10/18/2017 | Receive & Review: Double check motion to disqualify Verner Simon and ethics rule used; memo to file re opposition | 1.00 | $350.00 | $350.00 |
| Service | 10/23/2017 | Research: Researched local counsel possibilities; analysis of the need for local attorneys; emails and telephone calls to clients re: engagement of local counsel; obtained authority; telephone call to David | 4.20 | $350.00 | $1,470.00 |

| | | Zwerling re same; telephone calls and emails to Charlie Horn; obtain retainer agreements. | | | |
|---|---|---|---|---|---|
| Service | 10/24/2017 | Email: Email exchange with clients, Friedman, and Zwerling about adding Friedman to case. Sent Second Conflict Letter to both clients to review and execute to send back. | 0.90 | $350.00 | $315.00 |
| Service | 10/25/2017 | Research: Legal research for Opposition to Motion to Disqualify Verner Simon. | 3.90 | $350.00 | $1,365.00 |
| Service | 10/26/2017 | Receive & Review: Received notice of filing. (Affirmation in Opposition, Request to Transfer, Second Circuit Appeal, Federal Settlement and Discontinuance, Stipulated, Discontinuance of Third Party Complaint. Request to Transfer, Second Circuit Appeal, Federal Settlement and Discontinuance, Stipulated Discontinuance of Third Party Complaint. Affidavit of Service, Notice of Appearance, | 0.80 | $350.00 | $280.00 |
| Service | 10/26/2017 | Draft Motion: Draft opposing papers Motion to Disqualify Verner Simon; efile same. | 5.30 | $350.00 | $1,855.00 |
| Service | 10/30/2017 | Email: Emails to Horn and Zwerling about engagement and money and being Disqualified by court without transfer to Destefano | 0.40 | $350.00 | $140.00 |
| Service | 10/30/2017 | Draft Pleading: Draft discontinuation and dismissal of the Yitzhak v Lambe declaratory judgment action; efiling and related service | 1.60 | $350.00 | $560.00 |
| Service | 10/31/2017 | Email: Ewatch alert re: change of Judge to Destefano. Email exchange about change of judge with clients. | 0.60 | $350.00 | $210.00 |
| Service | 11/01/2017 | Receive & Review: Receive and review reply papers Motion to Disqualify Verner Simon; efile same. | 1.30 | $350.00 | $455.00 |
| Service | 11/02/2017 | Receive & Review: Notice of scheduled appearance. | 0.10 | $350.00 | $35.00 |
| Service | 11/05/2017 | Receive & Review: Sent Bad Faith letter to Bock and Joeckel. | 0.30 | $400.00 | $120.00 |
| Service | 11/06/2017 | Receive & Review: Email exchange with Horn scheduling call. | 0.30 | $400.00 | $120.00 |
| Service | 11/07/2017 | Receive & Review: Letter from Bock about rescheduling prelim coneference. | 0.30 | $400.00 | $120.00 |
| Service | 11/08/2017 | Receive & Review: Recieved Ewatch alert. Re appearance held and marked the motion ADJOURNED with the following additional comments: EFILED MOTION,3PGS 10/12/17 TO ALP. | 0.20 | $350.00 | $70.00 |
| Service | 11/08/2017 | Email: Email exchange with Bock about date for prelim conference. | 0.20 | $350.00 | $70.00 |
| Service | 11/13/2017 | Email: Email exchange with Lambe about retainers. | 0.40 | $350.00 | $140.00 |

