

Erica Yitzhak <erica@etylaw.com>

# NYSCEF Notification: Nassau - Torts - Other Professional Malpractice - <NOTICE OF ENTRY> 601659/2016 (Yossef Kahlon et al - v. - Erica T. Yitzhak et al)

10 messages

**efile@nycourts.gov** <efile@nycourts.gov>      Wed, Sep 1, 2021 at 3:36 PM
To: dan@lawyerquality.com, ashana@etylaw.com, efile@nycourts.gov, erica@etylaw.com, chorn@rfriedmanlaw.com, rfriedman@rfriedmanlaw.com, jenine@etylaw.com, pwverner@vernerlaw.com, billy@etylaw.com, jennbock@optonline.net, spinnellaw@aol.com, dmurphy@rfriedmanlaw.com, jstrong@rfriedmanlaw.com



# Nassau County Supreme Court
# Notification of Filing
# 09/01/2021

On 09/01/2021, the NYSCEF System received the documents listed below from filing user, DANIEL ABRAMS . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **601659/2016**
Caption: **Yossef Kahlon et al - v. - Erica T. Yitzhak et al**
eFiling Status: **Partial Participation Recorded**
Assigned Case Judge: **Vito M Destefano**

During the COVID-19 Health Emergency
By order of the Chief Administrative Judge, the court shall NOT request working copies of documents in paper format.

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 241 | NOTICE OF ENTRY | 09/01/2021 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|
| DANIEL ABRAMS | dan@lawyerquality.com |
| ANDREW SPINNELL | spinnellaw@aol.com |
| CHARLES HORN | chorn@rfriedmanlaw.com |
| ERICA YITZHAK | erica@etylaw.com |
| JENNIFER BOCK | jennbock@optonline.net |
| PAUL VERNER | pwverner@vernerlaw.com |
| RUSSELL FRIEDMAN | rfriedman@rfriedmanlaw.com |
| DANIEL ABRAMS | dan@lawyerquality.com |
| JENNIFER STRONG | jstrong@rfriedmanlaw.com |

## E-mail Service Notifications NOT Sent
## Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent

| Party | Attorney |
|---|---|
| Sunray Solar, Inc., Third Party Defendant/Respondent | No Representation Recorded |

## Filing User

**DANIEL ABRAMS** | dan@lawyerquality.com

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**



**Maureen O'Connell, Nassau County Clerk**
**Phone:** 516-571-2660 **Email:** http://www.nassaucountyny.gov/agencies/Clerk/index.html
**Website:** http://www.nassaucountyny.gov/agencies/Clerk/index.html

---

**Erica Yitzhak** <erica@etylaw.com>                                    Wed, Sep 1, 2021 at 3:43 PM
To: Paul Verner <pwverner@vernerlaw.com>

Paul,
I have been trying to call you to discuss your strategy moving forward on this matter, as there is now only 30 days to file the notice of appeal. I will also not be surprised if Dan Abrams files the Judgment with the county clerk immediately as well. Also, based on the indemnification from the Federal action, I will need a detailed accounting of all monies you are still holding for Troy in escrow, which he claims to be over $600,000, as these funds will need to be paid to Kahlon towards the satisfaction of the Judgment under the indemnification, unless your plan is to file a motion to renew and reargue or an appeal, with an order to show cause seeking a stay of the filing of the Judgment with the clerk until the appeal is decided. Please call me asap to discuss. Thanks


Sincerely,

Erica T. Yitzhak Esq.

### *The Yitzhak Law Group*
1 Linden Place, Suite 406
Great Neck, New York 11021
Phone (516) 466-7144
Facsimile: (516) 466-7145
Mobile: (917) 334-5181
Email: erica@etylaw.com
**website:** etylaw.com



This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient(s), please contact the sender by reply email or by telephone (516) 466-7144 and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Disclosure regarding the risks of receiving fraudulent wire information. Criminals/ hackers are targeting email accounts of various parties involved in real estate transactions,(ex, lawyers, title agents, mortgage brokers, real estate agents, ect.).Among other concerns this has led to fraudulent wire instructions being used to divert funds to criminal's bank accounts. These emails may look like legitimate emails from the proper party. Prior to wiring any funds to this firm, personally call and verify the account information with us, ( confirm ABA #, account #**

**account name, bank address,).** When verifying information, only speak to a person with whom you know.

Please consider the environment before printing this email.
[Quoted text hidden]

---

**Erica Yitzhak** <erica@etylaw.com>                                                                                                   Wed, Sep 1, 2021 at 5:17 PM
To: Troy Lambe <troylambe@gmail.com>

[Quoted text hidden]

---

**Paul Verner** <pwverner@vernerlaw.com>                                                                                              Wed, Sep 1, 2021 at 9:40 PM
To: Erica Yitzhak <erica@etylaw.com>

I am traveling. I will be reading this soon. Then I will write you.


*Paul W. Verner*

*Sent from my Verizon LG Smartphone*
[Quoted text hidden]

---

**Paul Verner** <pwverner@vernerlaw.com>                                                                                              Fri, Sep 3, 2021 at 1:05 PM
To: Erica Yitzhak <erica@etylaw.com>

Erica. I have seen your last letter to the judge. I have also begun my review of all the filings including your quote Pro Se in quote notice of appeal. It seems that was rejected. You need to stop being a petulant child and wait for me to get in position to write to you as I said I would. Further if you misrepresent the fact that I have not communicated with you to the judge one more time, you will certainly be very much on your own. Now put your big girl pants on, take a deep breath, and we will talk after the Labor Day holiday. There is nothing that this judge will do today. Even if he does, you were going to move to stay the Judgment either in his court or the Appellate Division. We will speak after Labor Day.

