# THE WEINSTEIN GROUP, P.C.

6800 Jericho Turnpike, Suite 112W • Syosset, New York 11791 • Tel: 516-802-5330 • Fax: 516-802-5332

April 25, 2025

MAGISTRATE JUDGE STEVEN I. LOCKE
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

      Re:    Yitzhak, et al. v. Lambe, et al.
                2:24-cv-03552

Dear Judge Locke:

      Kindly accept this letter and the attachments in support of Plaintiff's letter motion to compel Respondent's compliance with Your Honor's Order of September 16, 2024.

      Prior to moving the Court for this relief, I corresponded with Respondent's counsel by email letter dated April 16, 2025. A copy of this good faith effort, and the attachments referenced, are attached hereto. Respondent's counsel did not answer this email.

      The Court will please recall that the Order of September 16, 2024 was issued in response to Plaintiff's letter motion to compel, filed on August 20, 2024. Further, after the Respondent failed to comply, by letter dated October 9, 2024, Plaintiff brought the deficient response of Respondent to the Court's attention, Doc. 24, memorializing Respondent's pattern of disregard of the discovery process and this Court's Orders. Unfortunately, this conduct by Respondent has continued, Respondent continues to defy this Court's Orders and Plaintiff herein seeks relief.

      Lastly, Plaintiff respectfully reminds the Court that the fully briefed motion for the turnover of funds was filed on October 28, 2024, Doc. 28, and the Plaintiff respectfully awaits this Court's determination of the same.

      May I thank the Court for its kind consideration herein.

                              Respectfully submitted,

                              THE WEINSTEIN GROUP, P.C.

                              LLOYD J. WEINSTEIN, Esq.