Invoice # 237 - 01/05/2020

| Service | 11/20/2017 | Email: Email from Clerk Kirkland confirming rescheduling of Prelim conference. | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|
| Service | 12/08/2017 | Email: Notice of scheduled appearence. | 0.20 | $350.00 | $70.00 |
| Service | 12/14/2017 | Court: Court appearance to argue various motions before Justice DeStefano; Draft discontinuation and dismissal of the Yitzhak v Lambe declaratory judgment action; efiling and related service | 6.00 | $350.00 | $2,100.00 |
| Service | 12/14/2017 | Court: Court appearance to argue various motions before Justice DeStefano; Kahlon Shotgun; Yitzhak Defense and Disqualify Verner | 6.00 | $350.00 | $2,100.00 |
| Service | 01/16/2018 | Court Hearing: Preliminary conference Yitzhak Defense; travel to and From Nassau Supreme | 6.20 | $350.00 | $2,170.00 |
| Service | 01/22/2018 | Receive & Review: recieved notice of filing(order prelim conference) | 0.20 | $350.00 | $70.00 |
| Service | 01/23/2018 | Email: Email from client | 0.20 | $350.00 | $70.00 |
| Service | 02/07/2018 | Email: Email to and from client about update | 0.20 | $350.00 | $70.00 |
| Service | 02/08/2018 | Email: Email exchange with client about report | 0.40 | $350.00 | $140.00 |
| Service | 02/16/2018 | Email: Emails from Yitzhak about location of client files | 0.20 | $350.00 | $70.00 |
| Service | 02/17/2018 | Email: Email exchange with Yitzhak about email her files | 0.40 | $350.00 | $140.00 |
| Service | 02/18/2018 | Email: Email exchange with Yitzhak about email files | 0.40 | $350.00 | $140.00 |
| Service | 02/23/2018 | Email: Email exchange with Yitzhak about thumb drive and status of case | 0.80 | $350.00 | $280.00 |
| Service | 02/24/2018 | Email: Email from Yitzhak's former defense attny re client files | 0.20 | $350.00 | $70.00 |
| Service | 02/25/2018 | Email: Email exchange with Yitzhak about email received 02/24 | 0.50 | $350.00 | $175.00 |
| Service | 02/28/2018 | Email: Received stip from Joeckel and sent emails discussing stip | 0.60 | $350.00 | $210.00 |
| Service | 03/05/2018 | Receive & Review: Received plaintiffs demand for production of documents from law office; note to file | 0.30 | $350.00 | $105.00 |
| Service | 03/08/2018 | Receive & Review: Receive and review discovery demands from Kahlon; cursory review; calendar same for handling | 0.30 | $350.00 | $105.00 |
| Service | 03/08/2018 | Draft Discovery: Draft responses to Kahlon discovery demands; document production; Bates stamping; review of prior litigation file; to be continued | 4.80 | $350.00 | $1,680.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/15/2018 | Receive & Review: Receive and review Dropbox files - responses from Kahlon to our discovery demands; general review Kahlon docs for completeness | 5.40 | $350.00 | $1,890.00 |
| Service | 03/20/2018 | Draft Discovery: Final draft responses to Kahlon discovery demands; document production; Bates stamping; review of prior litigation file. | 6.50 | $350.00 | $2,275.00 |
| Service | 04/05/2018 | Email: Received emails from client and Kirkland | 0.30 | $350.00 | $105.00 |
| Service | 04/06/2018 | Email: Email from client and received notice of appearance | 0.30 | $350.00 | $105.00 |
| Service | 04/11/2018 | Telephone Conference Court: Conference call with law clerk and counsel- set conference for 4/30/2018. | 0.50 | $350.00 | $175.00 |
| Service | 04/11/2018 | Receive & Review: Received notice of filing (decision and order on motion) | 0.10 | $350.00 | $35.00 |
| Service | 04/23/2018 | Email: email exchange with Yitzhak about producing emails for discovery | 0.90 | $350.00 | $315.00 |
| Service | 04/25/2018 | Email: email exchange with Yitzhak and opposition about producing emails for discovery | 0.40 | $350.00 | $140.00 |
| Service | 04/26/2018 | Email: email exchange with Yitzhak and Troy about producing emails for discovery | 0.90 | $350.00 | $315.00 |
| Service | 04/26/2018 | Receive & Review: received minute entries | 0.20 | $350.00 | $70.00 |
| Service | 04/27/2018 | Receive & Review: email exchange with Yitzhak about attorney referral and emails | 0.70 | $350.00 | $245.00 |
| Service | 04/30/2018 | Email: email exchange with client about debriefing emails | 0.40 | $350.00 | $140.00 |
| Service | 05/01/2018 | Email: Emails with client about receiving discovery | 0.40 | $350.00 | $140.00 |
| Service | 05/03/2018 | Receive & Review: Received discovery emails for Yitzhak for review | 1.00 | $350.00 | $350.00 |
| Expense | 05/04/2018 | E110 Out-of-town travel: AMTRAK - LI COURT CONFERENCE | 1.00 | $165.00 | $165.00 |
| Expense | 05/04/2018 | E110 Out-of-town travel: HOTEL - LI COURT CONFERENCE | 1.00 | $364.37 | $364.37 |
| Service | 05/04/2018 | Court Hearing: Hearing on Remanded Case/ status conference 1/2 Rate appeared on both cases | 6.10 | $175.00 | $1,067.50 |
| Service | 05/06/2018 | Email: emails to Troy re Yitzhak defense | 0.30 | $350.00 | $105.00 |
| Service | 05/07/2018 | Email: emails to client about settlement agreement and thumb drive | 0.60 | $350.00 | $210.00 |
| Service | 05/14/2018 | Email: email exchange client about confirmation of received thumb drive | 0.40 | $350.00 | $140.00 |