*Paul W. Verner*

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** Erica Yitzhak
**Date:** Wed, Sep 1, 2021 12:44 PM
**To:** Paul Verner;
**Cc:**
[Quoted text hidden]
[Quoted text hidden]

---

**Erica Yitzhak** <erica@etylaw.com>   Fri, Sep 3, 2021 at 1:21 PM
To: Paul Verner <pwverner@vernerlaw.com>

Paul,
Please understand this is not about big girl pants, this is my family, my life and my livelihood.  I have two children in college and without my business, I will lose my home.  I am concluding Troy does not have $1.4M to pay Kahlon and as you know better than anyone, he will not wait one minute to start collection.  I was completely blindsided by this and once he starts to enforce this Judgment, I will be out of business without being able to maintain a business bank account.
I need communication from you and your attention to this matter.  I know to you as a lawyer, this is just a case but to me, this is my life and my family.  I have been sick ever since.  Please let me know before sundown today what your plan is as I will be unavailable until Thursday and the clerk's in Nassau sign these judgments very quickly, which is why I had to file that letter seeking to object to it.  Until I did so, I had not heard from you.  I corrected the notice of appeal, which they wanted me to add the third party action to the captions, which I did.  I need to act very quickly on everything to get a stay of enforcement and get before the appellate dept. immediately to fix this.
Thank you for getting back to me.

**Sincerely,**

**Erica T. Yitzhak Esq.**

## *The Yitzhak Law Group*

1 Linden Place, Suite 406
Great Neck, New York 11021
Phone (516) 466-7144
Facsimile: (516) 466-7145
Mobile: (917) 334-5181
Email: erica@etylaw.com
**website: etylaw.com**



This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient(s), please contact the sender by reply email or by telephone (516) 466-7144 and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Disclosure regarding the risks of receiving fraudulent wire information. Criminals/ hackers are targeting email accounts of various parties involved in real estate transactions,(ex, lawyers, title agents, mortgage brokers, real estate agents, ect.).Among other concerns this has led to fraudulent wire instructions being used to divert funds to criminal's bank accounts. These emails may look like legitimate emails from the proper party. Prior to wiring any funds to this firm, personally call and verify the account information with us, ( confirm ABA #, account #**

**account name, bank address,).** When verifying information, only speak to a person with whom you know.

Please consider the environment before printing this email.

[Quoted text hidden]

---

**Paul Verner** <pwverner@vernerlaw.com>                                    Fri, Sep 3, 2021 at 2:06 PM
To: Erica Yitzhak <erica@etylaw.com>

I suggest that if it is so important, you better cancel your holiday plans because your plans do not coincide with mine. It's a simple as that. Further, nothing will happen overnight and nothing will happen if I am not prepared to discuss it.
[Quoted text hidden]
[Quoted text hidden]

---

**Erica Yitzhak** <erica@etylaw.com>                                       Fri, Sep 3, 2021 at 2:10 PM
To: Paul Verner <pwverner@vernerlaw.com>

Paul,
I would never tell you not to observe a religious holiday and am truly shocked you would tell me to do the same.  That being said, based on how important this is to me, I will make myself available by phone to you either Tuesday or Wednesday.  As far as something happening overnight, I am going to be hopeful the Judge gives us time to object to the proposed judgment or that the clerk does not sign the proposed Judgment

today so at least we buy time until Tuesday.  You see the lightening speed at which Abrams is moving and I am not surprised knowing Kahlon.  This is why I am so concerned.  I did correct the notice of appeal, as the court requested me to include the third party action in the caption.  Please let me know a good time for us to talk on Tuesday.  Have a nice holiday weekend.

**Sincerely,**

**Erica T. Yitzhak Esq.**

***The Yitzhak Law Group***
1 Linden Place, Suite 406
Great Neck, New York 11021
Phone (516) 466-7144
Facsimile: (516) 466-7145
Mobile: (917) 334-5181
Email: erica@etylaw.com
**website: etylaw.com**



This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you are not the intended recipient(s), please contact the sender by reply email or by telephone (516) 466-7144 and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Disclosure regarding the risks of receiving fraudulent wire information. Criminals/ hackers are targeting email accounts of various parties involved in real estate transactions,(ex, lawyers, title agents, mortgage brokers, real estate agents, ect.).Among other concerns this has led to fraudulent wire instructions being used to divert funds to criminal's bank accounts. These emails may look like legitimate emails from the proper party. Prior to wiring any funds to this firm, personally call and verify the account information with us, ( confirm ABA #, account #**

**account name, bank address,).** When verifying information, only speak to a person with whom you know.

Please consider the environment before printing this email.

[Quoted text hidden]

---

**Erica Yitzhak** <erica@etylaw.com>     Wed, Aug 7, 2024 at 8:02 PM
To: Lloyd Weinstein <ljw@theweinsteingroup.net>

**Sincerely,**

**Erica T. Itzhak Esq.**
[Quoted text hidden]
[Quoted text hidden]

---

**Erica Yitzhak** <erica@etylaw.com>     Wed, Aug 7, 2024 at 8:02 PM
To: Lloyd Weinstein <ljw@theweinsteingroup.net>

**Sincerely,**

**Erica T. Itzhak Esq.**
[Quoted text hidden]
[Quoted text hidden]