Invoice # 237 - 01/05/2020

| Service | 06/04/2018 | Email: email exchange with Charles Horn about conference | 0.40 | $350.00 | $140.00 |
|---|---|---|---|---|---|
| Service | 06/05/2018 | Email: email exchange with client and Troy about discovery and emails | 0.90 | $350.00 | $315.00 |
| Service | 06/06/2018 | Email: Sent docs to Horn for conference. Non privileged docs. Yitzhaks file produced in Fed Case | 2.00 | $350.00 | $700.00 |
| Service | 06/06/2018 | Discovery: Detailed review over 2 days (June 5 and June 6) of the Lambe v. Kahlon litigation file for production in discovery; detailed review of Yitzhak client file for Kahlon for production; convert all files to new Adobe docs with bates stamps; uploading of same to Dropbox for production to Kahlon's counsel | 12.00 | $350.00 | $4,200.00 |
| Service | 06/07/2018 | Email: Email exchange for setting conference date | 0.30 | $350.00 | $105.00 |
| Service | 06/07/2018 | Receive & Review: received notice of filing | 0.30 | $350.00 | $105.00 |
| Service | 06/08/2018 | Email: Email exchange for setting conference date | 0.40 | $350.00 | $140.00 |
| Service | 06/24/2018 | Email: Email exchange with client and Horn discussing Kahlon pressure | 0.70 | $350.00 | $245.00 |
| Service | 07/10/2018 | Email: Email for Kirkland | 0.10 | $350.00 | $35.00 |
| Service | 07/11/2018 | Receive & Review: received notice of filing. Decision and Order on Motion, notice of Entry | 0.20 | $350.00 | $70.00 |
| Service | 07/11/2018 | Receive & Review: Receive and review Justice DeStefano's Decision Denying Verner disqualification; analyze decision and potential for dismissing local attorneys; emails to clients re same. | 0.70 | $350.00 | $245.00 |
| Service | 07/16/2018 | Email: Email from Clerk Kirkland with compliance conference forms | 0.20 | $350.00 | $70.00 |
| Service | 09/12/2018 | Court Hearing: Court appearance for compliance conference; travel to and from. | 5.50 | $350.00 | $1,925.00 |
| Service | 09/13/2018 | Email: Email to Horn | 0.10 | $350.00 | $35.00 |
| Service | 01/23/2019 | Email: Email to Troy re: sending of Satisfaction of Judgement | 0.10 | $350.00 | $35.00 |
| Service | 01/25/2019 | Receive & Review: review ADR Attorney Cert. Form from court | 0.20 | $350.00 | $70.00 |
| Service | 01/28/2019 | Email: Email exchange with Horn re: 1/31 appearance, ADR cert. form, confidentiality, and discovery demands 6/5/18 | 0.70 | $350.00 | $245.00 |
| Service | 01/29/2019 | Email: Email exchange with Danielle Enos re Friedman Bill cc to Horn | 0.40 | $350.00 | $140.00 |
| Service | 01/30/2019 | Receive & Review: Received Notice of Appearance of new attorney Dan Abrams; filing(Substitution of | 1.30 | $350.00 | $455.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | attorney post RJI) (1/30-1/31); discussions with Lambe; research Abrams' background and case history | | | |
| Service | 02/04/2019 | Conference: Confer w Charlie Horn about status conference attended by associate. | 0.60 | $350.00 | $210.00 |
| Service | 02/05/2019 | Email: Email exchange with Strong re signing of confidentiality stip. Email from Enos re Friedman bill | 0.30 | $350.00 | $105.00 |
| Service | 02/06/2019 | Receive & Review: Reviewed notice of filing(Stip-Confidentiality) | 0.10 | $350.00 | $35.00 |
| Service | 02/19/2019 | Email: Received notice of appearance held on Feb 15. and Kahlon confidentiality stip. | 0.20 | $350.00 | $70.00 |
| Service | 02/21/2019 | Email: Email exchange with Lambe re various case requests/updates. reviewed ewatch alert The Clerk's docket comments concerning this case have been updated to the following: CASE REMANDED BACK TO NASSAU COUNTY SUPREME COURT BY LEONARD D. WEXLER, UNITED STATES DISTRICT COURT.; STIP/DISC AS TO THE THIRD-PARTY ACTION ONLY 10/25/17; PER TAA CASE IS RELATED TO 609252/17 AND IS RE-ASSIGNED TO VMD COMMERCIAL DIVISION; VMD 7/9/18 MOTION 001 TO DISQUALIFY IS DENIED.; STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE OF FONFIDENTIAL INFORMATION SIGNED 2-20-19 BY VMD. | 0.50 | $350.00 | $175.00 |
| Service | 02/25/2019 | Receive & Review: Reviewed ewatch alert re; attorney of record added | 0.10 | $350.00 | $35.00 |
| Service | 02/27/2019 | Receive & Review: review notice of filing (stip- so ordered from court) Discussion with Lambe re stip. | 0.30 | $350.00 | $105.00 |
| Service | 03/28/2019 | Correspond: Emails and telephone calls with Kahlon's new attorney, Dan Abrams re paper discovery already exchanged. Set additional conference time for 4/1/2019 | 1.80 | $350.00 | $630.00 |
| Service | 03/31/2019 | Draft Summary: Report to Yitzhak and Lambe both cases 1/2 Rate: Kahlon has new counsel, Dan Abrams; will be having a conference with Abrams early this week to feel him out about the case; letting go local counsel, Charlie Horn and his firm; I will be finalizing my accounting for fees owed on the Shotgun case ; Depending on my next conference with Abrams, I will make suggestions for moving forward. I don't think that bringing a third-party case against Botton and Quinn is worthwhile in the defense. Erica, it may be, however, that you have independent claims against them for fees and costs incurred in the Lambe v. Kahlon/Yitzhak case; does make sense to implead TJ Management and Ed Gurin who have independent liability for lying to Erica when she was representing | 0.70 | $175.00 | $122.50 |

Invoice # 237 - 01/05/2020

| | | Kahlon and Atlas; goal get minimum discovery done and then move for summary judgment. | | | |
|---|---|---|---|---|---|
| Service | 05/07/2019 | Receive & Review: Receive subpoena for me and Verner Simon re settlement records; letter to Abrams re Motion to Quash | 2.20 | $350.00 | $770.00 |
| Service | 05/10/2019 | Email: Emails between counsel confirming deposition dates; telephone call from Meister Selig counsel re privilege; telephone call Dan Abrams re same; emails re start time of Yitzhak depo; emails back and fort setting time; additional emails about case handling | 1.10 | $350.00 | $385.00 |
| Service | 05/12/2019 | Prep Deposition: Prepare for Kahlon deposition; analyze proofs; choose and organize exhibits to use | 5.00 | $350.00 | $1,750.00 |
| Service | 05/13/2019 | Emails to and from client discussing Yitzhak testimony and billing. | 0.60 | $350.00 | $210.00 |
| Service | 05/13/2019 | Deposition: Prepare for and Conduct Deposition of Kahlon; travel time. | 8.70 | $350.00 | $3,045.00 |
| Service | 05/14/2019 | Email: Confirming call with client at 12. | 0.20 | $350.00 | $70.00 |
| Service | 05/15/2019 | Email: Several emails re: deposition with Yitzhak. Discussion of rescheduling with Abrams, and notice of filing: Letter to Judge DeStefano | 1.00 | $350.00 | $350.00 |
| Service | 05/16/2019 | Email: Emails to/from Yitzhak and Abrams discussing rescheduling of deposition and invoicing; correspondence with Court re Abrams request to so-order the date; telephone conference with Court; subsequent telephone call with Abrams. | 2.20 | $350.00 | $770.00 |
| Service | 05/17/2019 | Receive & Review: Receive and review: Stipulated deposition date. emails from Abrams about deposition. | 0.70 | $350.00 | $245.00 |
| Service | 05/18/2019 | Email: Emails w/ client re: billing | 0.40 | $350.00 | $140.00 |
| Service | 05/19/2019 | Email: emails with client re: strange email from Noa Ben Dor | 0.20 | $350.00 | $70.00 |
| Service | 05/19/2019 | Email: emails with client re: strange email from Noa Ben Dor | 0.20 | $350.00 | $70.00 |
| Service | 05/20/2019 | Receive & Review: Rec&review documents form Koh re: Yitzhak. Emails to/from Yitzhak re: call and billing | 1.50 | $350.00 | $525.00 |
| Service | 05/21/2019 | Receive & Review: Rec&review Consent to Withdraw from Murphy. Emails to and from Yitzhak re: billing | 0.60 | $350.00 | $210.00 |
| Service | 05/21/2019 | Receive & Review: Rec&review Consent to Withdraw from Murphy. Emails to and from Yitzhak re: billing | 0.60 | $350.00 | $210.00 |
| Service | 05/23/2019 | Receive & Review: Court comments | 0.30 | $350.00 | $105.00 |
| Expense | 05/29/2019 | E115 Deposition transcripts: Deposition of Kahlon | 1.00 | $1,331.50 | $1,331.50 |

Invoice # 237 - 01/05/2020

| Service | 06/03/2019 | Email: Emails to and from Yitzhak about trial documents | 1.50 | $350.00 | $525.00 |
|---------|------------|--------------------------------------------------------|------|---------|---------|
| Service | 06/03/2019 | Prep Deposition: Prepare Yitzhak for her deposition in this matter; review trial transcripts; review correspondence with Edward. | 3.90 | $350.00 | $1,365.00 |
| Service | 06/04/2019 | Email: Emails to and from client and Koh about deposition and letter | 1.50 | $350.00 | $525.00 |
| Service | 06/04/2019 | Deposition: Conduct deposition of Yitzhak in this matter; post depo conference; travel to and from | 9.00 | $350.00 | $3,150.00 |
| Service | 06/05/2019 | Email: email to and from client re: Kahlon and deposition | 1.00 | $350.00 | $350.00 |
| Service | 06/06/2019 | Email: email exchange with Yitzhak, Abrams, and Murphy re: documents | 2.30 | $350.00 | $805.00 |
| Service | 06/07/2019 | Receive & Review: rec&review: notice of deposition and exhibits | 0.30 | $350.00 | $105.00 |
| Service | 06/08/2019 | Email: email exchange with Abrams filing a motion | 0.40 | $350.00 | $140.00 |
| Service | 06/09/2019 | Email: email exchange with Yitzhak re: testimony | 0.30 | $350.00 | $105.00 |
| Service | 06/12/2019 | Email: email exchange with client about subpeona | 0.30 | $350.00 | $105.00 |
| Service | 06/13/2019 | Email: Email exchange with Abrams re: Yitzhak testimony | 0.30 | $350.00 | $105.00 |
| Service | 06/17/2019 | Email: email exchange re: subpoena | 0.40 | $350.00 | $140.00 |
| Service | 06/20/2019 | Email: email exchange re: Abrams and subpoena for me and Verner Simon | 0.40 | $350.00 | $140.00 |
| Service | 06/21/2019 | Email: Email exchange with Abrams re: documents | 0.30 | $350.00 | $105.00 |
| Service | 06/25/2019 | Email: email exchange with Yitzhak re: billing | 0.80 | $350.00 | $280.00 |
| Service | 06/27/2019 | Email: emails with Abrams re: non privilege logs | 0.20 | $350.00 | $70.00 |
| Service | 06/28/2019 | Receive & Review: Receive Notice to Admit facts re settlement and Kahlon exclusion; note to file | 1.20 | $350.00 | $420.00 |
| Service | 07/01/2019 | Email: Emails to/from Abrams re:documents | 0.20 | $350.00 | $70.00 |
| Service | 07/08/2019 | Email: Email from Abrams re privilege log | 0.10 | $350.00 | $35.00 |
| Service | 07/11/2019 | Receive & Review: rec&review notice of filing letter to judge | 0.10 | $350.00 | $35.00 |
| Service | 07/15/2019 | Abstract: Abstract summary of Kahlon Deposition; memo to file | 2.80 | $350.00 | $980.00 |
| Service | 07/15/2019 | Receive & Review: Receive and review Notice to Admit post deposition re the issue of mitigation of Kahlon's damages; analyze same; email to Yitzhak | 2.10 | $350.00 | $735.00 |

Invoice # 237 - 01/05/2020

| Service | 07/16/2019 | Abstract: Abstract summary of Yitzhak Deposition - memo to file (cross-reference Kahlon) | 3.80 | $350.00 | $1,330.00 |
|---------|------------|---------------------------------------------|------|---------|-----------|
| Service | 07/18/2019 | Email: email exchange with Abrams and Yithzak re: deposition of Yitzhak | 0.80 | $350.00 | $280.00 |
| Service | 07/19/2019 | Email: email exchnage with court and Abrams about certification conference | 0.60 | $350.00 | $210.00 |
| Service | 07/22/2019 | ET: Text transmission Lambe and me re certification conference and subpoena on me | 0.30 | $350.00 | $105.00 |
| Service | 07/23/2019 | Email: email exchnage with Lambe re: letter to Erica | 0.30 | $350.00 | $105.00 |
| Service | 07/24/2019 | Email: Email from Lambe re: letter to Yitzhak | 0.10 | $350.00 | $35.00 |
| Service | 07/29/2019 | Email: email exchange with Abrams re: adjourn request | 1.00 | $350.00 | $350.00 |
| Service | 07/30/2019 | Email: email exchange with court and Abrams re adjournment | 0.60 | $350.00 | $210.00 |
| Service | 07/30/2019 | Court: Attend compliance conference J. DeStefeno - argue against subpoena and deposition of Verner Nassau County - travel | 6.00 | $350.00 | $2,100.00 |
| Service | 07/30/2019 | Draft Discovery: Draft and serve answer to first Notice to Admit | 1.00 | $350.00 | $350.00 |
| Service | 07/31/2019 | Receive & Review: notice of filing : letter to judge | 0.20 | $350.00 | $70.00 |
| Service | 08/02/2019 | Receive & Review: Notice of apperance held | 0.20 | $350.00 | $70.00 |
| Service | 08/05/2019 | Receive & Review: Review exhibits from Abrams | 0.20 | $350.00 | $70.00 |
| Service | 08/05/2019 | Receive & Review: Exhibits received from Dan Abrams from Yitzhak's deposition - outline contents | 2.10 | $350.00 | $735.00 |
| Service | 08/13/2019 | Email: Email from Abrams re; Kahlon transcript | 0.20 | $350.00 | $70.00 |
| Service | 08/13/2019 | Receive & Review: Receive second Notice to Admit; outline | 1.10 | $350.00 | $385.00 |
| Service | 08/14/2019 | Email: email to and from Abrams re: kalhon depostion | 0.20 | $350.00 | $70.00 |
| Service | 08/15/2019 | Email: email to and from Abrams re: kalhon depostion | 0.20 | $350.00 | $70.00 |
| Service | 08/21/2019 | Receive & Review: Review expert report of Marjorie Berman; outline issues; determine responsive position | 2.70 | $350.00 | $945.00 |
| Service | 08/22/2019 | Email: Email exchange with Yitzhak re:expert report | 0.90 | $350.00 | $315.00 |
| Service | 09/18/2019 | Email: email exchange with Abrams about conference | 0.30 | $350.00 | $105.00 |
| Service | 09/19/2019 | Email: email exchange with court and Abrams re telephone conference; conduct telephone conference re certification | 1.50 | $350.00 | $525.00 |
| Service | 09/20/2019 | receive and review re: notice of apperances | 0.50 | $350.00 | $175.00 |

Invoice # 237 - 01/05/2020

| Service | 09/21/2019 | Email: Emails to and from lambe re: call | 0.30 | $350.00 | $105.00 |
|---------|------------|-------------------------------------------|------|---------|---------|
| Service | 09/23/2019 | Draft Discovery: Draft Answer to SECOND Notice to Admit post deposition re the issue of mitigation of Kahlon's damages; analyze same | 2.00 | $350.00 | $700.00 |
| Service | 10/15/2019 | Email: email exchnage with Abrams about telehpone conference | 0.30 | $350.00 | $105.00 |
| Service | 11/12/2019 | Receive & Review: review emails between court and Abrams re: certification order | 0.30 | $350.00 | $105.00 |
| Service | 11/18/2019 | Email: Email exchange with clients re: status update to case | 1.00 | $350.00 | $350.00 |
| Service | 11/20/2019 | Receive & Review: review notice of apperance | 0.30 | $350.00 | $105.00 |
| Service | 11/21/2019 | Receive & Review: (11/21-11/29) notice of filing, Certification for Trial | 0.70 | $350.00 | $245.00 |
| Service | 12/03/2019 | Email: Email exchange with clients and opposition re: UCC-1 never terminated | 0.90 | $350.00 | $315.00 |
| Service | 12/04/2019 | Email: Email exchange with Yitzhak re: sealing motion | 0.60 | $350.00 | $210.00 |
| Service | 12/05/2019 | Email: Email exchange with Botton and Abrams RE; UCC-1 | 1.00 | $350.00 | $350.00 |
| Service | 12/09/2019 | Email: Email exchange with Yitzhak re: telephone conference | 1.00 | $350.00 | $350.00 |
| Service | 12/09/2019 | Email: Emails back and forth with defense counsel and Botton re never terminated UCC 1 | 0.70 | $350.00 | $245.00 |
| Service | 12/09/2019 | ET: Text transmissions Lambe to me and back re settlement and funding/billing - resolved to provide accounting; Lambe ignored settlement issues and disavowed nature of indemnification. | 0.80 | $350.00 | $280.00 |
| Service | 12/17/2019 | Email: emails to clients re: summary judgement | 0.50 | $350.00 | $175.00 |
| Service | 12/23/2019 | Draft Memo: Draft report to Lambe re various issues and regarding financing and expenses and settlement authority for 1/8/2020 | 1.00 | $350.00 | $350.00 |
| Service | 01/03/2020 | Draft Letter: NOTE BILLING PRICES INCREASED 10% AS OF 1/1/2020 Draft letter to court re adjournment of settlement conference and summary judgment dates; draft email to clients regarding the issues rising; email exchanges with clients about the reasons for the adjournment and potential conflicts; follow up email exchanges | 2.40 | $350.00 | $840.00 |
| Service | 01/03/2020 | Email: Follow up w Botton's office re filed UCC1 termination | 0.10 | $385.00 | $38.50 |

|  |  |  | **Total** | **$95,985.66** |
|--|--|--|-----------|----------------|

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 237 | 01/05/2020 | $95,985.66 | $0.00 | $95,985.66 |
| | | | **Outstanding Balance** | **$95,985.66** |
| | | | **Total Amount Outstanding** | **$95,985.66** |

Please make all amounts payable to: Verner Simon

Payment is due upon receipt.